# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # A-04060

DECLARATION OF JOSEPH MORGAN

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Joseph Morgan I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C.  As part of my duties I have been trained to preserve various forms of online content.  For investigation # A-04060 I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/Live Stream/Blog.

3. In support of investigation number # A-04060, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL.

   https://driveplanning.com/

4. I completed the above mentioned internet preservation on, February 12, 2024, using the following tools:

   Adobe Acrobat Pro / Google Chrome Browser / WebPreserver

   The above listed tools are commonly used to preserve internet content.

5. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage.  Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager.  The sealed internet preservation has been labeled # A-04060 and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

6. I also saved a copy of the above mentioned internet preservation along with this declaration to a network share.  The location for this network share is provided below:

   \\ad.sec.gov\ENFDataExchange\HQtoARO_dropoff\Webcapture

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Joseph Morgan*

[Analyst Name]                                    Executed on this 12th day of February 2024.

# EXHIBIT 1



About ⌄   How We Help ⌄   Events   Videos   **Financial GPS**   Book a Call



—— CEO/FOUNDER

# TODD BURKHALTER

**Atlanta • St. Petersburg**

REAL Loan Application    CORE Fund Application

 Todd Burkhalter's Bio

 Contact Info

The past 25 years of my career has been spent consulting with business owners regarding how their business finances intersect with their personal finances; Drive Planning is designed to serve our clients in a fresh and even better way. Drive Planning is a culmination of my years of education in business. Within just a few hours our process provides a new confidence to our Members regarding their personal financial state, as well as a definitive plan for the future. A new lens for creating Contractual Wealth provides a predictable and understandable prescription for future success.

(404) 429-4132

todd.burkhalter@driveplanning.com

Linkedin.com/in/toddburkhalter/







**URL**
https://driveplanning.com/todd-burkhalter/

**Timestamp**
Mon Feb 12 2024 14:37:15 GMT-0500 (Eastern Standard Time)

even better way. Drive Planning is a culmination of my years of education in business. Within just a few hours our process provides a new confidence to our Members regarding their personal financial state, as well as a definitive plan for the future. A new lens for creating Contractual Wealth provides a predictable and understandable prescription for future success.

 Linkedin.com/in/toddburkhalter/



















**URL**
https://driveplanning.com/todd-burkhalter/

**Timestamp**
Mon Feb 12 2024 14:37:15 GMT-0500 (Eastern Standard Time)





 ## Work History

- **Chief Executive Office – Drive Planning**
  2014 – Present
- **Contributing Author – Financial Planning Magazine**
  2012 – Present
- **Catalyst Wealth Management – Managing Partner**
  1997 – 2013

 ## Interests

- **Family**
- **Traveling**
- **College Football**
- **Golfing**

 CONTACT US

Name *(Required)*

**URL**
https://driveplanning.com/todd-burkhalter/

**Timestamp**
Mon Feb 12 2024 14:37:15 GMT-0500 (Eastern Standard Time)



CONTACT US

# SEND US A MESSAGE

**Atlanta, GA**

8000 Avalon Blvd, Suite 100
Alpharetta, GA 30009

**Indianapolis, IN**

8100 106th St, Suite 260
Fishers, In 46038

**St. Petersburg, FL**

333 3rd Ave N, Suite 409
St. Petersburg, FL 33701

**Corporate**

(470) 799-1045

admin@driveplanning.com

Facebook.com/driveplanning

Instagram.com/driveplanning



**URL**
https://driveplanning.com/todd-burkhalter/

**Timestamp**
Mon Feb 12 2024 14:37:15 GMT-0500 (Eastern Standard Time)

**Name** *(Required)*

**Phone** *(Required)*

**Email** *(Required)*

**Where are you located?**

Choose

**Please select a topic**

Choose

**Select an Advisor**

Choose

**Message**





 Instagram.com/driveplanning

SUBMIT

Intranet

The information contained within this website is provided for informational purposes only and is not intended to substitute for obtaining investment, accounting, tax or financial advice from a licensed professional.

Presentation of the information via the Internet is not intended to create an offer and receipt does not constitute a consulting-client relationship. Internet subscribers, users and online readers are advised not to act upon this information without seeking services which are coordinated within your financial plan.

Privacy Policy | Terms and Conditions | Disclosure Statement | Accessibility Statement | Accessibility Feedback Form

© 2022-2024 Drive Planning LLC. All rights reserved. Website by Mass Appeal Agency

**URL**
https://driveplanning.com/todd-burkhalter/

**Timestamp**
Mon Feb 12 2024 14:37:15 GMT-0500 (Eastern Standard Time)

# EXHIBIT 2



## ABOUT US

At Drive Planning we are a comprehensive financial group

**URL**
https://driveplanning.com/

**Timestamp**
Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)

## ABOUT US ——

# OUR PHILOSOPHY

At Drive Planning we are a comprehensive financial group. We understand that investments and financial planning can feel overwhelming, that's why we want to guide you in your journey to a successful financial future.

Our personalized approach to financial planning tailors our strategies to your unique needs. We will walk alongside you and together we will craft a plan that suits your goals and gets you excited about your future.

**BOOK A CALL**




**Keep More**

Our wealth building strategies will keep

**Make More**

Using the financial strategies tha

**Live More**

Our financial planning will ensure that you

**URL**

https://driveplanning.com/

**Timestamp**

Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)



### Keep More

Our wealth building strategies will keep your money growing and safe from inflation, taxation, litigation, market fluctuation and devastation.



### Make More

Using the financial strategies that extremely wealthy have used for decades, we will create a plan for you to make more with your money.

### Live More

Our financial planning will ensure that you can have a wealthy retirement and make you confident that your money will not outlive you



— FEATURED OPPORTUNITIES

## EXPLORE OUR PRIVATE INVESTMENTS

Get more control over your financial life by choosing an investment that aligns with your goals. Our private investments bring you the opportunity to invest in short, mid or long-term investments.

**THE REAL ESTATE ACCELERATION LOAN**

Insured loans which are backed by real estate colatera

LEARN MORE

**THE CORE FUND**

Cash Out Real Estate Fund through Tax Liens

LEARN MORE

**RENEWABLE ENERGY FUND**

Low-risk, first position debts secured by a PPA.

LEARN MORE

**URL**

https://driveplanning.com/

**Timestamp**

Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)



bring you the opportunity to invest in
short, mid or long-term investments.

estate colatera

debts secured by a PPA.

LEARN MORE

LEARN MORE

LEARN MORE

— EARLY ACCESS

# REGISTER FOR OUR NEWSLETTER!

Sign up to learn more about our latest news and get exclusive early access to new investment opportunities.

**Name**

**Email**

SUBMIT



— OUR SERVICES

# INVESTMENT APPROACH

At Drive Planning we help direct our members to a variety of
investment types. One common goal is to create an investment
portfolio which offers greater control over your return, taxation
and potentially guarantees. We assist our members in moving

**URL**

https://driveplanning.com/

**Timestamp**

Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)



## INVESTMENT APPROACH

At Drive Planning we help direct our members to a variety of investment types. One common goal is to create an investment portfolio which offers greater control over your return, taxation and potentially guarantees. We assist our members in moving away from Statement Wealth and into more Contractual Wealth arrangements. Our investment portfolio consists of traditional stocks and bonds but goes well beyond Wall Street with offerings such as energy projects, real estate, storage units, film and television, CBD Oil and other business opportunities.

**BOOK A CALL**

**2,527**

Happy Clients

**15+**

Investment Opportunities

— OUR SERVICES

## TAX SERVICES

Many accountants focus on solely reporting the results and offering very little strategic advice. We believe that significant tax savings comes through planning which

**URL**
https://driveplanning.com/

**Timestamp**
Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)



# TAX SERVICES

Many accountants focus on solely reporting the results and offering very little strategic advice. We believe that significant tax savings comes through planning which utilizes the entire tax code. This type of planning is often reserved for the super wealthy, not any longer. Drive Planning is bringing strategic tax saving moves to your financial plan.

**BOOK A CALL**

— STAY IN THE KNOW

## WHAT'S NEW WITH DRIVE PLANNING



RACE CAR TEAM





DRIVE PLANNING FISHERS, IN

**URL**

https://driveplanning.com/

**Timestamp**

Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)





## RACE CAR TEAM

Drive Planning is sponsoring Indy Car #67 with driver Elliot Cox for the Sarah Fisher Hartman Racing Team.

**LEARN MORE**

## DRIVE PLANNING FISHERS, IN

Come Winter 2023 Drive Planning will be opening a new office in Fishers, IN! Serving Fishers, Indianapolis and surrounding areas, our brand new state of the art office will become a hub for financial literacy and events.

**LEARN MORE**

OUR PROCESS ───

# HOW WE WORK

## 1. FINANCIAL GPS

We start by gathering your data so that we can better understand your financial life.

## 2. FINANCIAL MODEL

We input your data into a financial model and uncover red flags and opportunities.

## 3. WORKING TOGETHER

Armed with knowledge of your financial life, we start working together to ensure that you make the right

**URL**

https://driveplanning.com/

**Timestamp**

Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)



flags and opportunities.

## 3. WORKING TOGETHER

Armed with knowledge of your financial life, we start working together to ensure that you make the right financial moves to guarantee a better future.

BOOK A CALL

—— CAREERS

## START A CAREER AT DRIVE PLANNING

We are continuously looking for great people to join our Drive Planning Team. We have a number of career options and training to support seasoned veterans all the way to career changers. Take a few minutes to learn more about our firm and how you may be a fit.

APPLY NOW



CAUSES AND ORGANIZATIONS WE SUPPORT

**URL**
https://driveplanning.com/

**Timestamp**
Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)



APPLY NOW

**CAUSES AND ORGANIZATIONS WE SUPPORT**
CAUSES AND ORGANIZATIONS WE SUPPORT








—— CONTACT US

# SEND US A MESSAGE

**Atlanta, GA**
8000 Avalon Blvd, Suite 100
Alpharetta, GA 30009

**Indianapolis, IN**
8100 106th St, Suite 260
Fishers, In 46038

**St. Petersburg, FL**
333 3rd Ave N, Suite 409
St. Petersburg, FL 33701

**Corporate**
(470) 799-1045

admin@driveplanning.com

**Name** (Required)

**Phone** (Required)

**Email** (Required)

**Where are you located?**
Choose

**Please select a topic**
Choose

**Select an Advisor**
Choose

**Message**

**URL**
https://driveplanning.com/

**Timestamp**
Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)



Corporate

📞 (470) 799-1045

✉ admin@driveplanning.com

📘 Facebook.com/driveplanning

📷 Instagram.com/driveplanning

Select an Advisor

Choose ▾

Message

SUBMIT

Intranet

The information contained within this website is provided for informational purposes only and is not intended to substitute for obtaining investment, accounting, tax or financial advice from a licensed professional.

Presentation of the information via the Internet is not intended to create an offer and receipt does not constitute a consulting-client relationship. Internet subscribers, users and online readers are advised not to act upon this information without seeking services which are coordinated within your financial plan.

Privacy Policy | Terms and Conditions | Disclosure Statement | Accessibility Statement | Accessibility Feedback Form

© 2022-2024 Drive Planning, LLC. All rights reserved. Website by Vessel and More.



**URL**

https://driveplanning.com/

**Timestamp**

Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)

Internet subscribers, users and online readers are advised not to act upon this information without seeking services which are coordinated within your financial plan.

Privacy Policy | Terms and Conditions | Disclosure Statement | Accessibility Statement | Accessibility Feedback Form



 Instagram.com/driveplanning

SUBMIT

Intranet

The information contained within this website is provided for informational purposes only and is not intended to substitute for obtaining investment, accounting, tax or financial advice from a licensed professional.

Presentation of the information via the Internet is not intended to create an offer and receipt does not constitute a consulting-client relationship. Internet subscribers, users and online readers are advised not to act upon this information without seeking services which are coordinated within your financial plan.

Privacy Policy | Terms and Conditions | Disclosure Statement | Accessibility Statement | Accessibility Feedback Form

© 2022-2024 Drive Planning LLC. All rights reserved. Website by Mass Appeal Agency

**URL**
https://driveplanning.com/

**Timestamp**
Mon Feb 12 2024 13:51:26 GMT-0500 (Eastern Standard Time)

# EXHIBIT 3



—— HOW WE HELP

# THE REAL ESTATE ACCELERATION LOAN

Insured loans which are backed by real estate collateral

This opportunity allows you to participate in real estate development with established companies. This opportunity is secured with real property as collateral.

Try our investment calculator to see how your investment would grow over time.

DOWNLOAD BROCHURE



**COMPANY**
Privately Held



**MINIMUM INVESTMENT**
$20,000



**RATE OF RETURN***
10% ROR



**HOLDING PERIOD**
3 Months

*Collateralized with Real Estate Security Deed and Cash

**URL**
https://driveplanning.com/private-investments/the-real-estate-acceleration-loan/

**Timestamp**
Mon Feb 12 2024 14:28:37 GMT-0500 (Eastern Standard Time)





Try our **investment calculator** to see how your investment would grow over time.

DOWNLOAD BROCHURE


**MINIMUM INVESTMENT**
$20,000


**RATE OF RETURN***
10% ROR


**HOLDING PERIOD**
3 Months

*Collateralized with Real Estate Security Deed and Cash



URL

https://driveplanning.com/private-investments/the-real-estate-acceleration-loan/

Timestamp

Mon Feb 12 2024 14:28:37 GMT-0500 (Eastern Standard Time)



with your goals. Our private investments bring you the opportunity to invest in short, mid or long-term investments.

insured loans which are backed by real estate colatera

Low-risk, first position debts secured by a PPA.

LEARN MORE

LEARN MORE

LEARN MORE



—— CONTACT US

## SEND US A MESSAGE

**Atlanta, GA**

8000 Avalon Blvd, Suite 100
Alpharetta, GA 30009

**Indianapolis, IN**

8100 106th St, Suite 260
Fishers, In 46038

**St. Petersburg, FL**

333 3rd Ave N, Suite 409
St. Petersburg, FL 33701

**Corporate**

(470) 799-1045

admin@driveplanning.com

Facebook.com/driveplanning

**Name** (Required)

**Phone** (Required)

**Email** (Required)

**Where are you located?**

Choose

**Please select a topic**

Choose

**Select an Advisor**

Choose

**Message**

**URL**

https://driveplanning.com/private-investments/the-real-estate-acceleration-loan/

**Timestamp**

Mon Feb 12 2024 14:28:37 GMT-0500 (Eastern Standard Time)



Corporate

 (470) 799-1045

admin@driveplanning.com

Facebook.com/driveplanning
Facebook.com/driveplanning

Instagram.com/driveplanning

Intranet

The information contained within this website is provided for informational purposes only and is not intended to substitute for obtaining investment, accounting, tax or financial advice from a licensed professional.

Presentation of the information via the Internet is not intended to create an offer and receipt does not constitute a consulting-client relationship. Internet subscribers, users and online readers are advised not to act upon this information without seeking services which are coordinated within your financial plan.

Privacy Policy | Terms and Conditions | Disclosure Statement | Accessibility Statement | Accessibility Feedback Form

© 2022-2024 Drive Planning LLC. All rights reserved. Website by Mass Appeal Agency

**URL**

https://driveplanning.com/private-investments/the-real-estate-acceleration-loan/

**Timestamp**

Mon Feb 12 2024 14:28:37 GMT-0500 (Eastern Standard Time)



Internet subscribers, users and online readers are advised not to act upon this information without seeking services which are coordinated within your financial plan.

Privacy Policy | Terms and Conditions | Disclosure Statement | Accessibility Statement | Accessibility Feedback Form

© 2022-2024 Drive Planning LLC. All rights reserved. Website by Mass Appeal Agency

 Instagram.com/driveplanning


SUBMIT

Intranet

The information contained within this website is provided for informational purposes only and is not intended to substitute for obtaining investment, accounting, tax or financial advice from a licensed professional.

Presentation of the information via the Internet is not intended to create an offer and receipt does not constitute a consulting-client relationship. Internet subscribers, users and online readers are advised not to act upon this information without seeking services which are coordinated within your financial plan.

Privacy Policy | Terms and Conditions | Disclosure Statement | Accessibility Statement | Accessibility Feedback Form



© 2022-2024 Drive Planning LLC. All rights reserved. Website by Mass Appeal Agency

**URL**
https://driveplanning.com/private-investments/the-real-estate-acceleration-loan/

**Timestamp**
Mon Feb 12 2024 14:28:37 GMT-0500 (Eastern Standard Time)