## DECLARATION OF RICHARD BECK

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Richard Beck. I am over twenty-one years of age and have personal knowledge of the matters set forth in this declaration. I am a resident of Massachusetts.

2. I first learned about Drive Planning, LLC and its Real Estate Acceleration Loan ("REAL") program in March or April 2024. I saw a post from Larry Speir regarding Drive Planning and its REAL program on Facebook. I understand Mr. Speir to be a representative of Drive Planning.

3. I spoke to Mr. Speir and he described the REAL program to me. He indicated that Drive Planning would use investor funds in deals with real estate developers and builders. Mr. Speir told me that Drive Planning would pay me a 10% return every three months, which would result in a 46% return annually.

4. In March or April 2024, I also spoke to David Bradford, the Chief Operating Officer of Drive Planning, about the REAL program. Mr. Bradford repeated much of the information that Mr. Speir had told me. Specifically, Mr. Bradford indicated that I could make an investment in the REAL program and guaranteed me a 10% return every three months. He told me that Drive Planning would use investor money to make short term loans to real estate developers and builders. Mr. Bradford assured me that Drive Planning had never missed a payment to investors in the REAL program. He also indicated that I could rollover all or a portion of my investment into a new three-month period.

5. I also reviewed information about the REAL program on Drive Planning's website. The information was consistent with what Mr. Speir and Mr. Bradford had told me about the program.

6. In addition, I spoke to Gerry Linnarducci, a Managing Director at Drive Planning, about the REAL program. He repeated the representations that Mr. Bradford had made about the REAL program. I also spoke to John Williamson, who is in a similar position as Mr. Speir, and Joe Maniaci of IWS Strategies about the REAL program. They had a favorable impression of the REAL program as well.

7. I also looked online to see if there was any negative information about Drive Planning, but I did not see any information that suggested the REAL program was not legitimate.

8. Based on the information provided by Mr. Bradford and others, as well as the information on Drive Planning's website, I invested in the REAL program. Specifically, on May 24, 2024, I invested all of the funds from a retirement account in the REAL program.

9. Nobody affiliated with Drive Planning told me that my investment would or could be used by Drive Planning to fund the personal expenses of Drive Planning's principals.

10. Nobody affiliated with Drive Planning told me that investor funds could or would be used to pay the "returns" to other investors in the REAL program.

11. Nobody affiliated with Drive Planning told me that the company had received a subpoena from the SEC regarding the REAL program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/23/2024.

_____
Richard Beck

2