## DECLARATION OF CHRISTIAN CARLSON

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Christian Carlson. I am over twenty-one years of age and have personal knowledge of the matters set forth in this declaration. I am a resident of Arizona.

2. I first learned about Drive Planning, LLC ("Drive" or "Drive Planning") and its Real Estate Acceleration Loan ("REAL") program in December 2022. A friend of mine had been introduced to Drive Planning by his financial adviser.

3. I did not invest in the REAL program at that time, but my friend did invest in the program. I became interested in the REAL program when I learned that my friend was receiving the returns Drive Planning had promised to him.

4. In December 2022, I spoke to Todd Burkhalter and David Bradford from Drive Planning using a video meeting program. They explained the REAL program to me during this video meeting. Specifically, they both indicated that I could make an investment in the REAL program and guaranteed me a 10% return every three months. I could roll my investment over for additional three-month periods, which would result in more than a 40% return each year. They told me that Drive Planning would use investor money to make bridge loans to property developers and/or be used to enter into joint ventures with property developers. They also said that all loans Drive Planning makes are secured by the real estate of the property developers.

5. The high rate of return that Burkhalter and Bradford promised me made the REAL program an attractive investment opportunity. But I wanted to make sure that it was not a Ponzi scheme, so I specifically asked them whether Drive Planning used investor funds to pay returns to other investors. Both Mr. Burkhalter and Mr. Bradford told me that Drive Planning did not use investor funds to pay returns to other investors.

6. In addition, I was not told that my investment would or could be used by Drive Planning to fund the personal expenses of Drive Planning's principals, including Mr. Burkhalter or Mr. Bradford.

7. Before investing in the REAL program, I also reviewed a brochure for the investment on Drive Planning's website. The brochure was consistent with what Mr. Burkhalter and Mr. Bradford had told me during our video meeting.

8. Based on the information provided by Mr. Burkhalter and Mr. Bradford, as well as the brochure, I invested in the REAL program. In February 2024, I invested retirement funds from my self-directed IRA in the REAL program. I received the promised returns from those investments, which I understood to be profits realized from Drive Planning's real estate activities.

9. I invested more than $100,000 in additional funds in the REAL program in March 2024. I have not received the promised returns from those investments or had the principal returned to me.

10. I made each investment in the REAL program by wiring funds to Drive Planning.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9th 2024.

*Christian Carlson* (signature)
Christian Carlson

2