## DECLARATION OF ANGELO SANDONE

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Angelo Sandone.

2. I am over twenty-one years of age.

3. I have personal knowledge of the matters set forth in this declaration.

4. I am a resident of the State of New Jersey.

5. I work for Integrated Wealth Strategies, LLC ("IWS"), a financial and insurance consulting firm, as December 2021.

6. I assisted with administrative tasks relating to IWS clients' withdrawals, promissory notes, and applications in Drive Planning, LLC's ("Drive" or "Drive Planning") Real Estate Acceleration Loan ("REAL") program.

7. My primary contact at Drive was its former Chief Operating Officer, David Bradford ("Bradford").

8. IWS began to refer certain of its clients to Drive Planning's REAL program in approximately May, 10, 2023 in exchange for a commission payment to IWS of four percent (4%) for each new REAL investor.

9. My understanding of the REAL program, based on my conversations with Mr. Bradford and the marketing materials sent to IWS by Drive, was that Drive pooled "bridge loans" from investors to provide to developers for land development projects.

10. The developers would develop raw land and either sell it for a profit or receive rental income, and Drive Planning and REAL investors would receive a portion of the resulting profit.

11. Promotional materials provided by Drive, including links to their website, stated

that REAL investors would receive a ten percent (10%) return every three (3) months, and that they could roll over the principal and "interest" on their investment at the end of each three (3) month period.

12. Drive also claimed to own real property it pledged as collateral to REAL investors.

13. I sent Drive Planning's marketing material to certain IWS clients, for example "The Drive Planning Portfolio of Real Estate Investments" attached hereto as Exhibit A, and links to Drive's website, including the one located here: https://realandcore.com/real/.

14. IWS clients invested with Drive directly by completing the application on Drive's website, signing a promissory note with Drive, and wiring funds directly into Drive's bank account.

15. One such promissory note held by an IWS client and signed by Mr. Russell Todd Burkhalter ("Burkhalter") is attached to this declaration as Exhibit B.

16. A total of approximately thirty-eight (38) separate notes over twenty eight (28) IWS clients invested in Drive's REAL program, for a total principal amount of approximately four million one hundred eighteen thousand three hundred seventy three dollars ($4,118,373.00).

17. On or about August of 2023, Drive Planning sent a video to IWS in which Bradford and Drive Planning's CEO, Mr. Burkhalter, discuss the status of the REAL program.

18. I shared this video with IWS certain clients, including clients who were invested or would go on to invest in the REAL program.

19. During the time IWS referred clients to Drive, I believed that the REAL funds were being used for real estate development projects, which would in turn lead to revenue to be used to pay the ten percent (10%) per-quarter returns to investors.

20. My belief was based on representations from Drive, including the information I received directly from conversations with Bradford, and the information contained in Drive promotional material, such as those contained in Exhibit A and located on Drive's website at https://realandcore.com/real/.

21. During the time IWS referred clients to Drive, I was not told that the investments would or could be used by Drive to make interest payments to earlier investors.

22. During the time IWS referred clients to Drive, I also was not told that investments would or could be used by Drive to pay back principal to earlier investors.

23. During the time IWS referred clients to Drive, I was not told that investments would or could be used directly by Drive to fund the personal expenses of Drive's management, including Mr. Burkhalter.

24. During the time IWS referred clients to Drive, I was not told that certain of the properties paid for by Drive using investor funds were not owned by Drive, including many of the properties listed as Drive collateral in Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2024.

_____
Angelo Sandone

# Exhibit A

# THE DRIVE PLANNING
## Portfolio | of | Real | Estate | Investments
### 2/1/2024

The REAL Opportunity not only has partners that we work with to offer bridge loans and profit sharing in their real estate deals, but also has the full support of the assets of Drive Planning's own Portfolio of Real Estate Investments.

In addition to this, Drive Planning - as the custodian and manager of the REAL Opportunity - keeps millions of dollars in cash for future opportunities and to insure over 50% of the promissory notes for any given year.

Below is an up to date list of the collateral that Drive Planning has secured to insure the REAL notes.

| Property | Value |
|---|---|
| 147 Piney Rd. Mineral Bluff, Ga 30559 60 acres — 3 Mountain Houses | $7,899,000 |
| Staurolite Barn Event Center Blue Ridge, GA — Cashflowing | $4,000,000 |
| 330 E. 2nd St. Blue Ridge, Ga 30513 | $900,000 |
| 308 E. Alden St. Valdosta, Ga | $325,000 |
| The Gemsbok 632 Cherry Lake Dr. Blue Ridge, GA 30513 — SOLD — 135% Return in 18 months | $432,000 |
| 226 Golden Nugget Dr. Blairesville, Ga — CURRENTLY LISTED TO SELL — 51% increase in 11 months | $205,000 |
| 1147 Piney Rd. Mineral Bluff, Ga 30559 60 acres — Selling lots | $4,000,000 |
| 1019 Hardscrabble Rd. 39.5 Acres plus structure — Development appraisal | $5,500,000 |
| Gulf Port Development — Cashflowing — Drive Culfport Properties, LLC | $4,000,000 |
| Drive Montana Properties, LLC — Asset Value | $3,200,000 |
| Drive Planning, LLC — Assets | $29,000,000 |
| The Burkhalter Ranch, LLC — Drive Gulfport Properties, LLC | $25,000,000 |
| TBR Western Store | $13,000,000 |
| TBR Outdoors | $2,200,000 |
| Coles Crossing Blue Ridge, GA | $850,000 |
| St. Petersburg-Bliss | $2,800,000 |
| 10075 Blue Ridge Drive Blue Ridge, GA 30513 | $2,000,000 |
| 116th Ave Fishers, IN | $5,000,000 |
| 270 Madola Rd. Blue Ridge, GA 30513 | $475,000 |
| The Preserve at Conley Creek, Atlanta — SOLD | $15,150,000 |
| 100 1st AVE N, #3104, ST Petersburg, FL 33701 | $2,700,000 |
| Property #2 100 1st Ave N St Petersburg, FL | $1,500,000 |
| The Detroit Condo St Petersburg, Fl | $685,000 |
| Panama City, FL Condo (Cashflowing) | $400,000 |
| SFH Fishers, IN | $2,500,000 |
| SFH 41st Ave St Petersburg Fl | $689,000 |
| Piney Rd. Mineral Bluff, Ga 28 acres. | $5,000,000 |
| Equestrian Center Doc Roof Rd. Blue Ridge, Ga 28 acres. | $4,000,000 |
| 801 South Atlanta St. Atlanta, Ga 30075 | $3,000,000 |
| **SUBTOTAL** | **$130,828,000** |

# Exhibit B



## Real Estate Acceleration Loan Document

**Loan Amount:** $200,000                          **Date:** November 27, 2023

Drive Planning, LLC (hereinafter called the 'COMPANY), having an address of 8000 Avalon Blvd, Suite 100. Alpharetta, GA 30009, hereby promises to pay to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ called the 'LENDER'), or any subsequent holder hereof, the principal sum of $200,000 in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before February 27, 2024. The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning portfolio of properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

*Todd Burkhalter*

**Todd Burkhalter CEO,**
**Drive Planning**