THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                    )
                                     )  File No. A-04060-A
DRIVE PLANNING, LLC                  )


WITNESS:   Russell Burkhalter
PAGES:     1 Through 34
PLACE:     Securities and Exchange Commission
           Atlanta Regional Office
           950 East Paces Ferry Rd NE, Suite 900
           Atlanta, GA 30326
DATE:      Wednesday, June 12th, 2024


    The above entitled matter came on for hearing,
pursuant to notice, at 9:49 a.m.




            Diversified Reporting Services, Inc.
                  (202) 467-9200

1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4         AUSTIN STEPHENSON, ESQ.

5         CODY TURLEY, ESQ.

6         HARRY ROBACK, ESQ.

7         PATT HUDDLESTON, ESQ.

8         PETER DISKIN, ESQ.

9         JUSTINE RAINFORD

10        Securities and Exchange Commission

11        Division of Enforcement

12        950 East Paces Ferry Rd NE, Suite 900

13        Atlanta, GA 30326

14

15   On behalf of the Witness:

16        AARON M. DANZIG, ESQ.

17        ERIN N. WINN, ESQ.

18        Arnall Golden Gregory LLP

19        171 17th Street Northwest, Suite 2100

20        Atlanta, Georgia 30363

21

22   Also Present:

23        LANCE DAVIES, VIDEOGRAPHER

24

25

1               C O N T E N T S

2

3  WITNESS                              EXAMINATION

4  Russell Burkhalter                            7

5

6  EXHIBITS:        DESCRIPTION               IDENTIFIED

7     1       Form 1662                           6

8     2       Subpoena                            7

9     3       Document                           22

10    4       Document                           24

11    5       Video                              25

12    6       Real Opportunity Financial         26

13            Update Final Video

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S
2            THE VIDEOGRAPHER:  June 12th, 2024, at 9:49
3    a.m.  We're on the record.
4            MR. STEPHENSON:  On the record at 9:49 a.m.
5    on Wednesday, June 12th, 2024.
6            Mr. Burkhalter, will you raise your right
7    hand please?
8            Do you swear or affirm to tell the truth,
9    the whole truth and nothing but the truth?
10           MR. BURKHALTER:  Yes.
11   Whereupon,
12                    RUSSELL BURKHALTER
13   was called as a witness and, having been first duly
14   sworn, was examined and testified as follows:
15           MR. STEPHENSON:  Mr. Burkhalter, please
16   state your full name and spell your name for the
17   record.
18           THE WITNESS:  Russell Todd Burkhalter,
19   R-U-S-S-E-L-L, T-O-D-D, B-U-R-K-H-A-L-T-E-R.
20           MR. STEPHENSON:  I am Austin Stephenson,
21   and I'm joined here today by Cody Turley, Peter
22   Diskin, Harry H.B. Roback telephonically, and Pat
23   Huddleston.  We are all officers of the commission
24   for purposes of this proceeding.  We're also joined
25   here by Justine Rainford of the SEC.

1          This is an investigation by the United

2    States Securities and Exchange Commission in the

3    matter of Drive Cleaning, LLC to determine whether

4    there have been violations of certain provisions of

5    the Federal Securities Laws.  However, the facts

6    developed in this investigation might constitute

7    violations of other federal or state civil or

8    criminal laws.

9          Prior to the opening of the record, you

10   were provided with a copy of the formal order of

11   investigation in this matter.  It will be available

12   for you, for your examination during the course of

13   this proceeding.

14          Mr. Burkhalter, have you had an opportunity

15   to review the formal order of investigation?  Do you

16   have a copy?

17          THE WITNESS:  Yes.

18          MR. DANZIG:  Thank you.  Thank you, Mr.

19   Stephenson.

20          MR. STEPHENSON:  Do you have any questions

21   about the formal order Mr. Burkhalter?  Prior to the

22   opening of the record when you received the subpoena

23   in this matter, you were provided with a copy of the

24   Commission Supplemental Information Form.  What we

25   call Form 662, which I'm going to hand you a copy of.

1          Mark this is an Exhibit first.

2          COURT REPORTER:  What's the number of the

3     exhibit?

4          MR. STEPHENSON:  1.

5               (SEC Exhibit No. 1 was marked

6               for identification.)

7          COURT REPORTER:  Okay.

8          MR. DANZIG:  Thank you, Mr. Stephenson.

9          MR. STEPHENSON:  Mr. Burkhalter, have you

10    had the opportunity to read SEC Exhibit number 1,

11    Form 662?

12         THE WITNESS:  Yes.

13         MR. STEPHENSON:  Do you have any questions

14    concerning Form 662?

15         THE WITNESS:  No, sir.

16         MR. STEPHENSON:  And, Mr. Burkhalter, are

17    you represented by counsel today?

18         THE WITNESS:  Yes.

19         MR. STEPHENSON:  Would Counsel please

20    identify themselves for the record?

21         MR. DANZIG:  Aaron Danzig and Erin Winn, of

22    the law firm Arnall Golden and Gregory.

23         MR. STEPHENSON:  I'll show you a copy of

24    the subpoena.  Mr. Burkhalter, is this a copy of the

25    subpoena -- or excuse me.

```
 1            Mr. Burkhalter, this copy of the subpoena
 2   has been marked as Exhibit number 2.
 3                        (SEC Exhibit No. 2 was marked
 4                        for identification.)
 5                        EXAMINATION
 6            BY MR. STEPHENSON:
 7       Q    Is this the copy of the subpoena you were
 8   appearing pursuant to here today?
 9       A    Yes.
10            MR. DANZIG:  Obviously, the dates on the
11   subpoena were or have passed, but that's pursuant to
12   agreement that he's here today, even though the
13   subpoena says, testify on May 14th.
14            MR. STEPHENSON:  Understood.  Yeah, we
15   agreed to the date for testimony.
16            BY MR. STEPHENSON:
17       Q    Okay.  Mr. Burkhalter, what's your date of
18   birth?  Month, day, and year?
19       A    ███████ , 1971.
20       Q    And what is your current address?
21       A    ████████████████████████████ , St.
22   Petersburg, Florida ████ .
23       Q    What is your Social Security number?
24       A    ████████ .
25       Q    Do you have any other residential addresses
```

1    that you spend a lot of time at?

2         A     No.

3         Q     Do you have any other homes, vacation

4    homes, places where you reside?

5         A     No.

6         Q     Where do you bank, personally, for non-

7    business purposes?

8         A     On advice of counsel, I invoke my rights

9    under the Fifth Amendment of the United States

10   Constitution, and respectfully decline to answer the

11   question.

12        Q     Okay.  I have a script I need to read, it's

13   important, and you can ask me any questions when I'm

14   done.

15        A     Okay.

16        Q     I am not authorized to compel you to give

17   evidence or testimony as to which you assert your

18   privilege against self-incrimination, and I have no

19   intention of doing so.  In addition, I do not have

20   the authority to compel your testimony by granting

21   you immunity from prosecution.

22             Any question that I ask hereafter will be

23   with the understanding that if you wish to assert

24   your privilege, you need to merely state that you

25   refuse to answer on the grounds that your answer

 1  might incriminate you.

 2          In other words, you are not compelled to

 3  answer any further questions if you believe that a

 4  truthful answer to the question might show that you

 5  committed a crime, and you wish to assert your

 6  privilege against self-incrimination.  Accordingly,

 7  if you answer any questions you'll be doing so

 8  voluntarily.

 9          Do you understand?

10      A   Yes.

11      Q   You should be aware that if you refuse to

12  answer a question based on your Fifth Amendment

13  privilege, a judge or a jury may take an adverse

14  inference against you in a civil action that the SEC

15  may determine to bring against you.  That means that

16  the judge or jury would be permitted to infer that

17  your answer to this question might incriminate you.

18          Do you understand?

19      A   Yes.

20          COURT REPORTER:  I need you to speak a

21  little louder for the record, please.

22          THE WITNESS:  Yes, ma'am.

23          COURT REPORTER:  Thank you.

24          BY MR. STEPHENSON:

25      Q   Are you married, Mr. Burkhalter?

1    A    Yes.

2    **Q    And what is your wife's name?**

3    A    Jacqueline Ann Burkhalter.

4    **Q    Are you currently in divorce proceedings?**

5    A    Yes.

6    **Q    What stage of divorce proceedings are you**

7    **in?**

8    A    Close to the end.

9    **Q    Do you know when the divorce is likely to**

10   **be finalized?**

11   A    No.

12   **Q    Have you filed some sort of action in court**

13   **relating to the divorce?**

14   A    Yes.

15   **Q    In what county?**

16   A    Fannin County.

17        COURT REPORTER:  I'm sorry.

18        THE WITNESS:  Fannin.  F-A-N-N-I-N.

19        BY MR. STEPHENSON:

20   **Q    And that's in Georgia, correct?**

21   A    Correct.

22   **Q    And getting back to your professional**

23   **background.  How did you get started in the financial**

24   **industry?**

25        A    I began my career at an insurance agency,

1   basically in Atlanta.

2        **Q   And what year was that?**

3        A   1997.

4        **Q   And what company did you work for?**

5        A   It was called the Johnson Financial Group.

6        **Q   And how long did you work at the Johnson**

7   **Financial Group?**

8        A   I believe it was 12 years.

9        **Q   And why did you leave the Johnson Financial**

10  **Group?**

11       A   To start my own firm.

12       **Q   And so after 12 years, did you start your**

13  **own firm?**

14       A   Yes.

15       **Q   And what firm did you start?**

16       A   Catalyst Wealth Management.

17       **Q   And what year was it -- did you start**

18  **Catalyst Wealth Management?**

19       A   Probably 2009, maybe.  Give or take right

20  in there.

21       **Q   Did you have any licenses, financial**

22  **licenses, at that time?**

23       A   Yes.

24       **Q   And what were those licenses?**

25       A   Life and health, accident -- life accident

1  and sickness license, a Series 6, Series 65.  And

2  it's a Series 28, I believe.

3      **Q     Were you a registered investment advisor**

4  **with Catalyst?**

5      A     No.

6      **Q     Were you a registered broker dealer when**

7  **you were at Catalyst?**

8      A     No.

9      **Q     And how long did you work at Catalyst?**

10     A     Until I think 2012 or '13.

11     **Q     And what was your position at Catalyst?**

12     A     I was one of the owners.

13     **Q     What was your job title?**

14     A     I think it was managing partner, I think is

15  what we called it.

16     **Q     So what were your responsibilities at**

17  **Catalyst?**

18     A     To recruit, manage people, sales training,

19  things of that nature.

20     **Q     Manage people at Catalyst to do what**

21  **exactly?**

22     A     Financial planning.

23     **Q     So what kind of financial planning did**

24  **Catalyst do exactly?**

25     A     Insurance sales and investment sales.

1     **Q    What sort of investment sales did Catalyst**
2    **do?**

3     A    Mutual funds, annuities, life insurance.

4     **Q    And why did you leave Catalyst?**

5     A    My two partners basically bought me out of
6    that.

7     **Q    Your two partners at Catalyst?**

8     A    Correct.

9     **Q    Other managers at Catalyst?**

10    A    Right.

11    **Q    What was your next job after Catalyst?**

12    A    I worked for a brief period of time I was
13  helping a company, a friend of mine.  He was starting
14  a financial arm to his company, and I was helping him
15  get started doing basically the same type work.

16    **Q    And what was that company called?**

17    A    DDS Financial.

18    **Q    And what was your job title at DDS**
19  **Financial?**

20    A    Consultant.

21    **Q    And what year did you start working at DDS**
22  **Financial as a consultant?**

23    A    It was probably 2014.

24    **Q    And going back to Catalyst.  Where was**
25  **Catalyst located?**

1     A    Johns Creek, Georgia.

2     **Q**    **And then DDS.  Where was that located?**

3     A    That'd be Alpharetta, Georgia.

4     **Q**    **Did DDS provide financial planning**

5 **services?**

6     A    Consulting services towards dentists.

7     **Q**    **And then how long did your job at DDS last**

8 **as a consultant?**

9     A    A year and a half or so.

10    **Q**    **And what did you do after your job at DDS**

11 **as a financial consultant?**

12    A    I started Drive Planning.

13    **Q**    **And about what year was that?**

14    A    2015.

15    **Q**    **And what is your job title at Drive**

16 **Planning?**

17    A    On advice of counsel, I invoke my rights

18 under the Fifth Amendment of the United States

19 Constitution, and respectfully decline to answer the

20 question.

21    **Q**    **Who are the executives at Drive Planning?**

22    A    On the advice of counsel, I invoke my

23 rights under the Fifth Amendment of the United States

24 Constitution, and respectfully declined to answer the

25 question.

1      **Q    Switching gears, when did you initiate**

2  **divorce proceedings with Jacqueline Burkhalter?**

3      A    February.  I don't know, maybe March of

4  last year.

5      **Q    And when you say March of last year, is**

6  **that when you decided to file for divorce, or is that**

7  **when you did file for divorce in court?**

8      A    I think that's probably when I first spoke

9  to a lawyer, I would believe.

10     **Q    Okay.  Yeah.  And I definitely don't want**

11  **you to tell me anything about what you discussed with**

12  **your divorce attorney.  But how long has the action,**

13  **the divorce action, been pending in court, in Fannin**

14  **County Court?**

15     A    I don't know when that was technically

16  filed with them.

17     **Q    Do you know ballpark when it was filed in**

18  **Fannin County Court?**

19     A    Maybe -- no, I -- I don't -- I don't know.

20  I honestly don't know.

21     **Q    Okay.  Does Jacqueline Burkhalter have any**

22  **ownership interest in Drive Planning?**

23     A    No.

24     **Q    Does Jacqueline Burkhalter have any**

25  **ownership interest in any Drive Planning assets?**

1      A    On advice of counsel, I invoke my rights

2  under the Fifth Amendment of the United States

3  Constitution, and respectfully decline to answer the

4  question.

5      **Q    Do you share any personal non-Drive**

6  **Planning bank accounts with Jacqueline Burkhalter?**

7      A    On the advice of counsel, I invoke my

8  rights under the Fifth Amendment of the United States

9  Constitution, and respectfully decline to answer the

10  question.

11          MR. DANZIG:  Mr. Stephenson, would it be

12  acceptable that we can agree that he can just say

13  he's going to invoke his Fifth Amendment rights, or

14  do you want him to read the whole thing?

15          MR. STEPHENSON:  That's acceptable if we

16  agree that it's his Fifth Amendment right against

17  self-incrimination.

18          MR. DANZIG:  Correct.  As opposed to

19  reading the entire statement, if he just says, I take

20  the Fifth, or I invoke the Fifth, is that acceptable

21  as a shorthand for you?

22          MR. STEPHENSON:  That's acceptable for me.

23          MR. DANZIG:  Okay.  Thank you.

24          BY MR. STEPHENSON:

25      **Q    Do you own or control any other corporate**

1     entities besides Drive Planning, LLC?

2          A     I invoke the Fifth.

3          Q     Did you make -- did you promote Drive

4     Planning financial products to any of Drive

5     Planning's clients?

6          A     I invoke the Fifth.

7          Q     Did you promote any Drive Planning products

8     to Drive Planning's agents?

9          A     I invoke the Fifth.

10          Q     Did you inform Drive Planning's clients

11     that their funds might be used to pay off the

12     existing loans of other clients?

13          A     I invoke the Fifth.

14          Q     Did you inform Drive Planning's financial

15     consultants or agents that clients' funds may be used

16     to pay off existing loans of other clients?

17          A     I invoke the Fifth.

18          Q     Did you inform Drive Planning's clients

19     that their funds may be used to compensate you

20     personally?

21          A     I invoke the Fifth.

22          Q     Did you inform Drive Planning's agents or

23     financial consultants that client funds may be used

24     to compensate you personally?

25          A     I invoke the Fifth.

1      Q    Did you inform Drive Planning's clients of
2  all the risks relevant to lending money to Drive?

3      A    I invoke the Fifth.

4      Q    Did you inform Drive Planning's agents of
5  all the risks relevant to lending money to Drive?

6      A    I invoke the Fifth.

7      Q    Did you provide Drive Planning's clients
8  with a complete list of collateral underlying Drive
9  Planning's loans?

10      A    I invoke the Fifth.

11      Q    And did you provide Drive Planning's agents
12  or financial consultants with a complete list of
13  collateral underlying Drive Planning's loans?

14      A    I invoke the Fifth.

15      Q    Is Drive Planning's collateral insufficient
16  to cover existing liabilities to Drive clients?

17      A    I invoke the Fifth.

18      Q    Did you ever use Drive Planning client
19  funds to pay off the existing loans of other clients?

20      A    I invoke the Fifth.

21      Q    Did you ever use Drive Planning client
22  funds for your own personal non-business use?

23      A    I invoke the Fifth.

24      Q    Did you ever promise unrealistic rates of
25  return to Drive Planning clients?

1     A    I invoke the Fifth.

2     **Q**    **Did you ever promise unrealistic rates of**

3 **return to Drive Planning agents?**

4     A    I invoke the Fifth.

5     **Q**    **Did Drive Planning have income aside from**

6 **its loans sufficient to cover interest payments to**

7 **clients each quarter?**

8     A    I invoke the Fifth.

9     **Q**    **Did you ever make any misrepresentations to**

10 **Drive Planning's clients?**

11     A    I invoke the Fifth.

12     **Q**    **Did you ever make any misrepresentations to**

13 **Drive Planning's financial consultants?**

14     A    I invoke the Fifth.

15     **Q**    **What is Embry Development Company?**

16     A    I am -- I invoke the Fifth.

17     **Q**    **Who are Joyce and Danny Price?**

18     A    I invoke the Fifth.

19     **Q**    **Did you ever buy a boat using Drive**

20 **Planning, LLC funds?**

21     A    I invoke the Fifth.

22     **Q**    **Do you -- how do you know David J.**

23 **Bradford?**

24     A    I invoke the Fifth.

25     **Q**    **Do other employees of Drive -- let me back**

1  **up.**

2         UNIDENTIFIED SPEAKER:  -- take a five-

3  minute break?

4         MR. STEPHENSON:  Yeah.  We can go take a

5  five-minute break off the record.

6         THE VIDEOGRAPHER:  Stand by.  We're going

7  off the record at 10:09.

8         (Whereupon, a short recess was taken.)

9         THE VIDEOGRAPHER:  We're going back on the

10  record at 10:27.

11         MR. STEPHENSON:  Back on the record at

12  10:27, June 12th, 2024.

13         BY MR. STEPHENSON:

14     **Q     Mr. Burkhalter, before the break, on the**

15  **record we were discussing your divorce proceedings**

16  **with Jacqueline Burkhalter.  Just wanted to return to**

17  **that.**

18         **Is there any sort of temporary order in**

19  **place as part of the divorce proceedings yet?**

20     A     I invoke the Fifth.

21     **Q     Is it your intention to invoke the Fifth**

22  **for all questions relating to your pending divorce**

23  **with Ms. Burkhalter?**

24     A     I would take that on question-by-question

25  basis.

1     **Q    Okay.  Is there any topic you are willing**
2  **to discuss?**
3          MR. DANZIG:  You have to ask the question
4  in order for me to determine what the answer is going
5  to be, Mr. Stephenson.
6          MR. STEPHENSON:  Understood.
7          BY MR. STEPHENSON:
8     **Q    Do you have children, Mr. Burkhalter?**
9     A    I do.
10    **Q    Is there any sort of order in place**
11 **relating to child support as part of the divorce**
12 **proceedings?**
13    A    My children are adults.
14         COURT REPORTER:  I'm sorry.
15         BY MR. STEPHENSON:
16    **Q    How old are they?**
17         COURT REPORTER:  You have to speak a little
18 louder for the record.
19         THE WITNESS:  I'm sorry.  My children are
20 adults.
21         BY MR. STEPHENSON:
22    **Q    How old are your children, sir?**
23    A    Twins that are 22, and an older daughter
24 that is 25.
25    **Q    Have you reached any sort of preliminary**

1  **agreement with Ms. Burkhalter regarding the divorce?**

2      A    I will invoke the Fifth on that.

3            MR. STEPHENSON:  Okay.  Mr. Burkhalter, I'm

4  handing you what's been marked Exhibit 3.

5                        (SEC Exhibit No. 3 was marked

6                        for identification.)

7            BY MR. STEPHENSON:

8      **Q    When you've had a chance to review it,**

9  **please let me know.**

10           COURT REPORTER:  I need to go off the

11  record.

12           MR. STEPHENSON:  Oh, okay.  Off the record.

13           THE VIDEOGRAPHER:  Off the record at

14  10:00 -- excuse me, at 10:30 a.m.

15           (Whereupon, a short recess was taken.)

16           THE VIDEOGRAPHER:  We are back on the

17  record at 11:04.

18           MR. STEPHENSON:  Okay.  Back on the record

19  at 11:04.

20           BY MR. STEPHENSON:

21     **Q    Before the break, Mr. Burkhalter, I had**

22  **handed you what had been marked, I believe --**

23           MR. DANZIG:  Number 3, Mr. Stephenson.

24           MR. STEPHENSON:  Exhibit 3.  Thank you.

25           BY MR. STEPHENSON:

1     **Q**    **Are you familiar with that document?**

2     A    I'll invoke the Fifth.

3     **Q**    **Do you recognize the document?**

4     A    I'll invoke the Fifth.

5     **Q**    **What is Exhibit number 2?**

6     MR. DANZIG:  Exhibit number 2 is the

7 subpoena.

8     MR. STEPHENSON:  Oh, sorry.

9     MR. DANZIG:  Are you referring to Exhibit

10 number 3, Mr. Stephenson?

11     BY MR. STEPHENSON:

12     **Q**    **What is Exhibit number 3, Mr. Burkhalter?**

13     A    I'll invoke the Fifth.

14     **Q**    **Did you ever use the -- Exhibit number 3**

15 **for  -- to promote Drive Planning financial products?**

16     A    I will invoke the Fifth.

17     **Q**    **Did you share Exhibit number 3 with**

18 **potential Drive clients?**

19     A    I will invoke the Fifth.

20     **Q**    **Did you share Exhibit number 3 with**

21 **potential Drive agents?**

22     A    I will invoke the Fifth.

23     **Q**    **I'll hand you another document.  I'm**

24 **running out of space here.**

25     MR. STEPHENSON:  Mr. Burkhalter, I'm

1   handing you what's been marked Exhibit Number 4.

2                   (SEC Exhibit No. 4 was marked

3                   for identification.)

4       BY MR. STEPHENSON:

5     **Q**   **Please let me know once you've had the**

6   **chance to review it.  Do you recognize this document,**

7   **Mr. Burkhalter?**

8     A   I will invoke the Fifth.

9     **Q**   **What is this document, Mr. Burkhalter?**

10     A   I will invoke the Fifth.

11     **Q**   **Did you ever use this document to promote**

12   **Drive Planning financial products to potential**

13   **clients?**

14     A   I will invoke the Fifth.

15     **Q**   **Did you ever share this document with Drive**

16   **agents?**

17     A   I will invoke the Fifth.

18     **Q**   **I'd like to show you the video.  It's going**

19   **to take a second.**

20     A   Let me get my glasses.

21     **Q**   **No problem.**

22       MR. DANZIG:  Is this going to be marked as

23   an exhibit?

24       MR. STEPHENSON:  I think we can probably

25   find a way to do that.

1          MR. DANZIG:  A slip sheet or something.

2          MR. STEPHENSON:  Yeah, maybe a slip sheet

3    or something.

4          MR. DANZIG:  Okay.  And so it would be

5    Exhibit number 5?

6          MR. STEPHENSON:  We can refer to it as

7    Exhibit number 5 for now, I think.

8                    (SEC Exhibit No. 5 was marked

9                     for identification.)

10          THE WITNESS:  Thank you.  I've got my

11    glasses on now.

12          (Video recording was played.)

13          BY MR. STEPHENSON:

14      Q    **Okay.  Mr. Burkhalter, do you recognize**

15    **this video?**

16      A    I will invoke the Fifth.

17      Q    **Is that you pictured in the video?**

18      A    Yes.

19      Q    **Is that you pictured in the video, Mr.**

20    **Burkhalter?**

21      A    I will invoke the Fifth.

22      Q    **Did you make this video with Mr. Bradford**

23    **on  or about March 2024?**

24      A    I will invoke the Fifth.

25      Q    **Did you make this video for the purposes of**

1    **promoting Drive Planning financial products?**

2       A    I will invoke the Fifth.

3       **Q    Did you share this video with potential and**

4    **actual Drive Planning clients?**

5       A    I will invoke the Fifth.

6       **Q    Did you share this video with Drive**

7    **Planning agents?**

8       A    I will invoke the Fifth.

9       **Q    Did any Drive Planning agents share this**

10   **video with potential Drive clients at your request?**

11      A    I will invoke the Fifth.

12      **Q    Is that you standing on a stage depicted in**

13   **the video between two white chairs, Mr. Burkhalter?**

14      A    I will invoke the Fifth.

15      **Q    Are you speaking to a room full of agents**

16   **in this video, Mr. Burkhalter?**

17      A    I will invoke the Fifth.

18           MR. STEPHENSON:  Okay.  Closing that video

19   and opening a new one, which we can refer to as

20   Exhibit 6 for convenience.

21                        (SEC Exhibit No. 6 was marked

22                         for identification.)

23           MR. DANZIG:  Is it -- I'm sorry.  Is there

24   a title to this video, number 6?

25           MR. STEPHENSON:  The file name is, Real

1   Opportunity Financial Update Final.

2           MR. DANZIG:   Thank you.

3           (Video recording was played.)

4           BY MR. STEPHENSON:

5       **Q    Mr. Burkhalter, do you recognize this**

6   **video?**

7       A    I will invoke the Fifth.

8       **Q    Is that you pictured it in the video, Mr.**

9   **Burkhalter?**

10      A    I will invoke the Fifth.

11      **Q    In this video, are you discussing Drive**

12  **Planning financial products?**

13      A    I will invoke the Fifth.

14      **Q    Did you make this video on or about August**

15  **2023, Mr. Burkhalter?**

16      A    I will invoke the Fifth.

17      **Q    Who made this video, Mr. Burkhalter?**

18      A    I will invoke the Fifth.

19      **Q    Who was the operator of the camera during**

20  **this video?**

21      A    I will invoke the Fifth.

22      **Q    Did you share this video with potential**

23  **Drive clients, Mr. Burkhalter?**

24      A    I will invoke the Fifth.

25      **Q    Did you share this video with potential**

```
 1   Drive agents, Mr. Burkhalter?
 2        A    I will invoke the Fifth.
 3        Q    Okay.  What is the Burkhalter Ranch?
 4        A    I will invoke the Fifth.
 5        Q    And what is the Staurolite Barn?
 6        A    I will invoke the Fifth.
 7        Q    You mentioned before that you reside in St.
 8   Petersburg, Florida, correct?
 9        A    Yes.
10        Q    And that is your primary residence?
11        A    Yes.
12        Q    Do you have a house in Blue Ridge, Georgia?
13        A    I will invoke the Fifth.
14        Q    When did you move to St. Petersburg,
15   Florida?
16        A    I will invoke the Fifth.
17        Q    Where is Drive Planning headquartered?
18        A    I will invoke the Fifth.
19        Q    Have you been deposed as part of your
20   divorce case with Ms. Burkhalter?
21        A    I will invoke the Fifth.
22        Q    Who represents you in your divorce
23   proceedings?
24        A    I will invoke the Fifth.
25        Q    You mentioned before that you have two
```

1 children, correct?

2     A   No.  Three.

3     **Q**   **Three.  Excuse me.  What are the names of**

4 **your three children, Mr. Burkhalter?**

5     A   ███████ -- or recently married.  Just her

6 new name is ██████████████████ now.  She just

7 got married.  The others are ████████████████.

8     COURT REPORTER:  I'm sorry.  I need you to

9 repeat that.  ██████████████ --

10     THE WITNESS:  ██████████████████,

11 ████████████████████, ██████████████████████.

12     BY MR. STEPHENSON:

13     **Q**   **And where do your two children live now?**

14     A   One lives in Athens, Georgia at school.

15 The other lives in -- currently in Suwanee, Georgia,

16 and ██████████ lives in Decatur.

17     **Q**   **Okay.  Who lives in Athens?**

18     A   ██████████████.

19     **Q**   **And who lives in Suwanee?**

20     A   ████████.

21     **Q**   **Have you ever paid Drive Planning funds to**

22 **any of your family members?**

23     A   I will invoke the Fifth.

24     BY UNIDENTIFIED SPEAKER:

25     **Q**   **Thanks.  Mr. Burkhalter, I'll ask you, did**

1    you have an administrative assistant at Drive

2    Planning?

3         A    I'll invoke the Fifth.

4         Q    Okay.  Who handled your travel

5    arrangements?

6         A    I will invoke the Fifth.

7         Q    Who handled your -- keeping your calendar?

8         A    I will invoke the Fifth.

9         Q    Did you have a bookkeeper?

10        A    I will invoke the Fifth.

11        Q    What accounting software did the business

12   use?

13        A    I'll invoke the Fifth.

14        Q    Who owns Drive Planning?

15        A    I will invoke the Fifth.

16        Q    Are all the corporate filings with the

17   Georgia Secretary of State's office accurate for

18   Drive Planning?

19        A    I will invoke the Fifth.

20        Q    Did you file your tax returns on time each

21   of the past three years?

22        A    I will invoke the Fifth.

23        Q    Who is your tax preparer?

24        A    I will invoke the Fifth.

25        Q    Would you sign a release to allow the SEC

1    to get your tax returns?

2         A    I will invoke the Fifth.

3         Q    Did Drive Planning have a payroll

4    processing company?

5         A    I will invoke the Fifth.

6         Q    How many employees did Drive Planning have?

7         A    I will invoke the Fifth.

8              BY MR. STEPHENSON:

9         Q    Mr. Burkhalter, what is the CORE fund?

10        A    I will invoke the Fifth.

11        Q    Have you taken any money from Drive

12   Planning clients for the CORE fund since December

13   2022?

14        A    I will invoke the Fifth.

15        Q    Have you ever taken any money intended for

16   the CORE fund and spent it elsewhere on matters

17   unrelated to CORE?

18        A    I will invoke the Fifth.

19        Q    Does Drive Planning adhere to a 65 percent

20   loan to value ratio for its collateral underlying

21   client loans?

22        A    I will invoke the Fifth.

23        Q    Did you ever do anything to verify whether

24   Drive Planning was adhering to that 65 percent loan

25   to value ratio?

 1      A      I will invoke the Fifth.

 2              MR. STEPHENSON:  Let's take a break.  Five

 3      minutes.

 4              THE VIDEOGRAPHER:  Standby by.  Going off

 5      the record at 11:16.

 6              (Whereupon, a short recess was taken.)

 7              THE VIDEOGRAPHER:  We're going back on the

 8      record at 11:20.

 9              MR. STEPHENSON:  Back on the record at

10      11:20.

11              Mr. Burkhalter, this concludes the SEC's

12      questioning for today as part of this testimony.

13              Mr. Danzig, do you have any questions you'd

14      like to ask?

15              MR. DANZIG:  I do not.  Thank you,

16      Mr. Stephenson.

17              MR. STEPHENSON:  Okay.  Okay.  Off the

18      record.

19              THE VIDEOGRAPHER:  We are concluded and off

20      the record at 11:21.

21              (Whereupon, at 11:21 a.m., the examination

22      was concluded.)

23                          *  *  *  *  *

24

25

1                    PROOFREADER'S CERTIFICATE

2

3    In The Matter of:    DRIVE PLANNING, LLC

4    Witness:             Russell Burkhalter

5    File No.             A-04060-A

6    Date:                Wednesday, June 12th, 2024

7    Location:            Atlanta, GA

8

9         This is to certify that I, Kyleigh McGinnis,

10   (the undersigned), do hereby certify that the foregoing

11   transcript is a complete, true, and accurate

12   transcription of all matters contained on the recorded

13   proceedings of the investigative testimony.

14

15

16                                    6/18/2024

17   Kyleigh McGinnis                 Date

18

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2    STATE OF FLORIDA

3    COUNTY OF MIAMI-DATE

4

5            I, Erika Mayo, Court Reporter, certify that I

6    was authorized to and did report the testimony of RUSSELL

7    BURKHALTER; that a review of the transcript was waived; and

8    that the transcript is a true and correct record of my

9    notes.

10            I further certify that I am not a relative,

11   employee, attorney, or counsel of any of the parties,

12   nor am I a relative or employee of any of the parties'

13   attorneys or counsel connected with the action, nor am I

14   financially interested in the action.

15            Dated this Wednesday, June 12th, 2024.

16

17

18                    Erika Mayo, Court Reporter

19                    Notary Public, State of Florida

20                    Commission No.: HH 124398

21                    Commission Expires:  May 2, 2025

22

23

24

25