THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )

                                 )  File No. A-04060-A

DRIVE PLANNING, LLC              )

WITNESS:  Jacqueline Burkhalter

PAGES:    1 Through 32

PLACE:    Securities and Exchange Commission

          Atlanta Regional Office

          950 East Paces Ferrv Rd NE, Suite 900

          Atlanta, GA 30326

DATE:     Tuesday, July 16th, 2024


        The above entitled matter came on for hearing,

pursuant to notice, at 9:42 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

```
 1   APPEARANCES:

 2

 3   On behalf of the Securities and Exchange Commission:

 4        AUSTIN STEPHENSON, ESQ.

 5        PATRICK HUDDLESTON, ESQ.

 6        PETER DISKIN, ESQ.

 7        JUSTINE A. RAINFORD, SEC INTERN

 8        Securities and Exchange Commission

 9        950 East Paces Ferrv Rd NE, Suite 900

10        Atlanta, GA 30326

11        (404) 842-7600

12

13   On behalf of the Witness:

14        CECI CHRISTY, ESQ.

15        Rountree Leitman Klein & Geer

16        2987 Clairmont Road, Suite 350

17        Atlanta, Georgia 30329

18        (404) 584-1238

19        cchristy@rlkglaw.com

20

21

22

23

24

25
```

1                    C O N T E N T S

2

3   WITNESS                              EXAMINATION

4   Jacqueline Burkhalter                          5

5

6   EXHIBITS:        DESCRIPTION              IDENTIFIED

7      9       Form 1662                         5

8     10       PPM of Backswing Ventures         7

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               P R O C E E D I N G S
2               MR. STEPHENSON:  On the record at
3    9:42 a.m. on Tuesday, July 16, 2024.
4               Ms. Burkhalter, please raise your
5    right hand.
6    Whereupon,
7               JACQUELINE BURKHALTER
8    having been previously sworn, testifies as
9    follows:
10               MR. STEPHENSON:  Ms. Burkhalter,
11    please state your full name and spell your
12    name for the record.
13               THE WITNESS:  Jacqueline Ann
14    Burkhalter. J-a-c-q-u-e-l-i-n-e, Ann is A-
15    n-n, B-u-r-k-h-a-l-t-e-r.
16               MR. STEPHENSON:  I'm Austin
17    Stephenson, and I'm joined here by Peter
18    Diskin and Pat Huddleston.  We are officers
19    of the Commission for purposes of this
20    proceeding.  We're also joined today by
21    Justine Rainford, an intern for the
22    Commission.
23               This is an investigation by the
24    United States Securities and Exchange
25    Commission in the matter of Drive Planning,

1    LLC, to determine whether there have been

2    violations of certain provisions of federal

3    securities laws.  However, the facts

4    developed in this investigation might

5    constitute violations of other federal or

6    state, civil, or criminal laws.

7              Prior to the opening of record,

8    you were provided a copy of the Formal

9    Order of Investigation in this matter.  It

10   will be available for your examination

11   during the course of this proceeding.

12             Ms. Burkhalter, have you had an

13   opportunity to review the Formal Order of

14   Investigation?

15             THE WITNESS:  Yes.

16             MR. STEPHENSON:  I have an

17   exhibit to hand you.

18             (SEC Exhibit No. 9 was marked

19             for identification.)

20                   EXAMINATION

21             BY MR. STEPHENSON:

22        **Q    I'm handing you what's been**

23   **previously marked Exhibit 9, entitled**

24   **Supplemental Information for Persons**

25   **Requested to Supply Information Voluntarily**

1    or Directed to Provide Information Pursuant

2    to a Commission Subpoena.

3           Let me know when you've finished

4    reviewing it. It was included with the

5    subpoena.

6           MS. CECI CHRISTY:  Mm-hm.  Thank

7    you.

8           BY MR. STEPHENSON:

9    **Q    Mrs. Burkhalter, have you had an**

10   **opportunity to review SEC Exhibit No. 9?**

11   A    Yes.

12   **Q    Do you have any questions**

13   **concerning SEC Exhibit No. 9?**

14   A    No.

15   **Q    Ms. Burkhalter, are you**

16   **represented by counsel here today?**

17   A    Yes.

18          MR. STEPHENSON:  Would counsel

19   please identify themselves for the record.

20          MS. CHRISTY:  Ceci Christy of

21   Rountree Leitman Klein & Geer.

22          MR. STEPHENSON:  Ms. Christy, are

23   you representing Ms. Burkhalter as counsel

24   today?

25          MS. CHRISTY:  Yes.

1          MR. STEPHENSON:  One more exhibit
2    to give Ms. Burkhalter.
3               (SEC Exhibit No. 10 was marked
4               for identification.)
5          MR. STEPHENSON:  This has been
6    previously marked Exhibit 10.
7          MS. CHRISTY:  We've seen this
8    before.
9          BY MR. STEPHENSON:
10     **Q   Ms. Burkhalter, this copy of the**
11   **subpoena has been previously marked as SEC**
12   **Exhibit No. 10.**
13          **Is this a copy of the subpoena**
14   **you're appearing here pursuant to today?**
15     A    Yes.
16     **Q   Thank you.**
17          **Ms. Burkhalter, what's your date**
18   **of birth?**
19     A    I respectfully decline to answer
20   based on my rights under the Fifth
21   Amendment to the Constitution.  As stated
22   by the U.S. Supreme Court, one of the Fifth
23   Amendment's basic functions is to protect
24   innocent men who otherwise might be
25   ensnared by ambiguous circumstances.

     1      Q    And just to clarify so we're a
     2 hundred percent crystal clear on the
     3 record, when you reference your Fifth
     4 Amendment right, are you referring to your
     5 Fifth Amendment right against self-
     6 incrimination?
     7      A    Yes.
     8      Q    Okay.  Ms. Christy, we can do
     9 this however you want.  I'm going to be
    10 asking a lot of questions, and I expect
    11 your client will invoke her Fifth Amendment
    12 rights.  If we want to avoid her reading
    13 the statement each time, we can agree, if
    14 you're amenable, to her just saying she
    15 invokes her Fifth Amendment privilege.
    16           MS. CHRISTY:  That's fine.
    17           THE WITNESS:  Okay.
    18           BY MR. STEPHENSON:
    19      Q    I do have to read -- it's
    20 important -- just in response to your
    21 invocation of your Fifth Amendment rights.
    22           I'm not authorized to compel you
    23 to give
    24 evidence or testimony as to which you
    25 assert your privilege against self-

1   incrimination, and I have no intention of
2   doing so.  In addition, I do not have the
3   authority to compel your testimony by
4   granting you immunity from prosecution.
5           Any question that I ask hereafter
6   will be with the understanding that if you
7   wish to assert your privilege, you need
8   merely state that you refuse to answer on
9   the grounds that your answer might
10  incriminate you.  In other words, you are
11  not compelled to answer any further
12  questions if you believe that a truthful
13  answer to the question might show that you
14  committed a crime and you wish to assert
15  your privilege against self-incrimination.
16  Accordingly, if you answer any questions,
17  you will be doing so voluntarily.
18          Do you understand?
19      A   Yes.
20          MS. CHRISTY:  May I make a
21  statement on the record, that Ms.
22  Burkhalter decision not to answer questions
23  does not imply guilt on her part and does
24  not imply that any answer she may give
25  would be incriminating as to her.

```
 1          BY MR. STEPHENSON:
 2      Q    I do want -- so I have something
 3  that I was going to read that was relevant
 4  to that.
 5           You should be aware that if you
 6  refuse to answer a question based on your
 7  Fifth Amendment privilege, a judge or jury
 8  may take an adverse inference against you
 9  in a civil action that the SEC may
10  determine to bring against you.  That means
11  the judge or jury would be permitted to
12  infer that your answer to the questions
13  might incriminate you.
14           Do you understand this?
15      A    Yes.
16      Q    Okay.  Understood.
17           What's your current address, Ms.
18  Burkhalter?
19      A    I invoke my Fifth Amendment
20  right.
21      Q    Are you currently married?
22      A    I invoke my Fifth Amendment
23  right.
24      Q    What is Drive Planning, LLC?
25      A    I invoke my Fifth Amendment
```

1   right.
2       **Q      Have you ever been employed by**
3   **Drive Planning?**
4       A     I invoke my Fifth Amendment
5   right.
6       **Q      Have you ever done any work on**
7   **behalf of Drive Planning?**
8       A     I invoke my Fifth Amendment
9   right.
10      **Q      Have you ever provided anything**
11  **of value to Drive Planning?**
12      A     I invoke my Fifth Amendment
13  right.
14      **Q      Have you ever received funds from**
15  **Drive Planning?**
16      A     I invoke my Fifth Amendment
17  right.
18      **Q      Have you ever received funds**
19  **belonging to clients of Drive Planning?**
20      A     I invoke my Fifth Amendment
21  right.
22      **Q      Have you ever been a signatory on**
23  **any Drive Planning bank accounts?**
24      A     I invoke my Fifth Amendment
25  right.

1      **Q     Have you ever reviewed any bank**
2 **statements relating to Drive Planning bank**
3 **accounts?**
4      A     I invoke my Fifth Amendment
5 right.
6      **Q     Have you ever used any debit or**
7 **credit cards under Drive Planning's**
8 **account?**
9      A     I invoke my Fifth Amendment
10 right.
11      **Q     Did you ever use Drive Planning**
12 **credit cards for personal expenses?**
13      A     I invoke my Fifth Amendment
14 right.
15      **Q     Did you reach a settlement in**
16 **connection with your divorce action against**
17 **Russell Todd Burkhalter?**
18      A     I invoke my Fifth Amendment
19 right.
20      **Q     Has any settlement with Russell**
21 **Todd Burkhalter been filed with the Court?**
22      A     I invoke my Fifth Amendment
23 right.
24      **Q     Has the settlement been**
25 **finalized?**

```
 1        A     I invoke my Fifth Amendment
 2   right.
 3        Q     Have you or will you receive real
 4   estate as part of the divorce settlement?
 5        A     I invoke my Fifth Amendment
 6   right.
 7        Q     Was real estate conveyed to you,
 8   or will real estate be conveyed to you by
 9   one of the Drive Planning entities?
10        A     I invoke my Fifth Amendment
11   right.
12        Q     Did you or will you receive cash
13   as part of your divorce settlement?
14        A     I invoke my Fifth Amendment
15   right.
16        Q     Did cash come or will cash come
17   as part of the divorce settlement from any
18   Drive Planning bank account?
19        A     I invoke my Fifth Amendment
20   right.
21        Q     Do you have any ownership
22   interest in property located at █████
23   ████████████████, Mineral Bluff, Georgia?
24        A     I invoke my Fifth Amendment
25   right.
```

1    **Q     Did Drive Planning provide any**
2  **funds to assist you in the purchase of**
3  **property located at** ██████████████████?
4        A     I invoke my Fifth Amendment
5  right.
6        **Q     Did you provide anything**
7  **of value in exchange for funds that Drive**
8  **Planning may have provided for the purchase**
9  **of** ████████████████?
10       A     I invoke my Fifth Amendment
11  right.
12       **Q     Do you have any ownership**
13  **interest in property located at** ██████████
14  ████ **, Mineral Bluff, Georgia?**
15       A     I invoke my Fifth Amendment
16  right.
17       **Q     Did Drive Planning provide any**
18  **funds to assist you in purchasing property**
19  **located at** ████████████████?
20       A     I invoke my Fifth Amendment
21  right.
22       **Q     Did you provide anything of value**
23  **in exchange for funds that Drive Planning**
24  **may have provided for the purchase of** ██████
25  ██████████?

```
 1        A      I invoke my Fifth Amendment
 2   right.
 3        Q      Do you have any ownership
 4   interest in property located at ███
 5   ██████████████, Mineral Bluff, Georgia?
 6        A      I invoke my Fifth Amendment
 7   right.
 8        Q      Did Drive Planning providing any
 9   funds to assist you in purchasing property
10   located at ███████████████████?
11        A      I invoke my Fifth Amendment
12   right.
13        Q      Did you provide anything of value
14   in exchange for funds that Drive Planning
15   may have provided for purchase of ████
16   ████████████████?
17        A      I invoke my Fifth Amendment
18   right.
19        Q      Just a couple of more on the
20   property.
21        Q      Do you have any ownership
22   interest in ████████████, Mineral Bluff,
23   Georgia?
24        A      I invoke my Fifth Amendment
25   right.
```

1      **Q      Did Drive Planning provide any**
2  **funds to assist you in purchasing property**
3  **located at** ████████████**?**
4      A      I invoke my Fifth Amendment
5  right.
6      **Q      Did you provide anything of value**
7  **in exchange for funds Drive Planning may**
8  **have provided for the purchase of** ████████
9  ████**?**
10      A      I invoke my Fifth Amendment
11  right.
12      **Q      Do you have any ownership in** ████
13  ████████████████████**, in St.**
14  Petersburg, Florida?
15      A      I invoke my Fifth Amendment
16  right.
17      **Q      Did Drive Planning provide any**
18  **funds to assist you in purchasing property**
19  **located at** ████████████████ **in**
20  St. Petersburg?
21      A      I invoke my Fifth Amendment
22  right.
23      **Q      Did you provide anything of value**
24  **in exchange for funds that Drive Planning**
25  **may have provided for purchase of** ████

1  ██████████?

2      A     I invoke my Fifth Amendment

3  right.

4      **Q     Ms. Burkhalter, have any**

5  **properties you owned ever produced revenue**

6  **that was provided to Drive Planning?**

7      A     I invoke my Fifth Amendment

8  right.

9      **Q     What's the Burkhalter Ranch**

10 **Corporation?**

11     A     I invoke my Fifth Amendment

12 right.

13     **Q     Do you have any ownership**

14 **interest in the Burkhalter Ranch**

15 **Corporation?**

16     A     I invoke my Fifth Amendment

17 right.

18     **Q     Have you ever worked for the**

19 **Burkhalter Ranch Corporation?**

20     A     I invoke my Fifth Amendment

21 right.

22     **Q     Has Burkhalter Ranch Corporation**

23 **received funds from Drive Planning?**

24     A     I invoke my Fifth Amendment

25 right.

1      **Q     Has Burkhalter Ranch Corporation**
2  **received any property from Drive Planning?**
3      A     I invoke my Fifth Amendment
4  right.
5      **Q     Has Burkhalter Ranch Corporation**
6  **performed any work whatsoever for Drive**
7  **Planning?**
8      A     I invoke my Fifth Amendment
9  right.
10     **Q     Has Burkhalter Ranch Corporation**
11 **provided anything of value for Drive**
12 **Planning?**
13     A     I invoke my Fifth Amendment
14 right.
15     **Q     Have you provided anything of**
16 **value in exchange for funds or assets that**
17 **Drive Planning may have provided to**
18 **Burkhalter Ranch Corporation?**
19     A     I invoke my Fifth Amendment
20 right.
21     **Q     At any point if you need to take**
22 **a break, if you need water or anything like**
23 **that, once we finish your questioning, let**
24 **me know.**
25     **Q     What is TBR Supply House, Inc.?**

1      A    I invoke my Fifth Amendment

2 right.

3      **Q    Do you have any ownership**

4 **interest in TBR Supply House?**

5      A    I invoke my Fifth Amendment

6 right.

7      **Q    Has TBR Supply House received any**

8 **funds from Drive Planning?**

9      A    I invoke my Fifth Amendment

10 right.

11      **Q    Has TBR Supply House**

12 **received any property from Drive Planning?**

13      A    I invoke my Fifth Amendment

14 right.

15      **Q    Has TBR Supply House performed**

16 **any work for Drive Planning?**

17      A    I invoke my Fifth Amendment

18 right.

19      **Q    Has TBR Supply House provided**

20 **anything of value to Drive Planning?**

21      A    I invoke my Fifth Amendment

22 right.

23      **Q    Have you provided anything of**

24 **value in exchange for funds or assets that**

25 **Drive Planning may have provided to TBR**

1    **Supply House?**

2         A     I invoke my Fifth Amendment

3    right.

4         **Q     What is Drive Properties, LLC?**

5         A     I invoke my Fifth Amendment

6    right.

7         **Q     Do you have any ownership**

8    **interest in Drive Properties, LLC?**

9         A     I invoke my Fifth Amendment

10   right.

11        **Q     Have you ever worked for**

12   **Drive Properties, LLC?**

13        A     I invoke my Fifth Amendment

14   right.

15        **Q     Has Drive Properties, LLC,**

16   **received any funds from Drive Planning?**

17        A     I invoke my Fifth Amendment

18   right.

19        **Q     Has Drive Properties, LLC,**

20   **received any property from Drive Planning?**

21        A     I invoke my Fifth Amendment

22   right.

23        **Q     Has Drive Properties, LLC,**

24   **performed any work for Drive Planning?**

25        A     I invoke my Fifth Amendment

1  right.

2      Q     Has Drive Properties, LLC,
3  provided anything of value to Drive
4  Planning?

5      A     I invoke my Fifth Amendment
6  right.

7      Q     Have you provided anything of
8  value in exchange for funds or assets that
9  Drive Planning may have provided to Drive
10  Properties, LLC?

11      A     I invoke my Fifth Amendment
12  right.

13      Q     There will be a few more
14  corporate entities.

15          MS. CHRISTY:  Mm-hm.

16          BY MR. STEPHENSON:

17      Q     What is CC Lot 33, LLC?

18      A     I invoke my Fifth Amendment
19  right.

20      Q     Do you have any ownership
21  interest in CC Lot 33, LLC?

22      A     I invoke my Fifth Amendment
23  right.

24      Q     Have you ever worked for CC Lot
25  33, LLC?

```
 1       A    I invoke my Fifth Amendment
 2  right.
 3       Q    Has CC Lot 33, LLC, received any
 4  funds from Drive Planning?
 5       A    I invoke my Fifth Amendment
 6  right.
 7       Q    Has CC Lot 33, LLC, received any
 8  property from Drive Planning?
 9       A    I invoke my Fifth Amendment
10  right.
11       Q    Has CC Lot 33, LLC, performed any
12  work for Drive Planning?
13       A    I invoke my Fifth Amendment
14  right.
15       Q    Has CC Lot 33, LLC, provided
16  anything of valuing to Drive Planning?
17       A    I invoke my Fifth Amendment
18  right.
19       Q    Have you provided anything of
20  value in exchange for funds or assets that
21  Drive Planning may have provided to CC Lot
22  33, LLC?
23       A    I invoke my Fifth Amendment
24  right.
25       Q    What is Staurolite Barn, LLC?
```

1       A     I invoke my Fifth Amendment
2   right.
3       **Q     "Staurolite" is spelled S-t-a-u-**
4   **r-o-l-i-t-e, for the record.**
5       **Q     Do you have any ownership**
6   **interest in Staurolite Barn?**
7       A     I invoke my Fifth Amendment
8   right.
9       **Q     Have you ever worked for**
10  **Staurolite Barn?**
11      A     I invoke my Fifth Amendment
12  right.
13      **Q     Has Staurolite Barn --**
14      A     Can I correct him on the saying
15  of the name?
16              MS. CHRISTY:  Sure.
17              THE WITNESS:  It's starlight.
18              BY MR. STEPHENSON:
19      **Q     Starlight?**
20      A     Mm-hm.  It's a mineral.
21      **Q     Does that sound like s-t-a-r?**
22      A     Mm-hm.
23      **Q     Has Staurolite Barn received any**
24  **funds from Drive Planning?**
25      A     I invoke my Fifth Amendment

1  right.

2      **Q     Has Staurolite Barn received any**

3  **property from Drive Planning?**

4      A     I invoke my Fifth Amendment

5  right.

6      **Q     Has Staurolite Barn performed any**

7  **work for Drive Planning?**

8      A     I invoke my Fifth Amendment

9  right.

10      **Q     Has Staurolite Barn provided**

11  **anything of value to Drive Planning?**

12      A     I invoke my Fifth Amendment

13  right.

14      **Q     Have you provided anything of**

15  **value in exchange for funds or assets that**

16  **Drive Planning may have provided to**

17  **Staurolite Barn?**

18      A     I invoke my Fifth Amendment

19  right.

20      **Q     What is Drive Gulfport**

21  **Properties, LLC?**

22      A     I invoke my Fifth Amendment

23  right.

24      **Q     Do you have any ownership**

25  **interest in Drive Gulfport Properties?**

1       A     I invoke my Fifth Amendment
2   right.
3       **Q     Have you ever worked for Drive**
4   **Gulfport Properties?**
5       A     I invoke my Fifth Amendment
6   right.
7       **Q     Has Drive Gulfport Properties**
8   **received any funds from Drive Planning?**
9       A     I invoke my Fifth Amendment
10  right.
11      **Q     Has Drive Gulfport Properties**
12  **received any property from Drive Planning?**
13      A     I invoke my Fifth Amendment
14  right.
15      **Q     Has Drive Gulfport Properties**
16  **performed any work for Drive Planning?**
17      A     I invoke my Fifth Amendment
18  right.
19      **Q     Has Drive Gulfport Properties**
20  **provided anything of value to Drive**
21  **Planning?**
22      A     I invoke my Fifth Amendment
23  right.
24      **Q     Have you provided anything of**
25  **value in exchange for funds or assets that**

1  **Drive Planning may have provided to Drive**

2  **Gulfport Properties?**

3      A    I invoke my Fifth Amendment

4  right.

5      **Q**    **One more. What is Drive Real**

6  **Estate, LLC?**

7      A    I invoke my Fifth Amendment

8  right.

9      **Q**    **Do you have any ownership**

10 **interest in Drive Real Estate, LLC?**

11     A    I invoke my Fifth Amendment

12 right.

13     **Q**    **Have you ever worked for Drive**

14 **Real Estate, LLC?**

15     A    I invoke my Fifth Amendment

16 right.

17     **Q**    **Has Drive Real Estate, LLC,**

18 **received any funds from Drive Planning?**

19     A    I invoke my Fifth Amendment right

20     **Q**    **Has Drive Real Estate, LLC,**

21 **received any property from Drive Planning?**

22     A    I invoke my Fifth Amendment

23 right.

24     **Q**    **Has Drive Real Estate, LLC,**

25 **performed any work for Drive Planning?**

1      A      I invoke my Fifth Amendment
2  right.
3      **Q      Has Drive Real Estate, LLC,**
4  **providing anything of value to Drive**
5  **Planning?**
6      A      I invoke my Fifth Amendment
7  right.
8      **Q      Have you provided anything of**
9  **value in exchange for funds or assets that**
10  **Drive Planning may have provided to Drive**
11  **Real Estate, LLC?**
12      A      I invoke my Fifth Amendment
13  right.
14      **Q      Ms. Burkhalter, were you ever**
15  **aware of Drive Planning using new-investor**
16  **funds to**
17  **pay off existing liabilities to existing**
18  **investors?**
19      A      I invoke my Fifth Amendment
20  right.
21      **Q      Were you ever aware of Russell**
22  **Todd Burkhalter using Drive Planning**
23  **investor funds to pay his personal**
24  **expenses?**
25      A      I invoke my Fifth Amendment

1   right.

2      **Q   Did you ever use Drive Planning**

3   **investor funds to pay your personal**

4   **expenses?**

5      A   I invoke my Fifth Amendment

6   right.

7      **Q   Did you ever use any Drive**

8   **Planning funds for personal expenses?**

9      A   I invoke my Fifth Amendment

10   right.

11      **Q   Has Drive Planning ever made**

12   **payments to a personal credit card of**

13   **yours?**

14      A   I invoke my Fifth Amendment

15   right.

16      **Q   Did you ever suspect that Drive**

17   **Planning might be engaged in fraudulent**

18   **conduct?**

19      A   I invoke my Fifth Amendment

20   right.

21      **Q   Did you ever suspect that Russell**

22   **Todd Burkhalter might be engaged in**

23   **fraudulent conduct?**

24      A   I invoke my Fifth Amendment

25   right.

1      **Q     Did you ever suspect that Drive**
2  **Planning or your husband might be operating**
3  **a Ponzi scheme through Drive Planning?**
4      A     I invoke my Fifth Amendment
5  right.
6             MR. STEPHENSON:  You want to take
7  a break?
8             MR. PETER DISKIN:  Let's take a
9  short break.
10            MR. STEPHENSON:  Five-minute
11 break.
12            MS. CHRISTY:  Sure.
13            MR. STEPHENSON:  Off the record
14 at 10:01.
15            (A brief recess was taken.)
16            MR. STEPHENSON:  Back on the
17 record at 10:03 a.m.  At this juncture,
18 Ms. Christy, you have the right to ask the
19 any questions you may want.
20            MS. CHRISTY:  I don't have any
21 questions.
22            MR. STEPHENSON:  That's all the
23 questions we have for you today, Ms.
24 Burkhalter.  Thank you for your time.
25            COURT REPORTER:  Transcribed?

1          MR. STEPHENSON:  Yes, please.

2          Off the record at 10:03 a.m.

3          (Whereupon, at 10:03 a.m., the

4    examination was concluded.)

5                    * * * * *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    PROOFREADER'S CERTIFICATE

2

3    In The Matter of:    DRIVE PLANNING, LLC

4    Witness:             Jacqueline Burkhalter

5    File No.             A-04060-A

6    Date:                Tuesday, July 16th, 2024

7    Location:            Atlanta, GA

8

9            This is to certify that I, Kyleigh McGinnis,

10   (the undersigned), do hereby certify that the foregoing

11   transcript is a complete, true, and accurate

12   transcription of all matters contained on the recorded

13   proceedings of the investigative testimony.

14

15

16                                  7/29/2024

17   Kyleigh McGinnis                Date

18

19

20

21

22

23

24

25

1                          REPORTER'S CERTIFICATE

2    GEORGIA:

3    FULTON COUNTY:

4              I hereby certify that the foregoing

5    proceedings were stenographically recorded by me as

6    stated in the caption, and the colloquies, questions and

7    answers were reduce to typewriting under my direction;

8    that the foregoing transcript is a true and correct

9    record of the evidence given.

10             The above certification is expressly withdrawn

11   and denied upon the disassembly or photocopying of the

12   foregoing transcript, unless said disassembly or

13   photocopying is done under the auspices of BULL AND

14   ASSOCIATES, INC., Certified Court Reporters, and the

15   signature and original seal is attached thereto.

16             I further certify that I am not a relative,

17   employee, attorney or counsel of the parties, nor am I a

18   relative or employee of such attorney or of any party,

19   nor am I financially interested in the outcome of the

20   action.  This day Tuesday, July 16th, 2024.

21

22

23                     MEG ARMISTEAD,

24                     Certified Court Reporter (B-2011)

25             My commission expires March 31, 2025