# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>DRIVE PLANNING, LLC and RUSSELL TODD BURKHALTER,<br><br>    Defendants. | Case No. 1:24-cv-03583-VMC |

## NOTICE OF APPEARANCE OF AARON M. DANZIG

Pursuant to LR 83.1(D)(1), NDGa., Aaron M. Danzig of the law firm Arnall Golden Gregory LLP hereby files his notice of appearance on behalf of Defendant Todd Burkhalter. Counsel requests that copies of all further notices and pleadings given or filed in this proceeding be given and served at the address, facsimile number and e-mail address referenced below.

Respectfully submitted this 14th day of August, 2024.

>   */s/ Aaron M. Danzig*
>   Aaron M. Danzig, GA Bar No. 205151
>   ARNALL GOLDEN GREGORY LLP
>   171 17th St. NW, Ste. 2100
>   Atlanta, GA 30363
>   Phone: 404-873-8504
>   Facsimile: 404-873-8505
>   aaron.danzig@agg.com
>
>   *Counsel for Defendant Todd Burkhalter*

4871-7642-6712.v1