# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>DRIVE PLANNING, LLC and RUSSELL TODD BURKHALTER,<br><br>   Defendants. | Case No. 1:24-cv-03583-VMC |

## NOTICE OF APPEARANCE OF KARA G. SILVERMAN

Pursuant to LR 83.1(D)(1), NDGa., Kara G. Silverman of the law firm Arnall Golden Gregory LLP hereby files her notice of appearance on behalf of Defendant Todd Burkhalter. Counsel requests that copies of all further notices and pleadings given or filed in this proceeding be given and served at the address, facsimile number and e-mail address referenced below.

Respectfully submitted this 14th day of August, 2024.

                                                */s/ Kara G. Silverman*
                                                Kara G. Silverman, GA Bar No. 679841
                                                ARNALL GOLDEN GREGORY LLP
                                                171 17th St. NW, Ste. 2100
                                                Atlanta, GA 30363
                                                Phone: 404.873.8168
                                                Facsimile: 404.873.8169
                                                kara.silverman@agg.com

                                                *Counsel for Defendant Todd Burkhalter*