# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-03583-VMC
## United States Securities and Exchange Commission v. Drive Planning, LLC et al
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Chambers on 08/14/2024.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 11:28 A.M.          COURT REPORTER: Wynette Blathers
TIME IN COURT: 0:23                        DEPUTY CLERK: Nathan Juster
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Aaron Danzig representing Russell Todd Burkhalter |
| | Pat Huddleston representing United States Securities and Exchange Commission |
| | Madison Loomis representing United States Securities and Exchange Commission |
| | Harry Roback representing United States Securities and Exchange Commission |
| | Kara Silverman representing Russell Todd Burkhalter |
| | ** Henry Sewell representing Kenneth Murena |
| OTHER(S) PRESENT: | Kenneth Murena |
| | Russell Todd Burkhalter |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [2]Motion for Order DENIED |
| MINUTE TEXT: | Court denied Plaintiff's [2] Motion for Order Requiring Surrender of Passport. Court gave Plaintiff leave to file an unredacted version of [11] Preliminary Injunction under seal. |