# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA DIVISION)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br>Plaintiff, <br><br>v. <br><br>DRIVE PLANNING, LLC and RUSSELL TODD BURKHALTER, <br><br>Defendants, <br><br>and <br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH, DRIVE PROPERTIES, LLC, TBR SUPPLY HOUSE, INC., and DRIVE GULFPORT PROPERTIES, <br><br>Relief Defendants. | Civil Action No. 1:24-cv-03583-VMC |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to LR 83.1(D)(1), Ceci Christy, of the law firm Rountree Leitman Klein & Geer, LLC, hereby files her notice of appearance and requests for notices on behalf of Relief Defendants Jacqueline Burkhalter, The Burkhalter Ranch

Corporation, Drive Properties, LLC, TBR Supply House, Inc., and Drive Gulfport Properties, LLC. Counsel requests that all further notices and pleadings given or filed in this proceeding be given and served upon her at the address and e-mail address as set forth below:

Ceci Christy, Esq.
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road
Suite 350
Atlanta, Georgia 30329
Telephone: (404)584-1238
cchristy@rlkglaw.com

This 18th day of August 2024.

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Relief Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 18, 2024, I electronically filed the foregoing Notice of Appearance and Request for Notices using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record in this case.

This 18th day of August 2024.

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

<u>/s/ Ceci Christy</u>
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Relief Defendants*