**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　Plaintiff,<br><br>v<br><br>DRIVE PLANNING, LLC, and RUSSELL TODD BURKHALTER,<br><br>　Defendants,<br><br>and<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,<br><br>　Relief Defendants. | Case No. 1:24-cv-03583-VMC |

**ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION TO EMPLOY DAMIAN VALORI CULMO AS LEAD COUNSEL, THE LAW OFFICES OF HENRY F. SEWELL, JR., LLC AS LOCAL COUNSEL AND <u>HAYS FINANCIAL CONSULTING LLC AS FORENSIC ACCOUNTANT</u>**

THIS CAUSE came before the Court on the Receiver's (the "Receiver") Motion for Authorization to Employ Damian Valori Culmo as Lead Counsel (the "Lead Counsel Firm"), the Law Offices of Henry F. Sewell, Jr., LLC as local counsel

(the "Local Counsel Firm"), and Hays Financial Consulting LLC as forensic accountant (the "Forensic Accountant Firm") (collectively, the Receiver's Professionals"), the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1. The Motion is **GRANTED**.

2. The Receiver is authorized to engage Damian Valori Culmo, the Law Offices of Henry F. Sewell, Jr, LLC and Hays Financial Consulting LLC to assist the Receiver in fulfilling his duties under this Court's Orders effective as of August 13, 2024.

SO ORDERED, this 19th day of August, 2024.

                                                                                    _____
VICTORIA MARIE CALVERT
UNITED STATES DISTRICT COURT JUDGE