**EXHIBIT B**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br>v.<br><br>DRIVE PLANNING, LLC, and RUSSELL TODD BURKHALTER,<br><br>     Defendants,<br>and<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,<br><br>     Relief Defendants. | Case No. 1:24-cv-03583-VMC |

### ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR AUTHORIZATION TO EMPLOY STRETTO AS A NOTICING AND CLAIMS DATA AGENT

THIS CAUSE came before the Court on the Receiver's (the "Receiver") Motion for Authorization to Employ Stretto as a Noticing and Claims Data Agent, the Court having considered the motion, and finding that cause exists to grant the motion, it is hereby ORDERED:

1. The Motion is **GRANTED**.

2. The Receiver is authorized to engage Stretto to assist the Receiver in fulfilling his duties under this Court's Orders as described in the motion, effective as of August 13, 2024, and to pay to Stretto an advance retainer of $15,000, which Stretto may apply to its initial invoices to the Receiver.

3. After the retainer is expended, the Receiver is authorized to pay to Stretto, on a monthly basis, all amounts set forth in Stretto's invoices that the Receiver determines are reasonable and appropriate.

SO ORDERED, this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE