UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DRIVE PLANNING, LLC and RUSSELL TODD BURKHALTER,<br><br>Defendants,<br><br>and<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH, DRIVE PROPERTIES, LLC, TBR SUPPLY HOUSE, INC., and DRIVE GULFPORT PROPERTIES,<br><br>Relief Defendants. | Civil Case No.:<br><br>1:24-cv-3583-VMC |

**ORDER GRANTING**
**DEFENDANT BURKHALTER'S UNOPPOSED MOTION**
**TO ALLOW PAYMENT OF ATTORNEYS' FEES AND EXPENSES**

THIS CAUSE came before the Court on Defendant Russell Todd Burkhalter's

Unopposed Motion to Allow Payment of Attorneys' Fees and Expenses.  With the

Court having considered the Motion, and finding that good cause exists to grant the Motion, it is hereby ORDERED as follows:

1. The Motion is **GRANTED**.

2. Defendant Russell Todd Burkhalter may utilize the $277,144.50 his counsel Arnall Golden Gregory LLP has on retainer for his benefit to pay Arnall Golden Gregory its attorneys' fees and expenses.

3. The $277,144.50 held by Arnall Golden Gregory LLP on retainer may only be used to pay Mr. Burkhalter's attorneys' fees and expenses.

SO ORDERED, this 11th day of October, 2024.

VICTORIA MARIE CALVERT
UNITED STATES DISTRICT JUDGE