# EXHIBIT A

**Burkhalter Ranch and Staurolite Barn**
**Equipment Schedule**

| Asset | VIN / Serial Numbers | Condition | Approximate Value |
|---|---|---|---|
| **Golf Carts:** | | | |
| · Black Royal EV Truck | VIN: L4MVKEC47NAOD | Good | $10k to $12k |
| · Black Royal EV 6-Seater | Pro #: Z4CJ+22068 | Good | $11k to 13k |
| · Blue Royal EV 6-Seater | VIN: L4MCKEC48NA000596 | Good | $11k to 13k |
| · Gold Royal EV 4-Seater | VIN: 7NJRGB1D1MC000674 | Good | $10k to 12k |
| · Blue Royal EV 6-Seater | VIN: 7NJRGB1D6NH002330 | Good | $11k to 13k |
| · Blue Royal EV 6-Seater | VIN: L4ACUEC49NA000239 | Good | $11k to 13k |
| · White Royal EV 6-Seater | VIN: 7NJRGB1D4NC001660 | Good | $11k to 13k |
| **Side by Sides:** | | | |
| · 2010 Green Polaris | VIN: Unknown | Poor | $2k to 4k |
| · White Polaris Ranger | VIN: 4XARSU994118063594 | Fair | $17k to 37k |
| **Mowers, Weedeaters, & Blowers:** | | | |
| · Ex-Mark Push Mower | Serial #: 412691157 | Good | $2k to $4k |
| · Ex-Mark Zero-Turn E-Series | Serial #: 414351629 | Good | $7k to $9k |
| · Ex-Mark Zero-Turn X-Series | Serial #: 411442885 | Good | $12k to $14k |
| · Stihl Gas FS94R | Serial #: 538662901 | Good | $300 to $400 |
| · Stihl Gas FS94R | Serial #: 538662905 | Good | $300 to $400 |
| · Stihl Gas FS240 | Serial #: Unknown | Good | $500 to $700 |
| · Ryobi Battery 40V | Serial #: LT21505D080197 | Good | $90 to $150 |
| · Ryobi Battery 40V | Serial #: LT21403D030129 | Good | $90 to $150 |
| **Blowers:** | | | |
| · Stihl Gas BR600 | Serial #: Unknown | Good | $400 to $550 |
| · Red-Max Gas EBZ8550 | Serial #: 20221700440 | Good | $200 to $400 |
| · EZ-GO 765CFM Battery | Serial #: NLB122148244874 | Good | $200 to $300 |
| · Ryobi 40V Battery | Serial #: T2403D030129 | Good | $100 to $150 |
| **Trailers:** | | | |
| · Cattle Trailer | VIN: 1MT5N2421PH027550 | Excellent | $8k to $20k |
| · Rock Solid Cargo Trailer | VIN: 7H2BE1626ND043626 | Fair | $7K to $9k |
| · Blue Gooseneck Stock Trailer | VIN: 16GSH6C26ND043914 | Good | $10k to $30k |
| · Stryker Flatbed Trailer | No VIN | Good | $14k to $20k |
| · Car Hauler Trailer | No VIN | Good | $5k to $24k |
| · Spartan Cargo Trailer | VIN: 50XBE2426NA032876 | Excellent | $2k to $8k |
| · Dump Trailer | VIN: 4ZEDT1225K1188598 | Good | $3k to $20k |
| **Tractors & Equipment:** | | | |
| · Kubota MX6000HSTC Tractor w/Loader | VIN: KBUL3CHCHM8B15919 | Excellent | $42k to $45k |
| · Kubota M5-111D Tractor w/Loader | VIN: KBUM4EDCKN8B66722 | Excellent | $35k to $40k |
| · Kubota 57-5 Excavator | VIN: KBCDZ37CEM3810579 | Excellent | $65k to $81k |
| · Kubota 75-2 Skid Steer | VIN: KBCZ052CEN1L72955 | Excellent | $50k to $55k |
| · Land Pride Bush Hog | VIN: 920980110BC | Good | $1k to $10k |
| · Tarter Fertilizer Spreader | No VIN/Serial #: 212045 | Excellent | $800 to $1k |
| · Land Pride No-Till Seed Drill | No VIN | Excellent | $22k to $25k |
| · Land Pride Tiller | No VIN/Serial #: BQ00666384 | Excellent | $3k to $4k |
| | | | **$384,980 to $552,200** |

**The Burkhalter Ranch Corporation**
**Cattle List**

| Name | Registration | Approximate Value |
|---|---|---|
| **Cattle:** | | |
| **Skype Klondike Kate** (Cow) | Registration #: 62,537 | $20,000 Purchased |
| **HHH Kindness** (Heifer) | Registration #: 61,996 | $12,000 Purchased |
| **Literra Misty** (Heifer) | Registration #: 64,113 | $11,000 Purchased |
| **SVR Selina** (Cow) | Registration #: 51,237 | $6,100 Purchased |
| **Kesabe Walking Taco** (Bull) | Registration #: 60,504 | $7,900 Purchased |
| **FTA Freya Lady** (Cow) | Registration #: 58,781 | $4,000 Valued |
| **JTB Moonshine Mark** (Steer) | Registration #: 67,903 | $3000 Valued |
| **JTB Macho of Staurolite** (Bull) | Registration #: 68,407 | $5,0000 Valued |
| **LVH Legion 594** (Bull) | Registration #: 67,360 | $10,000 Valued |
| **JTB Margarita Staurolite** (Heifer) | Registration #: 68,758 | $7,500 Valued |
| **Fiona** (Unregistered Black Cow) | | $3,100 Purchased |
| | | **$89,600** |

**Defendants and Relief Defendants**
**Vehicles**

| Type of Car | Vehicle Year | Approximate Value |
|---|---|---|
| Aston Martin DB11 | 2017 | $80,000 to $100,000 |
| Porsche 911 | 2020 | $30,000* |
| Land Rover Range Rover Sport | 2024 | $80,000 to $100,000 |
| Ford Expedition | 2022 | In Event Coordinator's possession |
| Ford Bronco | 2021 | $20,000 to $30,000 |
| Ford F250 | 2022 | $30,000 to $40,000 |
| Ford F350 | 2019 | $40,000 to $45,000 |
| Ford 450 | 2022 | $45,000 to $55,000 |
| Golf Cart | 2020 | In Mr. Burkhalter's possession |
| TMBR Ghost Hawk | 2023 | In Mr. Burkhalter's possession |

* The interest Drive Planning has in this vehicle is $30,000.

**Real Properties**
**Florida**

| Type | City | County | State | Zip | Holder | Siz - Sq Ft | Approximate Value |
|---|---|---|---|---|---|---|---|
| Apartment Building | St Petersburg | Pinellas | FL | 33701 | | 2,256 sq ft | |
| Apartment Building | St Petersburg | Pinellas | FL | 33701 | Drive Planning LLC | 2,150 sq ft | $2,600,000 |
| Apartment Building | St Petersburg | Pinellas | FL | 33701 | | 2,863 sq ft | |
| Single Condo | Panama City | Bay | FL | 32413 | Drive Planning LLC | 624 sq ft | $319,000 |
| Single Condo | Holmes Beach | Manatee | FL | 34217 | Drive Planning LLC | 1,535 sq ft | **$850,000*** |
| Single-Family Home | St Petersburg | Pinellas | FL | 33703 | Drive Planning LLC | 1,899 sq ft | $689,900 |
| Single Condo | St Petersburg | Pinellas | FL | 33701 | Drive Planning LLC | 1,406 sq ft | **$565,000*** |
| Apartment Building | St Petersburg | Pinellas | FL | 33704 | Drive Planning LLC | 5,518 sq ft | $1,500,000 |
| Single Family | Gulf Port | Pinellas | FL | 33707 | Drive Gulfport Properties, LLC | 2,268 sq ft | $949,000 |
| Single condo | St Petersburg | Pinellas | FL | 33701 | Burkhalter, Russell T. & Burkhalter, Jacqueline A. | 2,120 sq ft | $2,300,000 |
| Single Condo | St. Petersburg | Pinellas | FL | 33701 | Drive Planning LLC | 1,420 sq ft | $1,925,000 |
| | | | | | | $ | 8,357,900 |

\* These properties were impacted by Hurricane Milton, and their true value is currently being assessed. The reflected values are based on pre-Hurricane Milton conditions.

**Real Properties**
**Indiana**

| Type | City | County | State | Zip | Holder | Acres | Approximate Value |
|---|---|---|---|---|---|---|---|
| PUD - Commercial | Fishers | Hamilton | Indiana | 46037 | Drive Planning, LLC | ,88 Acres | **$800,000** |

**Real Properties**
**Mexico**

| Type | City | Country | Holder | Approximate Value |
|---|---|---|---|---|
| Single Condo | Cabo | Mexcio | David LLC, SRL/MAH International LLC | **$4,000,000** |

**Real Properties**
**Georgia**

| Type | City | County | State | Zip | Holder | Size - Acres | Approximate Value |
|---|---|---|---|---|---|---:|---:|
| Event Facility | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RUSSELL T & JACQUELINE A | 39.49 | $ 12,500,000 |
| Event Facility | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RUSSELL T & JACQUELINE A | 60.73 | $ 910,950 |
| Event Facility | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RUSSELL T & JACQUELINE A | 17.24 | $ 310,320 |
| Home | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RANCH CORP | 13.21 | $ 2,200,000 |
| Home & Land | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RANCH CORP | 18.78 | $ 1,150,000 |
| Land | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RANCH CORP | 18.92 | $ 375,000 |
| Home | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RANCH CORP | 1.56 | $ 50,000 |
| Land | Mineral Bluff | Fannin | GA | 30559 | DRIVE PLANNING LLC | 6.55 | $ 125,000 |
| Home | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RUSSELL & JACQUELINE A | 1.68 | $ 2,100,000 |
| Home | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RUSSELL & JACQUELINE A | 1.64 | $ 1,850,000 |
| Home | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RUSSELL & JACQUELINE A | 1.66 | $ 1,995,000 |
| Land | Mineral Bluff | Fannin | GA | 30559 | DRIVE PLANNING LLC | 18.59 | $ 650,000 |
| Home | Mineral Bluff | Fannin | GA | 30559 | BURKHALTER RANCH CORP | 1.72 | $ 239,000 |
| Home | Blue Ridge | Fannin | GA | 30513 | DRIVE PROPERTIES LLC | 0.17 | $ 795,000 |
| Coml Retail | Blue Ridge | Fannin | GA | 30513 | DRIVE PLANNING LLC | 0.39 | $ 1,000,000 |
| Coml Retail | Blue Ridge | Fannin | GA | 30513 | DRIVE PLANNING LLC | 0.11 | $ 400,000 |
| Coml Retail | Blue Ridge | Fannin | GA | 30513 | TBR SUPPLY HOUSE INC | 1.20 | $ 4,000,000 |
| Coml Retail | Roswell | Fulton | GA | 30075 | DRIVE PLANNING LLC | 0.44 | $ 1,350,000 |
| | | | | | | | $ 32,000,270 |

**Promissory Notes & Deeds-in-Trust**

| Type | City | County | State | Grantor | Grantee | Value of Promissory Note |
|---|---|---|---|---|---|---|
| Single Family Home | Mineral Bluff | Fannin | GA | Burkhalter Ranch Corporation | Katheryn & Kevin Elkins | $ 569,000.00 |
| Single Family Home | St Petersburg | Pinellas | FL | Drive Planning, LLC | Mark Haye | $ 1,400,000.00 |
| Construction Build-out | Manchester | Coffee | TN | Drive Planning, LLC | Manchester Townhomes, LLC | $ 2,000,000.00 |
| Construction Build-out | Nashville | Davidson | TN | Drive Planning, LLC | Canaan Builders, LLC | Value Being Determined |
| Construction Build-out | Nashville | Davidson | TN | Drive Planning, LLC | Canaan Builders, LLC | Value Being Determined |
| Construction Build-out | College Grove | Williamson | TN | Drive Planning, LLC | In Process of Being Determined | Value Being Determined |
| Single Family Home | Indianapolis | Marion | IN | Drive Planning, LLC | Gerardo Lorenzo Linarducci and Jennifer Joan Linarducci | Value Being Determined |
| | | | | | | $ 3,969,000.00 |