**EXHIBIT B**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>DRIVE PLANNING, LLC, and RUSSELL TODD BURKHALTER,<br><br>    Defendants,<br>and<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,<br><br>    Relief Defendants. | Case No. 1:24-cv-03583-VMC |

## ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO APPROVE SALE OF PROPERTY IN MINERAL BLUFF, GEORGIA AND REQUEST FOR EXPEDITED RELIEF TO MEET NOVEMBER 15, 2025 CLOSING DEADLINE

This matter came before the Court on the Receiver's Unopposed Motion to Approve Sale of Property in Mineral Bluff, Georgia and Request for Expedited Relief to Meet the November 15, 2024 Closing Deadline (ECF No. ____) (the

"Motion").[1] The Court has reviewed the Motion, has noted that all Defendants and Relief Defendants consent to the requested relief and no objections were filed or otherwise asserted, has found that the Receiver has substantially complied with the intent of the statutory obligations set forth in 28 U.S.C. § 2001 governing private sales of receivership property, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED** in its entirety.

2. The Court hereby approves the immediate closing of the sale of the Tower Road Property to the Buyer pursuant to the terms and conditions set forth in the Purchase and Sale Agreement and the Counteroffer to or Modification of the Unaccepted Original Offer (Exhibit A to the Motion);

3. The sale of the Tower Road Property and the transfer of title to that Property, to the Buyer, shall be made free and clear of all liens, claims and encumbrances whether or not such claims have been asserted, are presently pending, or may be asserted in the future against the Tower Road Property; and

4. In the event the sale to the Buyer approved above does not close, the Court hereby approves the immediate closing of the sale of the Tower Road Property

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion [ECF No. _____].

to another buyer for $1,900,000 or more and under similar terms as those contained in the Purchase and Sale Agreement (Exhibit A to the Motion), so that the Estate need not incur further expenses seeking Court approval for a similar sale.

**DONE AND ORDERED** in Northern District of Georgia, this ___ day of November, 2024.

_____
U.S. DISTRICT COURT JUDGE

Copies to:   Counsel of Record