Kenneth Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
DRIVE PLANNING RECEIVERSHIP FUND FOR SEC V. DRIVE PLANNING, LLC, ET AL.
Reporting Period 8/13/2024 to 9/30/2024

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 8/13/2024): | $ - | $ - | $ - |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 52,365,251.82 | $ 52,365,251.82 | $ 52,365,251.82 |
| Line 4 | Interest/Dividend Income [1] | $ 192,838.14 | $ 192,838.14 | $ 192,838.14 |
| Line 5 | Business Asset Liquidation | $ - | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other |  |  | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 52,558,089.96 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors | $ - | $ - | $ - |
| Line 10 | Disbursements for Business Operations [1] | $ 97,987.51 | $ 97,987.51 | $ 97,987.51 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 97,987.51 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |
|  | **Total Disbursements to Court/Other** |  |  |  |
|  | **Total Funds Disbursed (Lines 9-11)** |  |  | $ 97,987.51 |
| Line 13 | **Ending Balance (As of September 30, 2024)** |  |  | $ 52,460,102.45 |
| Line 14 | **Ending Balance of Fund – Net Assets:** |  |  |  |
| Line 14a | Cash & Cash Equivalents |  |  | $ 52,460,102.45 |
|  | **Total Ending Balance of Fund – Net Assets** |  |  | $ 52,460,102.45 |

[1] *See Attachment 1.*

Respectfully submitted,
Damian |Valori | Culmo
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965
*/s/ Kenneth D. Murena*
Kenneth D. Murena, Court-Appointed Receiver

Attachment 1 to Receiver's Initial Report
SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts

### Truist Bank Accounting - Drive Planning Accounts

| Date | From | Amount |
|---|---|---|
| 8/22/2024 | Balance of Escrow for Rental Properties | $ 9,340.00 |
| 8/22/2024 | Balance of Drive Planning - Core Acount | $ 32,470,000.00 |
| 8/22/2024 | Balance of Operating for Rental Properties | $ 38,060.00 |
| 8/22/2024 | Balance of Drive Planning - Real Account | $ 17,480,000.00 |
| 8/23/2024 | Rental Payment from Tenant | $ 2,400.00 |
| 8/30/2024 | Interest - Drive Planning Account | $ 38,157.09 |
| 9/1/2024 | Transfer to Axos - Fiduciary Account | $ (17,463,531.63) |
| 9/3/2024 | Rental Payment from Tenant | $ 1,470.00 |
| 9/4/2024 | Rental Payment from Tenant | $ 12,810.00 |
| 9/5/2024 | Rental Payment from Tenant | $ 1,170.00 |
| 9/5/2024 | Rental Payment from Tenant | $ 2,400.00 |
| 9/6/2024 | Transfer to Synovus - Fiduciary Account | $ (32,508,860.62) |
| 9/9/2024 | Rental Payment from Tenant | $ 1,495.00 |
| 9/13/2024 | Rental Payment from Tenant | $ 1,450.00 |
| 9/30/2024 | Interest - Drive Planning Account | $ 19,604.14 |
| **Total** | | **$ 105,963.98** |

### Synovus Bank Accounting - Fiduciary Account

| Date | From | Amount |
|---|---|---|
| 9/6/2024 | Transfer from Truist Account | $ 32,508,860.62 |
| 9/10/2024 | Interest - Fiduciary Account | $ 30.45 |
| 9/24/2024 | Interest - Fiduciary Account | $ 431.85 |
| 9/30/2024 | Interest - Fiduciary Account | $ 82,260.36 |
| 9/30/2024 | Interest - Fiduciary Account | $ 318.68 |
| | | **$ 32,591,901.96** |

### City National Bank Accounting - Fiduciary Account

| Date | From | Amount |
|---|---|---|
| 9/6/2024 | Coinbase Account of RT Burkhalter | $ 1,152,411.75 |
| 9/11/2024 | Drive Planning - Chase Account Balance | $ 1,148,199.99 |
| 9/16/2024 | Waterline Villas - Condo Deposit - Holmes Beach, FL | $ 2,105.08 |
| 9/27/2024 | Trust Funds from Counsel of D. Bradford | $ 41,940.00 |
| 9/30/2024 | Interest - Fiduciary Account | $ 770.83 |
| 9/30/2024 | Interest - Fiduciary Account | $ 4,911.43 |
| **Total** | | **$ 2,350,339.08** |

### Axos Bank Accounting - Fidicuary Account

| Date | From | Amount |
|---|---|---|
| 9/1/2024 | Transfer from Truist Account | $ 17,463,531.63 |
| 9/30/2024 | Interest - Fiduciary Account | $ 46,353.31 |
| **Total** | | **$ 17,509,884.94** |

**GRAND TOTAL OF RECEIPTS FOR BANK ACCOUNTS**   $ 52,558,089.96

**Attachment 1 to Receiver's Initial Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
| --- | --- | --- |
| 8/26/2024 | Nate - Contractor- Pearsons Apts | $ 5,000.00 |
| 8/27/2024 | Nate - Contractor- Pearsons Apts | $ 2,775.00 |
| 8/27/2024 | Kristin - Contractor - Pearsons Apts | $ 1,136.00 |
| 8/28/2024 | ADP Payroll Tax | $ 1,283.64 |
| 8/28/2024 | ADP Payroll Wages | $ 8,590.33 |
| 8/28/2024 | Duke Energy Corp - Regency Villas | $ 6.19 |
| 8/28/2024 | Duke Energy Corp - Pearsons Apts | $ 35.34 |
| 8/28/2024 | Duke Energy Corp - Regency Villas | $ 65.51 |
| 8/28/2024 | Telco People Gas - Pearsons Apts | $ 80.35 |
| 8/28/2024 | Kristin - Contractor - Pearsons Apts | $ 1,136.00 |
| 8/29/2024 | Reimbursement for Supplies for Pearson Apts and Regengy Villas | $ 451.40 |
| 8/30/2024 | ADP Payroll fee | $ 37.46 |
| 8/30/2024 | Greenhouse Regency Villas Apt - Quarterly Pest Control | $ 214.00 |
| 8/30/2024 | Greenhouse Regency Villas Apt - Quarterly Pest Control | $ 321.00 |
| 9/4/2024 | ADP Payroll fee | $ 8.95 |
| 9/4/2024 | ADP Payroll fee | $ 86.91 |
| 9/4/2024 | ADP Payroll fee | $ 79.21 |
| 9/6/2024 | ADP Payroll Tax | $ 673.70 |
| 9/6/2024 | ADP Payroll Wages | $ 5,578.17 |
| 9/6/2024 | ADP Payroll fee | $ 68.94 |
| 9/6/2024 | Truist Bank return fee | $ 36.00 |
| 9/6/2024 | Return of security deposit to tenant of Regency Villas | $ 1,320.00 |
| 9/6/2024 | Reimbursement: for Regency Villas and Pearson Apts | $ 422.31 |
| 9/10/2024 | Appfiles.com - Electronic Signature Program - monthly | $ 119.00 |
| 9/10/2024 | Nate - Locks changed- Pearsons Apts | $ 350.00 |
| 9/10/2024 | FPL Northwest - Front Beach Rd., Panama City FL | $ 76.15 |
| 9/10/2024 | Duke Energy Corp - Pearsons Apts & Regency Villas | $ 1,493.91 |
| 9/10/2024 | Handyman - Reimbursement for Glass - Pearsons & Regency Villas | $ 734.76 |
| 9/10/2024 | Synovus Bank wire fee | $ 18.00 |
| 9/10/2024 | Synovus Bank wire fee | $ 18.00 |
| 9/11/2024 | Rental/Lease  - ACH Charge for Portal fee | $ 1.00 |
| 9/11/2024 | Rental/Lease  - ACH Charge for Portal fee | $ 8.00 |
| 9/11/2024 | Duke Energy Corp - Regency Villas | $ 73.42 |
| 9/11/2024 | Duke Energy Corp - Regency Villas | $ 79.91 |
| 9/11/2024 | Duke Energy Corp - Regency Villas | $ 95.35 |
| 9/11/2024 | Duke Energy Corp - Pearsons Apts | $ 98.38 |
| 9/11/2024 | Duke Energy Corp - Pearsons Apts | $ 151.75 |
| 9/11/2024 | Duke Energy Corp - Pearsons Apts | $ 183.01 |
| 9/11/2024 | Duke Energy Corp - Pearsons Apts | $ 209.77 |

| Date | Payable | Amount |
|---|---|---|
| 9/11/2024 | Duke Energy Corp - Pearsons Apts | $ 243.51 |
| 9/11/2024 | Duke Energy Corp - Pearsons Apts | $ 260.88 |
| 9/11/2024 | Duke Energy Corp - Pearsons Apts | $ 292.81 |
| 9/11/2024 | Duke Energy Corp - Pearsons Apts | $ 317.70 |
| 9/11/2024 | Duke Energy Corp - Pearsons Apts | $ 398.56 |
| 9/13/2024 | Yacht Captain William Lance Brooks - monthly pay and cleaning services | $ 6,386.56 |
| 9/13/2024 | IPFS - Insurance - 31st Avenue Gulfport FL | $ 202.36 |
| 9/13/2024 | Truist Bank return fee | $ 36.00 |
| 9/13/2024 | St. Petersburg Utilities - Regency Villas | $ 94.12 |
| 9/13/2024 | Telco People Gas - Pearsons Apts | $ 105.54 |
| 9/13/2024 | St. Petersburg Utilities - Regency Villas | $ 273.32 |
| 9/13/2024 | St. Petersburg Utilities - Regency Villas | $ 433.82 |
| 9/13/2024 | St. Petersburg Utilities - Pearsons Apts | $ 454.06 |
| 9/18/2024 | Marine Max - boat utilities | $ 534.06 |
| 9/18/2024 | Marine Max - monthly slip | $ 1,171.65 |
| 9/18/2024 | Quality Worx - Lawn care for ranch in GA | $ 200.00 |
| 9/18/2024 | Yacht Captain William Lance Brooks - monthly pay | $ 6,000.00 |
| 9/18/2024 | Greene Insurance - Supply house | $ 2,132.00 |
| 9/18/2024 | Pikoff - Retainer for Mexico Counsel | $ 5,000.00 |
| 9/20/2024 | City of St. Petersburg - Regency Villas | $ 167.48 |
| 9/20/2024 | City of St. Petersburg - Regency Villas | $ 439.61 |
| 9/23/2024 | Truist Bank Service charge | $ 1,760.71 |
| 9/25/2024 | Home Depot - AC - Regency Villas | $ 569.19 |
| 9/25/2024 | City of St. Petersburg - Regency Villas | $ 307.91 |
| 9/25/2024 | City of St. Petersburg - Pearsons Apts | $ 350.33 |
| 9/26/2024 | Truist Bank return fee | $ 36.00 |
| 9/27/2024 | Hard Drive for forensic imaging of laptops | $ 269.98 |
| 9/27/2024 | Document Pros - Data Collection from Accounting Office | $ 2,275.28 |
| 9/27/2024 | Charles W Thomas Pinellas County Tax Collector - Property Tax | $ 18,680.50 |
| 9/27/2024 | Marine Max - move yacht to protect from storm | $ 5,816.40 |
| 9/27/2024 | Paragon Design Service - Tower Rd Mineral Bluff, July furniture storage | $ 2,532.90 |
| 9/27/2024 | Paragon Design Service - Tower Rd Mineral Bluff, Aug furniture storage | $ 1,887.69 |
| 9/27/2024 | Paragon Design Service - Tower Rd furniture installation | $ 3,933.36 |
| 9/27/2024 | Greene Insurance - Mineral Bluff & Blue Ridge GA properties | $ 920.40 |
| 9/27/2024 | Truist Bank return fee | $ 36.00 |
| 9/30/2024 | Handyman Your Nearby - AC and Door Repair #11 | $ 350.00 |
| **Total** | | $ 97,987.51 |