
**EXHIBIT C**



**Law Offices of Henry F. Sewell, Jr., LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305

**Kenneth Dante Murena**

**Invoice 10259**

| Date | Oct 08, 2024 |
|---|---|
| **Terms** | |
| **Service Thru** | Sep 30, 2024 |

**In Reference To: Receiver for Drive Planning (Time)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/13/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Initial Planning conference with Receiver Team (.6); Review Receivership Pleadings and Order (3.0) | 3.60 | $ 395.00/hr | $ 1,422.00 |
| 08/14/2024 | Henry F Sewell | **B110 - Case Administration:** Prepare for and participate in Court Call hearing (.7); Review edit finalize and file Pro Hac Applications (1.3); Filed and edit notices of appearance for myself and Receiver (.3); Call with Receiver regarding serving as registered agent and review appointment (.2); Attention to emails regarding issues to address (.2). | 2.70 | $ 395.00/hr | $ 1,066.50 |
| 08/14/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Attention to emails from Receiver group regarding Embry litigation and meeting with company personnel. | 0.40 | $ 395.00/hr | $ 158.00 |
| 08/15/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Prepare for and meet with Ms. Franklin, counsel and Scott Askue at offices of Drive Planning in Alpharetta (2.5); Call with Russell Landy prior to meeting regarding same (.3); Call with Russell Landy after meeting regarding report on same (.3); Call with Greg Hays on results of meeting and issues to address (.4); Call and email with counsel for Ms. Franklin (.6). | 4.10 | $ 395.00/hr | $ 1,619.50 |
| 08/16/2024 | Henry F Sewell | **B110 - Case Administration:** Review edit finalize and file Motion to Employ Professionals (1.8); Emails with co-counsel regarding same (.4). | 2.20 | $ 395.00/hr | $ 869.00 |
| 08/16/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Follow up on Embry litigation matters and email with state court counsel regarding same (.4); Review Embry Pleadings regarding wire transfers (.6); Call with Greg Hays regarding status of matters (.2); Emails with Scott Askue in follow up of meetings with Ms. Franklin (.3). | 1.50 | $ 395.00/hr | $ 592.50 |

| 08/18/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Review detailed email from counsel for Mrs. Burkhalter with information regarding assets and circulate to Receiver team with comments. | 0.40 | $ 395.00/hr | $ 158.00 |
|---|---|---|---|---|---|
| 08/19/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Email with Adriana Pavon regarding Blue Ridge visit (.1); Email with Scott Askue regarding same (.1); Review information regarding same. (.1). | 0.30 | $ 395.00/hr | $ 118.50 |
| 08/20/2024 | Henry F Sewell | **B110 - Case Administration:** Review Disclosures as filed (.4); Follow up on admission of florida counsel (.2); Emails with Receiver team regarding outstanding issues (.3). | 0.90 | $ 395.00/hr | $ 355.50 |
| 08/20/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Review Burkholder Response and circulate to Atlanta team. | 0.50 | $ 395.00/hr | $ 197.50 |
| 08/21/2024 | Henry F Sewell | **B110 - Case Administration:** Review orders entered by court on pro hac applications and follow up with co-counsel.. | 0.30 | $ 395.00/hr | $ 118.50 |
| 08/22/2024 | Henry F Sewell | **B110 - Case Administration:** Detailed email to Receiver team regarding status of several matters and report to Receiver. | 0.70 | $ 395.00/hr | $ 276.50 |
| 08/26/2024 | Henry F Sewell | **B110 - Case Administration:** Review, edit, finalize and file Notice of Appearance; Email to Receiver Team regarding same and review docket regarding pending matters. | 0.80 | $ 395.00/hr | $ 316.00 |
| 08/26/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Review email from Adriana Povona regarding lease (.1); Emails with Scott Askue regarding same and regarding communications with landlord (.3); Phone call with Greg Hays regarding same and other pending issues (.3); Email to Ms. Pavona regarding lease and status (.2). | 0.90 | $ 395.00/hr | $ 355.50 |
| 08/26/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Review Answer filed by Truist and circulate to Atlanta team. | 0.40 | $ 395.00/hr | $ 158.00 |
| 08/30/2024 | Henry F Sewell | **B110 - Case Administration:** Review Motion to Employ Stretto and emails with Receiver regarding same. | 0.50 | $ 395.00/hr | $ 197.50 |
| 08/30/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Review Answer filed by AMEX and circulate to Atlanta Team. | 0.20 | $ 395.00/hr | $ 79.00 |
| 09/05/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Review motion for employment of captain and proposed order and email regarding same. | 0.40 | $ 395.00/hr | $ 158.00 |
| 09/17/2024 | Henry F Sewell | **B110 - Case Administration:** Review Motion to employ local counsel in other jurisdictions. | 0.40 | $ 395.00/hr | $ 158.00 |
| 09/20/2024 | Eric Silva | **B120 - Asset Analysis and Recovery:** Research issue regarding filing of lis pendens with addresses with US District Court. | 0.70 | $ 325.00/hr | $ 227.50 |
| 09/20/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Attention to emails regarding filing of Lis Pendens; Call with Eric Silva regarding same and review research regarding same. | 0.80 | $ 395.00/hr | $ 316.00 |

| Date | By | | Hours | Rate | Amount |
|------|-----|--|-------|------|--------|
| 09/23/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Conference with Eric Silva regarding Lis Pendens (.2); Review and edit form (.4); Calls with court clerks regarding same (.3); Emails to Receiver and co-counsel regarding same (.2); Review Motion to Unfreeze funds and proposed order (.3) | 1.40 | $ 395.00/hr | $ 553.00 |
| 09/23/2024 | Eric Silva | **B120 - Asset Analysis and Recovery:** Conference with Henry Sewell regarding lis pendens filings (.2); Research regarding lis pendens and edit forms provided by co-counsel (1.6) | 1.80 | $ 325.00/hr | $ 585.00 |
| 09/24/2024 | Henry F Sewell | **B120 - Asset Analysis and Recovery:** Emails with Receiver regarding lis pendens (.3); Review, edit and follow up on procedures for fling lis pendens (1.0) | 1.30 | $ 395.00/hr | $ 513.50 |

**In Reference To: Receiver for Drive Planning (Expenses)**

| Date | By | Expenses | Amount |
|------|-----|----------|--------|
| 08/20/2024 | Henry F Sewell | Pro Hac Vice Admission Fee (Adriana Pavon) | $ 100.00 |
| 08/20/2024 | Henry F Sewell | Pro Hac Vice Admission Fee (Russell Landy) | $ 100.00 |

| | |
|--|--|
| **Total Hours** | 27.20 hrs |
| **Total Time** | $ 10,569.00 |
| **Total Expenses** | $ 200.00 |
| **Total Invoice Amount** | $ 10,769.00 |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 10,769.00** |

**Notes:**

Wiring Instructions
SunTrust Bank
3353 Peachtree Road NE, Ste 120
Atlanta, Georgia 30326
Routing Number 061000104
Account 1000178067095
Account Name: Law Offices of Henry F. Sewell, Jr. LLC
Swift SNTRUS3A

**User Hours Summary**

**Billing Period: 08/13/2024 - 09/30/2024**

**Matters: Receiver for Drive Planning**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---|---|---|
| Henry F Sewell | 24.70 | $ 395.00 | $ 9,756.50 |
| Eric Silva | 2.50 | $ 325.00 | $ 812.50 |