UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**

    **Plaintiff,**

**v.**

                              Civil Action No. 1:24-cv-03583-VMC

**DRIVE PLANNING, LLC, and
RUSSELL TODD BURKHALTER,**

    **Defendants,**
**and**

**JACQUELINE BURKHALTER,
THE BURKHALTER RANCH
CORPORATION, DRIVE
PROPERTIES, LLC, DRIVE
GULFPORT PROPERTIES LLC,
and TBR SUPPLY HOUSE, INC.,**

    **Relief Defendants.**
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED
INITIAL INTERIM APPLICATION FOR AN ORDER
APPROVING AND AUTHORIZING PAYMENT OF FEES
AND EXPENSES OF RECEIVER AND HIS PROFESSIONALS**

THIS CAUSE came before the Court upon the *Receiver's Unopposed Initial Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and His Professionals* (the "Application") [ECF No. ____].  The Court, having reviewed the Application, noting that the fees and costs requested therein are

reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and otherwise being fully advised in the matter, finds good cause to approve the Application and grant the relief requested therein.

Accordingly, it is **ORDERED** as follows:

1. The Application is **GRANTED.**

2. The total amount of fees and costs that the Receiver and his Lead Counsel, Damian Valori Culmo, incurred for the work performed fulfilling the Receiver's duties during the Application Period in the amount of $316,191.76 (including $307,258.21 in fees and $8,933.55 in costs) is hereby **APPROVED.**

3. The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to the Receiver and his Lead Counsel, Damian Valori Culmo, the amount of $254,740.12 (including $245,806.57 in fees (80% of $307,258.21) and $8,933.55 in costs) for the work performed fulfilling the Receiver's duties during the Application Period.

4. The total amount of fees and costs that the Receiver's Local Counsel, the Law Offices of Henry F. Sewell, Jr. LLC, incurred for the work performed assisting the Receiver to fulfill his duties during the Application Period in the amount of $10,769.00 (including $10,569.00 in fees and $200.00 in costs) is hereby **APPROVED.**

5. The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to the Receiver's Local Counsel the amount of $8,655.20 (including $8,455.20 in fees (80% of $10,569.00) and $200.00 in costs) for the work performed assisting the Receiver to fulfill his duties during the Application Period.

6. The total amount of fees and costs that the Receiver's Forensic Accountant, Hays Financial Consulting LLC, incurred for the work performed assisting the Receiver to fulfill his duties during the Application Period in the amount of $71,340.43 (including $70,855.50 in fees and $484.93 in costs) is hereby **APPROVED.**

7. The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to the Receiver's Forensic Accountant the amount of $57,169.33 (including $56,684.40 in fees (80% of $70,855.50) and $484.93 in costs) for the work performed assisting the Receiver to fulfill his duties during the Application Period.

8. The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of his duties in this matter and/or final disbursement of funds held by the Receivership Estate.

**DONE AND ORDERED**, this ____ day of _____, 2024, in the Northern District of Georgia.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:   All Counsel of Record