UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DRIVE PLANNING, LLC and RUSSELL TODD BURKHALTER,<br><br>Defendants,<br><br>and<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH, DRIVE PROPERTIES, LLC, TBR SUPPLY HOUSE, INC., and DRIVE GULFPORT PROPERTIES,<br><br>Relief Defendants. | Civil Case No.:<br><br>1:24-cv-3583-VMC |

[PROPOSED] ORDER GRANTING
DEFENDANT BURKHALTER'S UNOPPOSED MOTION
TO ALLOW FUNDS FOR LIVING EXPENSES

THIS CAUSE came before the Court on Defendant Russell Todd Burkhalter's

Unopposed Motion to Allow Funds for Living Expenses.  With the Court having

considered the Motion, and finding that good cause exists to grant the Motion, it is hereby ORDERED as follows:

1. The Motion is **GRANTED**.

2. The Receiver is directed to transfer $60,000 to Defendant Russell Todd Burkhalter to pay for his living and other expenses for the next six months.

SO ORDERED, this ___ day of _____, 2024.

_____
VICTORIA MARIE CALVERT
UNITED STATES DISTRICT JUDGE