$18.50  D DOC STAMP COLLECTION $9800.00 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: clk105523

**EXHIBIT 1**

# Upward Title & Closing Agency LLC

Prepared by and Return to:

Miranda Zaldivar
Upward Title & Closing Agency LLC
45 Sugar Sand Lane, Suite B
Santa Rosa Beach, FL 32459
File Number: 7010124-00004

_____ [Space Above This Line For Recording Data] _____

## This Warranty Deed

Made this **26th day of January, 2024** by **John L. Thayer and Jennifer A. Thayer, Husband And Wife**, hereinafter called the Grantor, to **Mark Paul Haye, Trustee of Mark P. Haye Living Trust (dated March 7th, 2022)**, whose post office address is: ,100 1st Avenue N #203 St Petersburg, FL 33701, hereinafter called the Grantee:

(Whenever used herein the term "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

Witnesseth, that the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee, all that certain land situated in Pinellas County, Florida, viz:

**Unit 203, ONE ST. PETERSBURG CONDOMINIUM, a condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 20266, Page 498, as amended, of the Public Records of Pinellas County, Florida, together with an undivided interest in the common elements appurtenant thereto.**

**Parcel Identification Number:       19-31-17-64138-000-0203**

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
To Have and to Hold, the same in fee simple forever.

And the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances. Subject to covenants, restrictions, easements of record and taxes for the current year and subsequent years.

In Witness Whereof, the said Grantor has signed and sealed these presents the day and year first above written.

Incident to the issuance of title insurance.
WARRANTY DEED

Signed, sealed and delivered in our presence:

_____
Witness: (Signature)
Print Name: __Yazara N Redding__
Address __3801 2ND AVENUE NORTH__
City, State, Zip __ST. PETERSBURG, FL 33713__

_____
Witness: (Signature)
Print Name: __Mark David Redding__
Address __3801 2ND Ave N__
City, State, Zip __St. Pete, FL 33713__

_____
John L. Thayer

_____
Jennifer A. Thayer
301 1st ST S, Unit 1002 St
Petersburg, Fl   33701

State of Florida
County of __Pinellas__

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this 26th day of January, 2024, by John L. Thayer, and Jennifer A. Thayer,, who: [X] is personally known to me or [ ] produced _____ as identification.

_____
NOTARY PUBLIC (signature)
Print Name: ~~Miranda Kaldivar~~ Yazara N. Redding
My Commission Expires: ~~(que)~~
Stamp/Seal:

> YAZARA N. REDDING
> Commission # HH 372025
> Expires March 18, 2027

Incident to the issuance of title insurance.
WARRANTYDEED