UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 21 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES SECURITIES

AND EXCHANGE COMMISSION,

Plaintiff,

v.

                     Civil Action No. 1:24-cv-03583-VMC Relief Defendants.

DRIVE PLANNING, LLC, and RUSSELL TODD BURKHALTER,

Defendants,

and

JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,

Relief Defendants.

_____/

### RESPONSE OF CERTIFICATE OF SERVICE OF MOTION FOR TURNOVER OF AND IMPOSITION OF CONSTRUCTIVE TRUST ON REAL PROPERTY TRACEABLE TO DRIVE PLANNING, LLC

### RESPONSE TO MOTION FOR TURNOVER

I, Mark Haye, an investor in Drive Planning, LLC, respectfully submit this response to the Motion for Turnover filed on March 25, 2025, by court-appointed Receiver, Kenneth D. Murena, Esq.

Drive Planning, LLC has been deemed a Ponzi scheme by the U.S. Securities and Exchange Commission (SEC), with operations and investor accounts frozen as of August 13,

2024. The loan at issue is an unsecured loan issued under the fraudulent misrepresentation that Drive Planning, LLC was a legitimate financial institution engaged in real estate investments.

It is important to note that I, Mark Haye, had invested substantially more funds into Drive Planning, LLC than the amount of the unsecured loan. This is not a mortgage-backed loan, and therefore, I respectfully submit that seizure of my personal residence is not a fair or appropriate remedy in light of the unsecured nature of the debt and the fraudulent conduct of Drive Planning, LLC.

Since the receivership began, I have made over a dozen efforts to resolve this matter in good faith. These efforts include proposals for payment plans, lump-sum settlements, and restructuring offers. I am currently in the process of securing a conventional loan through a financial institution to fully satisfy the outstanding unsecured loan balance.

I respectfully request that the Court and the Receiver continue to work with me in good faith while I finalize this loan, allowing for full repayment without resorting to turnover or forced sale of my home.

Allowing me the opportunity to repay the loan would be in the best interests of the receivership estate and its investors, as it would avoid the additional costs of property maintenance, taxes, homeowners' association fees, utilities, and sales-related expenses. These costs would otherwise diminish the value of the estate.

Thank you for your time and consideration.

Respectfully submitted,

**Mark Haye**, Pro Se
100 1st ave n., #203, St Petersburg, Florida, 33710
7278047220

Markhaye31@yahoo.com

April 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I, Mark Haye, served a copy of this Response to the Motion for Turnover by the Receivers via U.S. Mail and email to the following counsel:

- Russell Landy – rlandy@dvllp.com
- Adriana Pavon – apavon@dvcattorneys.com
- Kenneth Murena – kmurena@dvllp.com
- Henry F. Sewell, Jr. – hsewell@sewellfirm.com

Respectfully submitted,
Mark Haye, Pro Se
100 1st ave n., #203, St Petersburg, Florida, 33781
7278047220
Markhaye31@yahoo.com
April 10, 2025



**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

PRESS FIRMLY TO SEAL

PME
SAINT PETERSBURG
FL 33701
APR 16, 2025
30303
$31.40
RDC 07
S2324Y502443-8

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

ER 195 701 984 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 727-804-7220
MARK P. HAYE
100 1ST AVE. N.
UNIT 203
ST. PETERSBURG, FL 33701

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( 404-215-1600
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURT HOUSE
75 TED TURNER DR. S.W.
ATLANTA, GEORGIA, 30303

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

 PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 33701
Scheduled Delivery Date: 04/17
Postage: $ 31.40
Date Accepted: 04/16
Scheduled Delivery Time: ☐ 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 3.19 ☐AM ☑PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: 31.40
Weight: 9025 ☐ Flat Rate
Acceptance Employee Initials: DMC

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Date (MM/DD/YY): Time ☐AM ☐PM  Employee Signature
Delivery Attempt (MM/DD/YY): Time ☐AM ☐PM  Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

   

**UNITED STATES POSTAL SERVICE.**



Hale
100 1st Ave N
#203
St. Pete, FL. 33701

Civil Action #
1:24-CV-03583-VMC