# EXHIBIT 1

Type:  STATE LAND RECORDS
Recorded: 9/30/2024 11:24:00 AM
Fee Amt:  $691.50  Page 1 of 6
Transfer Tax: $666.50
Forsyth County, GA
Greg G. Allen Clerk Superior Ct

Participant ID: 2268172893

**BK 11363  PG 122 - 127**

**After Recording, Return to:**
Craig Long, LLC
2450 Atlanta Hwy.
Suite 1904
Cumming, GA 30040
2024-89

Parcel#:

## LIMITED WARRANTY DEED

**STATE OF GEORGIA**
**COUNTY OF FORSYTH**

THIS INDENTURE, made the **27th day of September, 2024** by and between **Orchards of South Forsyth LP, a Georgia limited partnership**, of the State of Georgia, as party of the first part, (hereinafter called "Grantor") and **Julie Ann Edwards**, as party of the second part, (hereinafter called "Grantee") (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

**WITNESSETH**: Grantor, for and in consideration of the sum of **TEN & 00/100 ($10.00)** DOLLARS, and other valuable consideration, in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold, aliened, conveyed and confirmed, and by these presents do grant, bargain, sell, alien, convey and confirm unto the said Grantee, all that tract or parcel of land:

**See Exhibit "A" attached hereto and made a part hereof**

commonly known as

**THIS CONVEYANCE** and the warranties herein contained are expressly made subject to those liens, encumbrances, restrictions and other matters, if any, set forth on Exhibit "B" attached hereto and incorporated herein by this reference (the "Permitted Exceptions").

**TO HAVE AND TO HOLD** the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining, to the only proper use, benefit and behoove of the said Grantee forever in FEE SIMPLE.

**AND THE SAID** Grantor will warrant and forever defend the right and title to the above-described property unto the said Grantee against the claims of all persons owning, holding or claiming by, through or under the said Grantor.

**IN WITNESS WHEREOF**, the Grantor have signed and sealed this deed, the day and year above written.

Sworn to and subscribed before the
undersigned on the 27th day of
September, 2024.

_____
Unofficial Witness

Orchards of South Forsyth, LP
a Georgia limited partnership

By: Orchards of SF, LLC
a Georgia limited liability company
Its General Partner

By: _____ (SEAL)
   Mitchell J. Block, Authorized Agent

_____
Notary Public

(NOTARIAL SEAL)



ERICA MCDANIEL
COMMISSION EXPIRES
NOTARY
PUBLIC
AUGUST 10, 2026
HALL COUNTY, GEORGIA

## EXHIBIT "A"
## LEGAL DESCRIPTION

**Property Address:**
**Parcel ID:**

Property 1:
All that tract or parcel of land lying and being in Land Lot 452, 2nd District, 1st Section, Forsyth County, Georgia, Orchards of South Forsyth, Condominium Unit 704, as shown and depicted in the As-Built Survey recorded the 10th day of September, 2024 in Plat Book CO8, Page(s) 271, Forsyth County, Georgia Records, and any shared common amenities, subject to the Declaration of Covenants, Conditions and Restrictions for The Orchards of South Forsyth Condominium recorded in Deed Book 10980, beginning at page 43, Forsyth County, Georgia Records, as amended, and whose floor plan was recorded May 17, 2023 in Plat Book FP5, Book 627, Forsyth County, Georgia Records. Said plat of survey is incorporated herein by reference for a more complete description.