# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 19 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

Civil Action No. 1:24-cv-03583-VMC

DRIVE PLANNING, LLC, and

RUSSELL TODD BURKHALTER,

Defendants,

and

JACQUELINE BURKHALTER, et al.,

Relief Defendants.

_____/

## LETTER TO THE COURT REGARDING EXCHANGE OF PROMISSORY NOTES

Dear Judge Victoria M. Calvert,

I write to propose an efficient resolution concerning two unsecured promissory notes—one held by me, Mark Haye, and the other by Drive Planning, LLC.

I hold an unsecured note from Drive Planning, related to funds I invested that were used, in part, for real estate acquisition of my primary home. Likewise, Drive Planning holds an unsecured note from me, related to funds Drive Planning, LLC invested that were used, in part, for real estate acquisitions. Both notes are of approximately equal value and can be exchanged, effectively neutralizing the claims and avoiding further legal expense and delay.

This exchange would not impact discussions regarding commissions or investment returns, which should proceed through the appropriate claims process. The goal here is to reduce burdens on the Court, the Receivership Estate, and the investors by addressing a narrow, clearly defined obligation.

This approach is supported by principles applied in SEC v. Elliott, 953 F.2d 1560 (11th Cir. 1992), which emphasized equitable treatment of similarly situated claimants in receivership proceedings and endorsed pragmatic solutions that preserve estate assets.

I respectfully request the Court's consideration of this proposal and am available to provide further detail upon request.

Thank you for your time.

*[signature]* 5/16/25

Respectfully,

Mark Haye

100 1st ave n., 203, st Petersburg, fl., 33701

7278047220

May 16, 2025

HAYE
100 1st AVE N.
#203
St. Pete, FL 33701

Civil Action No: 1:24-CV-03583-VMC
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVERS SW
ATLANTA, GEORGIA 30303

**PRIORITY®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Retail



U.S. POSTAGE PAID
PM
TAMPA, FL 33611
MAY 16, 2025

30303

RDC 0?    0 Lb 0.80 Oz    S2324E501837-30

$10.10

EXPECTED DELIVERY DAY: 05/19/25

USPS TRACKING® #

9505 5160 0584 5136 5431 06

CLEARED DATE

CLEARED DATE  MAY 19 2025

U.S. Marshals Service
Atlanta, GA 30303

U.S. Marshals Service
Atlanta, GA 30303

For international shipments, the maximum weight is 4 lbs.

EP14H February 2024 Outer Dimension: 10 x 5



**PRIORITY** **MAIL**



**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**TRACKED ■ INSURED**

EP14H February 2024
OD: 10 x 5

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP




**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS00001000064

EP14H © U.S. Postal Service; February 2024; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.