FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 23 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

May, 22, 2025

United States District Court
Clerk's Office
2211 United States Courthouse;
75 Ted Turner Dr SW
Atlanta, GA 30303.

RE: Case No. 1:24-CV-03583 – VMC
    SEC vs. Drive Planning LLC, Russell Todd Burkhalter

Change of Address/ Contact Information

To Whom it May Concern,
Please note the following address/ contact information for Julie Edwards:

Julie Edwards – pro se
704 Calypso Way
Cumming, GA 30040
jules6608@yahoo.com
404-750-8932

Please send any and all communications to this address/ email address.

Thank You,

*Julie Edwards*

Julie Edwards
704 Calypso Way
Cumming, GA 30040
404-750-8932
jules6608@yahoo.com