```
JOSEPH P. O'CONNOR
MARION COUNTY ASSESSOR
Jul 13 2023 AM 11:22
DULY ENTERED FOR TAXATION
SUBJECT TO FINAL ACCEPTANCE
FOR TRANSFER
E-033039883 CE
```

4l633

A202300057630

07/14/2023 07:07 AM
FAITH KIMBROUGH
MARION COUNTY IN RECORDER
FEE: $ 35.00
PAGES: 2
By: ER

## WARRANTY DEED

JR

THIS INDENTURE WITNESSETH, that **JOSEPH M. SCHULLER** and **MONIKA A. SCHULLER**, husband and wife (collectively, the "**Grantor**") of Marion County, Indiana, CONVEY AND WARRANT to **GERARDO LORENZO LINARDUCCI** and **JENNIFER JOAN LINARDUCCI**, husband and wife (collectively, the "**Grantee**"), of Marion County, Indiana, for the sum of Ten Dollars ($10.00) and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the following described real estate in Marion County, State of Indiana:

Lot 143 in Admirals Pointe, Section 6, an addition in Marion County, Indiana as per plat thereof recorded February 23, 1987, as Instrument No. 87-19405 in the Office of the Recorder of Marion County, Indiana.

Subject to any and all easements, agreements, covenants, restrictions and rights-of-way of record, and to all current and non-delinquent real estate taxes due and payable from and after the date of this conveyance.

[County Tax Parcel No.: 4027281]
[State Tax Parcel No.: 49-01-15-125-002.000-400]

**PRIOR DEED REFERENCE:** Instrument No. A201200102972

Common street address is 12162 Pearl Bay Ridge, Indianapolis, Indiana, 46236.

IN WITNESS WHEREOF, the Grantor has executed this Warranty Deed on this 10 day of July, 2023.

"GRANTOR"

_____
JOSEPH M. SCHULLER

_____
MONIKA A. SCHULLER

Marion County Assessor
Jul 13 2023
Received CB