# EXHIBIT 3

## Gerardo Linarducci Transcations

**Commissions**

| Account | Trans. Date | Type | Name | Received From | Paid to |
|---|---|---|---|---|---|
| ADP | 08/12/22 | DD | Linarducci, Gerardo | | $40,690.00 |
| ADP | 08/26/22 | DD | Linarducci, Gerardo | | $12,705.00 |
| ADP | 09/09/22 | DD | Linarducci, Gerardo | | $38,160.00 |
| ADP | 09/23/22 | DD | Linarducci, Gerardo | | $22,730.00 |
| ADP | 10/07/22 | DD | Linarducci, Gerardo | | $5,150.00 |
| ADP | 10/21/22 | DD | Linarducci, Gerardo | | $10,923.73 |
| ADP | 11/04/22 | DD | Linarducci, Gerardo | | $15,988.00 |
| ADP | 11/18/22 | DD | Linarducci, Gerardo | | $33,696.00 |
| ADP | 12/02/22 | DD | Linarducci, Gerardo | | $38,571.00 |
| ADP | 12/16/22 | DD | Linarducci, Gerardo | | $42,222.00 |
| ADP | 12/30/22 | DD | Linarducci, Gerardo | | $7,078.50 |
| ADP | 01/13/23 | DD | Linarducci, Gerardo | | $400.00 |
| ADP | 01/27/23 | DD | Linarducci, Gerardo | | $43,537.19 |
| ADP | 02/10/23 | DD | Linarducci, Gerardo | | $20,933.00 |
| ADP | 02/24/23 | DD | Linarducci, Gerardo | | $47,446.75 |
| ADP | 03/10/23 | DD | Linarducci, Gerardo | | $90,048.00 |
| ADP | 03/24/23 | DD | Linarducci, Gerardo | | $84,476.00 |
| ADP | 04/07/23 | DD | Linarducci, Gerardo | | $31,499.80 |
| ADP | 04/21/23 | DD | Linarducci, Gerardo | | $56,215.00 |
| ADP | 05/05/23 | DD | Linarducci, Gerardo | | $61,064.00 |
| ADP | 05/19/23 | DD | Linarducci, Gerardo | | $108,313.85 |
| ADP | 06/02/23 | DD | Linarducci, Gerardo | | $62,052.00 |
| ADP | 06/16/23 | DD | Linarducci, Gerardo | | $123,294.00 |
| ADP | 06/30/23 | DD | Linarducci, Gerardo | | $94,002.00 |
| ADP | 07/14/23 | DD | Linarducci, Gerardo | | $70,302.00 |
| ADP | 07/28/23 | DD | Linarducci, Gerardo | | $98,518.00 |
| ADP | 08/11/23 | DD | Linarducci, Gerardo | | $124,405.00 |
| ADP | 08/25/23 | DD | Linarducci, Gerardo | | $84,887.00 |
| ADP | 09/08/23 | DD | Linarducci, Gerardo | | $93,011.00 |
| ADP | 09/22/23 | DD | Linarducci, Gerardo | | $167,478.80 |
| ADP | 10/06/23 | DD | Linarducci, Gerardo | | $138,179.00 |
| ADP | 10/20/23 | DD | Linarducci, Gerardo | | $101,227.00 |
| ADP | 11/03/23 | DD | Linarducci, Gerardo | | $101,310.00 |
| ADP | 11/17/23 | DD | Linarducci, Gerardo | | $162,737.00 |
| ADP | 12/01/23 | DD | Linarducci, Gerardo | | $133,884.00 |
| ADP | 12/15/23 | DD | Linarducci, Gerardo | | $177,206.00 |
| ADP | 12/29/23 | DD | Linarducci, Gerardo | | $218,746.00 |
| ADP | 01/12/24 | DD | Linarducci, Gerardo | | $67,209.00 |
| ADP | 01/26/24 | DD | Linarducci, Gerardo | | $217,582.00 |
| ADP | 02/09/24 | DD | Linarducci, Gerardo | | $202,353.00 |
| ADP | 02/23/24 | DD | Linarducci, Gerardo | | $202,951.00 |
| ADP | 03/08/24 | DD | Linarducci, Gerardo | | $201,518.00 |
| ADP | 03/22/24 | DD | Linarducci, Gerardo | | $339,404.00 |
| ADP | 04/05/24 | DD | Linarducci, Gerardo | | $392,127.00 |
| ADP | 04/19/24 | DD | Linarducci, Gerardo | | $335,583.00 |
| ADP | 05/03/24 | DD | Linarducci, Gerardo | | $257,830.00 |
| ADP | 05/17/24 | DD | Linarducci, Gerardo | | $329,114.00 |
| ADP | 05/31/24 | DD | Linarducci, Gerardo | | $288,853.00 |
| ADP | 06/14/24 | DD | Linarducci, Gerardo | | $299,393.00 |
| | | | | **$0.00** | **$5,897,003.62** |

**Other**

| Account | Trans. Date | Type | Name | Received From | Paid to |
|---|---|---|---|---|---|
| 1100009132951 | 07/26/22 | Wire | Gerardo Linarducci | | $120,000.00 |
| 1100009132951 | 08/03/22 | Wire | Gerardo L Linarducci | $50,000.00 | |
| 1100009132951 | 08/29/22 | Wire | Chrystine A Calhoun | $30,000.00 | |
| 1100009132951 | 09/01/22 | Deposit | Gerardo L Linarducci | $110,000.00 | |
| 1100009132951 | 09/14/22 | Deposit | Gerardo L Linarducci | $25,000.00 | |
| 1100009132951 | 09/26/22 | Wire | Gerardo Linarducci | | $3,394.04 |
| 1100009132951 | 11/03/22 | Wire | Gerardo Linarducci | | $5,000.00 |
| 1100009132951 | 01/10/23 | Deposit | Gerardo L Linarducci | $52,000.00 | |
| 1100009132951 | 01/20/23 | Wire | Gerardo Linarducci | | $49,213.75 |
| 1100009132951 | 03/16/23 | Deposit | Gerardo L Linarducci | $35,000.00 | |
| 1100009132951 | 04/07/23 | Wire | Gerardo Linarducci | | $12,574.00 |
| 1100009132951 | 04/17/23 | Deposit | Gerardo L Linarducci | $28,000.00 | |
| 1100009132951 | 06/02/23 | Wire | Gerardo Linarducci | | $46,000.00 |
| 1100009132951 | 06/09/23 | Deposit | Gerardo L Linarducci | $10,000.00 | |
| 1100009132951 | 06/15/23 | Wire | Gerardo Linarducci | | $8,000.00 |

| Account | Trans. Date | Type | Name | Received From | Paid to |
|---|---|---|---|---|---|
| 1100009132951 | 06/20/23 | Wire | Gerardo Linarducci | | $8,500.00 |
| **1100009132951** | **07/10/23** | **Wire** | **TITLE: SERVICES , LLC ESCRCOW ACCOUNT** | | **$1,920,535.75** |
| 1100009132951 | 07/18/23 | Deposit | Gerardo L Linarducci | $10,000.00 | |
| 1100009132951 | 08/17/23 | Deposit | Gerardo & Jennifer Linarducci | $20,000.00 | |
| 1100009132951 | 08/22/23 | Deposit | Gerardo & Jennifer Linarducci | $10,000.00 | |
| 1100009132951 | 08/22/23 | Deposit | Gerardo & Jennifer Linarducci | $10,000.00 | |
| 1100009132951 | 09/12/23 | Deposit | Gerardo & Jennifer Linarducci | $20,000.00 | |
| 1100009132951 | 09/12/23 | Deposit | Gerardo & Jennifer Linarducci | $20,000.00 | |
| 1100009132951 | 10/02/23 | Deposit | Gerardo & Jennifer Linarducci | $20,000.00 | |
| 1100009132951 | 10/11/23 | Deposit | Gerardo & Jennifer Linarducci | $30,000.00 | |
| 1100009132951 | 12/20/23 | Wire | New Vision Trust Company Escrow | $13,500.00 | |
| 1100009132951 | 03/01/24 | Wire | Gerardo Linarducci | | $25,000.00 |
| | | | | **$493,500.00** | **$2,198,217.54** |

**Affiliated**

| Account | Trans. Date | Type | Name | Received From | Paid to |
|---|---|---|---|---|---|
| 1100009132951 | 11/09/23 | Deposit | Ducci Enterprise LLC | $20,000.00 | |
| 1100009132951 | 11/16/23 | Deposit | Ducci Enterprise LLC | $3,000.00 | |
| 1100009132951 | 12/12/23 | Deposit | Ducci Enterprise LLC | $20,000.00 | |
| 1100009132951 | 01/02/24 | Wire | Ducci University | | $100,000.00 |
| 1100009132951 | 01/09/24 | Deposit | Ducci Enterprise LLC | $40,000.00 | |
| 1100009132951 | 02/08/24 | Deposit | Ducci Enterprise LLC | $40,000.00 | |
| 1100009132951 | 02/29/24 | Deposit | Ducci Enterprise LLC | $6,000.00 | |
| 1100009132951 | 03/07/24 | Deposit | Ducci Legacy LLC | $50,000.00 | |
| 1100009132951 | 04/10/24 | Deposit | Ducci Enterprise LLC | $100,000.00 | |
| 1100009132951 | 05/07/24 | Deposit | Ducci Enterprise LLC | $100,000.00 | |
| 1100009132951 | 05/29/24 | Deposit | Ducci Enterprise LLC | $10,000.00 | |
| | | | | **$389,000.00** | **$100,000.00** |

| | | |
|---|---|---|
| Total | **$882,500.00** | **$8,195,221.16** |