UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

                                    Civil Action No. 1:24-cv-03583-VMC

DRIVE PLANNING, LLC, and
RUSSELL TODD BURKHALTER,

    Defendants,

and

JACQUELINE BURKHALTER,
THE BURKHALTER RANCH
CORPORATION, DRIVE
PROPERTIES, LLC, DRIVE
GULFPORT PROPERTIES LLC,
and TBR SUPPLY HOUSE, INC.,

    Relief Defendants.
_____/

**CERTIFICATE OF SERVICE OF RECEIVER'S MOTION FOR
TURNOVER OF AND IMPOSITION OF CONSTRUCTIVE TRUST
ON REAL PROPERTY IN INDIANA TRACEABLE TO
DRIVE PLANNING, LLC AND REQUEST FOR EXPEDITED RELIEF**

    I hereby certify that on June 18, 2025, I served a copy of the *Receiver's Motion for Turnover of and Imposition of Constructive Trust on Real Property in Indiana Traceable to Drive Planning, LLC and Request for Expedited Relief* (ECF

No. 131) via process-server on Gerardo Lorenzo Linarducci. *See* Affidavit of Service, attached hereto as **Exhibit A**.

Respectfully Submitted,

s/*Russell Landy*
Russell Landy, Esq.
Florida Bar No. 44417
*Admitted Pro Hac Vice*

| | |
|---|---|
| *Lead Counsel for Kenneth D. Murena, as Court-Appointed Receiver* | *Local Counsel for Kenneth D. Murena, as Court- Appointed Receiver* |
| Russell Landy | Henry F. Sewell, Jr. |
|    Florida Bar No. 44417 |    Georgia Bar No. 636265 |
|    rlandy@dvllp.com | Buckhead Centre |
| *Admitted Pro Hac Vice* | 2964 Peachtree Road NW, Suite 555 |
| Adriana M. Pavon | Atlanta, GA 30305 |
|    Florida Bar No. 1025060 | Telephone: (404) 926-0053 |
|    apavon@dvcattorneys.com | hsewell@sewellfirm.com |
| *Admitted Pro Hac Vice* | |
| DAMIAN | VALORI | CULMO | |
| 1000 Brickell Avenue, Suite 1020 | |
| Miami, Florida 33131 | |
| Telephone: (305) 371-3960 | |
| Facsimile: (305) 371-3965 | |