FILED IN CHAMBERS
U.S.D.C. Atlanta
JUN 17 2025
Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

Civil Action No. 1:24-cv-03583-VMC
SEC v. Drive Planning, LLC, et al.

Honorable Victoria M. Calvert,

I am writing to respectfully express my deep concern regarding several developments in the above-referenced case that, as an investor, appear both troubling and contrary to the interests of those who were harmed by the defendants' actions.

There are four specific issues that warrant attention:

1. Continued Compensation to Todd Burkhalter
It is extremely concerning that Mr. Burkhalter continues to receive income sourced from investor funds. Given the nature of the allegations and the financial injury suffered by investors, this ongoing compensation appears wholly inappropriate.

2. Use of Investor Funds to Pay Legal Fees
The use of investor funds to pay for Mr. Burkhalter's legal representation only adds insult to injury. It is difficult to reconcile how such expenditures serve the interests of justice or fairness, particularly for those who have already suffered losses.

3. Payments to the Yacht Captain
The payment of a yacht captain with funds that should be safeguarded for restitution raises serious questions about the receivership's priorities. This kind of expenditure does not appear essential and calls into question the oversight of non-critical assets.

4. Receivership Compensation
While I understand the importance of compensating the Receiver and his team for their work, the scale of compensation should be closely scrutinized in light of what is actually being recovered for investors. The appearance of disproportionate administrative costs undermines confidence in the process.

I respectfully urge the Court to examine these issues with heightened scrutiny to ensure that the recovery and distribution of funds is conducted with the highest standards of equity, efficiency, and accountability.

Thank you for your time and dedication to this matter.

Respectfully,

Heather Hennessy

Investor/Interested Party

Hennessy
3408 Custer St
Houston TX 77022

HOUSTON TX RPDC 773

12 JUN 2025 PM 6 L

FOREVER USA

CLEARED DATE

JUN 16 2025

U.S. Marshals Service
Atlanta, GA 30303

Honorable Victoria M. Calvert
United States District Judge
2125 Richard B. Russell Federal Building
United States Courthouse
75 Ted Turner Dr, SW
Atlanta, GA 30303-3309
Courtroom 1705

30303-330845