FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 17 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

June 13, 2024

United States District Court
Clerk's Office
2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

RE: Case No. 1:24-CV-03583-VMC
SEC vs. Drive Planning, LLC Russell Todd Burkhalter

Honorable Judge Calvert,
This letter is in response to the Receiver's Reply to my response that was filed on June 3, 2025 (I was notified via email on June 9, 2025).

As I am currently writing this as ProSe, I do not have the access, ability or legal understanding to cite any case law, statutory provisions to their response. My "failing to respond to an argument constitutes that party's abandonment of the claim or defense to that argument", is not me abandoning my desire to retain this home- but instead it is my lack of knowledge to do such.

While Mr. Murena's office states that they have made "good faith efforts to explore alternatives" with me, the only option I have is to get a mortgage once I get back to work (of which I am fervently working to do).
I do not have friends or family of which I can borrow from, nor do I have enough possessions that I can sell to accumulate the needed amount. As to the "absence of any enforceable security"- it was proposed to me by my previous counsel that a Lis Pendens could be recorded against the property, to which I agreed. Thus prohibiting me from selling or refinancing without the courts knowledge.

Again, my utmost desire/ need to stay in this property remains. I am the sole caregiver/provider for my family and I/ we have nowhere else to go.

Last week, I secured a commission based contract position, that I am working aggressively to build, so that when I do find my next full time position- there will be additional income coming in, making my ability to secure a mortgage even more strong.
I say that so that you will know that I am not just sitting around waiting for the "perfect" job/position- I am working as hard and fast as I can to resolve this.

Sincerely,

*Julie Edwards*

Julie Edwards- ProSe
404-750-8932  jules-6608@yahoo.com
704 Calypso Way, Cumming GA 30040



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Align top of FedEx Express® shipping label here.

**FedEx**

Envelope
Recycle me.