UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>vs.<br><br>DRIVE PLANNING, LLC, and RUSSELL TODD BURKHALTER,<br><br>Defendants,<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,<br><br>Relief Defendants | Civil Action No. 1:24-cv-03583-VMC |

## NOTICE OF BANKRUPTCY FILING

Interested party, Gerardo Lorenzo Linarducci ("**Debtor**"), files this Notice of Bankruptcy Filing, and informs the Court that he filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code, No. 25-03768-JMC-13, currently pending in the United States Bankruptcy Court for the Southern District of Indiana ("**Bankruptcy**"). A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit A. Real estate owned by Debtor and his non-bankrupt spouse located at

1

12162 Pearl Bay Ridge Indianapolis, IN 46236 is property of Debtor's bankruptcy estate.

                                                      /s/ Stephen D. Councill
                                                      Stephen D. Councill
                                                      Georgia Bar No. 190358

                                                      *Attorneys for Defendant*
                                                      *Gerardo L. Lindarducci*

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on June 29, 2025, I served all parties a true and correct copy of the **NOTICE OF BANKRUPTCY FILING**, which has been prepared in compliance with Local Rules 531C and 7.1D using 14-point Times New Roman font, by filing same with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 29th day of June 2025.

/s/ *Stephen D. Councill*
Stephen D. Councill
Georgia Bar No. 190358