FILED IN CHAMBERS
U.S.D.C. Atlanta
JUL -8 2025
Kevin P. Weimer, Clerk
By: /s/ _____ Deputy Clerk

The Honorable Victoria M. Calvert
United States District Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Re: My Absolute Opposition to Todd Burkhalter Getting Any Money for Living Expenses
Civil Action No. 1:24-cv-03583-VMC
SEC v. Drive Planning, LLC, et al.

Dear Judge Calvert,

I'm writing to you today, practically begging, to voice my utter and complete opposition to any motion that would even consider giving Todd Burkhalter a dime for his living expenses or income. Look, this man, Burkhalter, he's the one who masterminded this whole Ponzi scheme. He's the reason my family and countless others are staring down the barrel of financial ruin. Granting him access to any funds for his personal use—while people like me, who trusted him, are left picking up the pieces—isn't just wrong, it's a slap in the face. It goes against every fiber of what's fair and just. It's clear as day from the records and what us victims have been saying: Burkhalter was at the heart of this scam, parading it around as legitimate investments. This is a classic Ponzi scheme, plain and simple. He robbed Peter to pay Paul, all while selling us on these bogus promises of secure, high-return investments. My entire retirement, everything I've worked for to provide for my young family, is gone.

This situation is exactly like that SEC v. Quan case from 2016, where the court rightfully said that folks involved in these schemes don't get to touch frozen assets for their living expenses. They even said, and I quote, "disgorgement and asset freezes exist precisely to prevent wrongdoers from benefiting from their misconduct."

Letting Burkhalter draw any income or get any support from the money tied to this scheme he cooked up would be a monumental insult to those of us who lost everything—our savings, our retirement, our financial security. It would be rewarding his fraud, not fixing it.

I'm imploring you, Judge, please deny this motion entirely. Make sure every single available penny is preserved for the victims. It's the only right thing to do.

Thank you for your time and for, hopefully, upholding justice in this nightmare.

Sincerely,
[signature]
A Concerned and Devastated Investor

CHAD WHITSON
5548 SECOR RD.
TOL., OH. 43623

NASHVILLE TN 370
30 JUN 2025 PM 5 L



CLEARED DATE
JUL 03 2025
U.S. Marshals Service
Atlanta, GA 30303

HONORABLE VICTORIA M. CALVERT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE SW
ATLANTA, GA. 30303