# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-03583-VMC
## United States Securities and Exchange Commission v. Drive Planning, LLC et al
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Chambers on 07/22/2025.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 2:28 P.M.          COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:58                     DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Aaron Danzig representing Russell Todd Burkhalter |
| | Pat Huddleston representing United States Securities and Exchange Commission |
| | Adriana Pavon representing Kenneth Murena |
| | Harry Roback representing United States Securities and Exchange Commission |
| | Henry Sewell representing Kenneth Murena |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [138]Motion for Order GRANTED |
| MINUTE TEXT: | Zoom motion hearing held. Court heard from the parties on Defendant's motion for Order Doc. 138. Written order to follow. |