UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DRIVE PLANNING, LLC and RUSSELL TODD BURKHALTER,<br><br>Defendants,<br><br>and<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH, DRIVE PROPERTIES, LLC, TBR SUPPLY HOUSE, INC., and DRIVE GULFPORT PROPERTIES,<br><br>Relief Defendants. | Civil Case No.:<br><br>1:24-cv-3583-VMC |

**ORDER GRANTING DEFENDANT
BURKHALTER'S MOTION TO
<u>ALLOW FUNDS FOR LIVING EXPENSES</u>**

The Court held a hearing on Defendant Russell Todd Burkhalter's Motion to

Allow Funds for Living Expenses (Doc. 138) on July 22, 2025. For the reasons the

Court gave on the record at the hearing, it is ORDERED as follows:

1. The Motion is **GRANTED**.

2. The Receiver is directed to transfer $60,000 to Defendant Russell Todd Burkhalter to pay for his living and other expenses for the next six months.

SO ORDERED, this 22nd day of July, 2025.

VICTORIA MARIE CALVERT
UNITED STATES DISTRICT JUDGE