UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division



SEC
~~Victims of Dri~~
Plaintiff,

v.

Case Number: 1:24-CV-03583VMC

Drive Planning, LLC, Todd Burkhalter, et. al
Defendant.

## Motion to conceal

I, Melissa Sexton and other victims of the Drive Planning Ponzi theft, would like for the Honorable Judge Victoria Calvert to please see personal stories of some of us who have suffered. We respectfully request more weight be given to us than to Todd Burkhalter, et. al., in further court proceedings. Because of our vulnerable statements, herein, we request this be concealed and not for public use.