I respectfully urge the Court to proceed with urgency and clarity, and to consider the real human toll this fraud has taken on families, business owners, and retirees alike. Please ensure that any decisions regarding compensation, asset management, or fund distribution are made with the highest standards of integrity and equity.

Thank you for your time and your commitment to upholding justice in this matter.

Sincerely,
Michele Cook

*Michele Cook*

Investor / Interested Party

FILED IN CHAMBERS
U.S.D.C. Atlanta
AUG 5 2025
By: Kevin P. Weimer, Clerk
Deputy Clerk

Michele Cook
153 Prince RD SW
Pataskala, OH 43062
614-570-4963

**Honorable Victoria M. Calvert**
United States District Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

**Re: Civil Action No. 1:24-cv-03583-VMC**
**SEC v. Drive Planning, LLC, et al.**

Dear Judge Calvert,

I am writing as one of the many victims of the Drive Planning investment fraud to respectfully express my frustration, concern, and heartbreak regarding the state of this case and the ongoing treatment of those responsible.

I invested $70,000 into what I believed was a legitimate opportunity with Drive Planning—specifically their "REAL" investment product. This was not speculative or disposable money. It represented years of work, saving, and sacrifice. I am now grappling with the devastating reality that those funds are gone, and that my trust was used against me.

While I understand that these matters take time to resolve, I am deeply disheartened by reports that Mr. Burkhalter continues to receive compensation and live with access to far more financial resources than I currently have. As someone who has had to make difficult personal and business decisions because of this loss, it is infuriating and demoralizing to see the man at the center of this alleged Ponzi scheme maintain any sort of financial comfort—especially with investor money still unrecovered.

I have also read with concern that investor funds may be used to pay for Mr. Burkhalter's legal representation and other non-essential expenses, such as yacht-related payments. This is appalling. Those funds should be prioritized for restitution to victims, not to defend the architect of this alleged fraud or maintain the trappings of the lifestyle he funded at our expense.

While I understand that receivership and legal processes require funding, I respectfully ask the Court to ensure that any compensation or expenditures drawn from recovered funds be transparent, proportional, and above all, in service of justice and restitution.

This experience has not only cost me financially, but emotionally and mentally as well. I feel violated. And I am far from alone in that.



Michele Cook
153 Prince Rd SW
Etna, OH 43062-8358

COLUMBUS OH 430
25 JUL 2025 PM 6 L
1775

CLEARED DATE
JUL 28 2025

Honorable Victoria M. Calvert
United States District Ct.
Northern District of GA
75 Ted Turner Dr. SW
Atlanta, GA 30303

U.S. Marshals Service
Atlanta, GA 30303

30303-331861