**EXHIBIT A**

THIS INSTRUMENT PREPARED BY:
Adriana M. Pavon, Esq.
Damian Valori Culmo
1000 Brickell Blvd., Suite 1020
Miami, Florida 33131
305-371-3960 Tel.

Parcel ID No.: 19-31-17-64138-000-0203

## QUIT-CLAIM DEED

Made ___ day of September, 2025, by **Mark Paul Haye, Trustee of Mark P. Haye Living Trust (dated March 7th, 2022),** hereinafter called Grantor, to Kenneth Dante Murena, as Receiver for Drive Planning LLC, whose address is: 1000 Brickell Avenue, Suite 1020, Miami, Florida 33131, hereinafter called the Grantee. (Whenever used herein the term "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

Witnesseth, that the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable consideration in hand paid by the Grantee, the receipt and sufficiency whereof are hereby acknowledged, has remised, released and forever quit claimed unto the said Grantee all the right, title, interest, claim and demand, that the said Grantor has in and to the following described land, together with all the tenements, hereditaments and appurtenances thereto, situate in the County of Pinellas County, State of Florida, to wit:

Unit 203, ONE ST. PETERSBURG CONDOMINIUM, a condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 20266, Page 498, as amended, of the Public Records of Pinellas County, Florida, together with an undivided interest in the common elements appurtenant thereto.

Parcel Identification Number: 19-31-17-64138-000-0203

**TO HAVE AND TO HOLD the same, together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest and claim whatsoever of the said Grantor, either at law or in equity, to the only proper use, benefit and behalf of the said Grantee forever.**

**In Witness Whereof, Grantor has executed and delivered this Quit Claim Deed under seal as of the day and year first written above.**

**Signed. Sealed, and Delivered in the Prescence of:**

**[COURT-APPOINTED THIRD PARTY] for Mark Paul Haye, Trustee of Mark P. Haye Living Trust (dated March 7th, 2022)**
**By: _____**

**WITNESS**

**WITNESS**

STATE OF _____  }
                      } S.S.
COUNTY OF _____  }

The foregoing instrument was acknowledged before me this ___ day of September 2025, by _____ who is personally known to me or produced _____ as identification and who did take an oath.

NOTARY PUBLIC:
Sign _____
Print _____
State of Florida at Large
My Commission expires: