**Notice of Status / Appeal Update**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 29 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

United States Securities and Exchange Commission,
Plaintiff,

v.

Drive Planning, LLC, et al.,
Defendants,

and

Mark P. Haye,
Movant,

Case No. 1:24-cv-03583-VMC

**NOTICE OF STATUS / APPEAL UPDATE**

Mark P. Haye, pro se, respectfully submits this Notice to update the Court regarding the status of his appeal:

    1.    On July 29, 2025, Mr. Haye filed a Notice of Appeal of this Court's Opinion and Order (ECF No. 152) imposing a constructive trust and turnover of his residence.

    2.    The Eleventh Circuit has docketed the appeal as **Case No. 25-12437-E**, styled *Mark Haye v. Kenneth Murena*.

    3.    On September 24, 2025, the Eleventh Circuit issued a briefing schedule. Under that schedule, Mr. Haye's opening brief is due **November 3, 2025,** with appellee and reply briefing to follow.

    4.    Because appellate review is now underway, any further action to enforce turnover of Mr. Haye's primary residence during the pendency of the appeal would risk interfering with the appellate process.

This Notice is submitted solely to keep the Court informed of the appeal's procedural posture.

Respectfully submitted,

*/s/ Mark P. Haye*

Dated: September 24, 2025

Mark P. Haye, Pro Se

100 1st Ave N #203

St. Petersburg, FL 33781

Tel: (727) 804-7220

Markhaye31@yahoo.com



FROM:
MARK PAUL HAYE
PHONE: 727-804-7220
100 1ST AVE. N.
UNIT 203
SAINT PETERSBURG, FL. 33701

TO:
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR. S.W.
ATLANTA, GA. 30303
PHONE: 404-215-1600 / 404-335-6115
ZIP: 30303

PO ZIP Code: 33701
Scheduled Delivery Date: 9-26
Postage: $31.40
Date Accepted: 9-25
Scheduled Delivery Time: 6:00 PM
Time Accepted: 9:19 AM
Total Postage & Fees: $31.40
Weight: 2 oz