UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DRIVE PLANNING, LLC, and
RUSSELL TODD BURKHALTER,

    Defendants,

and

JACQUELINE BURKHALTER,
THE BURKHALTER RANCH
CORPORATION, DRIVE
PROPERTIES, LLC, DRIVE
GULFPORT PROPERTIES LLC,
and TBR SUPPLY HOUSE, INC.,

    Relief Defendants.
_____/

Civil Action No. 1:24-cv-03583-VMC

### NOTICE OF FILING OF QUIT CLAIM DEED AND CONTEMPORANEOUS DELIVERY TO CHAMBERS

Kenneth D. Murena, as the Court-appointed Receiver (the "Receiver") of Drive Planning, LLC, gives notice of filing the form Quit Claim Deed in accordance with the Court's October 8, 2025 Order Granting Receiver's Motion to Appoint

Clerk of Court to Execute Deed. ECF No. 295. A copy of the form Quit Claim Deed is attached as **Exhibit A**.

Pursuant to the Court's directive, the Receiver will contemporaneously deliver the deed to the Chambers of the Honorable Victoria Marie Calvert for execution by the Clerk of Court, Kevin P. Weimer, and coordinate the logistics for its execution as authorized by the Court's Order.

Dated: October 14, 2025.

                                               Respectfully Submitted,

                                               s/*Russell Landy*
                                               Russell Landy, Esq.
                                               Florida Bar No. 44417
                                               *Admitted Pro Hac Vice*

| | |
|---|---|
| *Lead Counsel for Kenneth D. Murena, as Court-Appointed Receiver* | *Local Counsel for Kenneth D. Murena, as Court- Appointed Receiver* |
| Russell Landy | Henry F. Sewell, Jr. |
|     Florida Bar No. 44417 |     Georgia Bar No. 636265 |
|     rlandy@dvllp.com | Buckhead Centre |
| *Admitted Pro Hac Vice* | 2964 Peachtree Road NW, Suite 555 |
| Adriana M. Pavon | Atlanta, GA 30305 |
|     Florida Bar No. 1025060 | Telephone: (404) 926-0053 |
|     apavon@dvcattorneys.com | hsewell@sewellfirm.com |
| *Admitted Pro Hac Vice* | |
| DAMIAN | VALORI | CULMO | |
| 1000 Brickell Avenue, Suite 1020 | |
| Miami, Florida  33131 | |
| Telephone: (305) 371-3960 | |
| Facsimile: (305) 371-3965 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I electronically filed the foregoing notice using the CM/ECF System, which will automatically send e-mail notification of such filing to all registered attorneys of record, and sent the foregoing notice to Defendant Russell Todd Burkhalter by e-mail, Mark Haye by e-mail, and by U.S. Mail to Mr. Haye's address in St. Petersburg, FL.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: October 14, 2025.

                                                s/*Russell Landy*
                                                Russell Landy, Esq.
                                                Florida Bar No. 44417
                                                *Admitted Pro Hac Vice*