FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 13 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| *IN RE* LIFTING OF STAY OF CIVIL PROCEEDINGS IN WHICH THE UNITED STATES IS A PARTY IN LIGHT OF RESTORATION OF APPROPRIATIONS | ADMINISTRATIVE ORDER 25-03 |

## ADMINISTRATIVE ORDER LIFTING STAY OF CIVIL LITIGATION IN WHICH THE UNITED STATES IS A PARTY IN LIGHT OF RESTORATION OF APPROPRIATIONS

Due to a lapse in federal appropriations that began on October 1, 2025, the Court issued Administrative Order 25-01 staying all civil litigation in which the United States, its federal agencies, or its officers and/or employees are named parties, or in which the United States Attorney for the Northern District of Georgia, any Assistant United States Attorney, or any Special Assistant United States Attorney is counsel of record, including any such matter pending before a magistrate judge until appropriations are restored.

The lapse in appropriations ended and appropriations were restored after business hours on November 12, 2025, when President Trump signed the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026. As a result, the stay imposed by Administrative Order 25-01, is hereby **LIFTED** effective November 13, 2025.

All deadlines in place as of October 1, 2025, in cases stayed by Administrative Order 25-01 are hereby **EXTENDED** by 46 days.

**SO ORDERED** this 13th day of November 2025.

_/s/ Leigh Martin May_
Hon. Leigh Martin May
Chief United States District Judge
Northern District of Georgia