**MOTION TO STAY ENFORCEMENT & PRESERVE STATUS QUO – NORTHERN DISTRICT OF GEORGIA**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Case No. 1:24-cv-03583-VMC

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,

v.

DRIVE PLANNING, LLC, et al.,
Defendants,

and

MARK PAUL HAYE,
Interested Party.

**MOTION TO STAY ALL POST-JUDGMENT ENFORCEMENT AND PRESERVE STATUS QUO PENDING APPEAL**

Mark Paul Haye, pro se, respectfully moves this Court to **stay all post-judgment enforcement**, including any Rule 70 actions and possession efforts, and states:

**1. APPEAL IS ACTIVE AND JURISDICTION IS VESTED IN THE ELEVENTH CIRCUIT**

The Turnover Order is currently under appellate review (Case No. 25-12437-E). Under **Griggs**, this Court lacks jurisdiction to effectuate any enforcement actions that alter possession of the subject property.

**2. SERVICE VIOLATIONS RENDER THE TURNOVER ORDER VOID**

On May 21, 2025, this Court ordered **formal service** with a 14-day response period. That order was **never complied with**. No valid Certificate of Service

exists; therefore, the Turnover Order is **void** under **Peralta, Burke v. Smith,** and **Mullane.**

### 3. EQUITY, HOMESTEAD, AND DUE PROCESS REQUIRE MAINTENANCE OF THE STATUS QUO

This case concerns:

- A **fraud-tainted mortgage** using Appellant's own Ponzi-scheme funds;
- **Absolute Florida homestead protections;**
- A **pro se victim** who lost all funds and now faces homelessness.

Status quo preservation is the correct equitable result while review is pending.

**WHEREFORE,** Movant respectfully requests that this Court:

1. Stay all post-judgment enforcement actions;
2. Suspend any Rule 70 deeds, writs, or possession orders;
3. Acknowledge that exclusive jurisdiction now lies with the **Eleventh Circuit.**

12/4/25

Respectfully submitted,

/s/ Mark Paul Haye
Mark Paul Haye, Pro Se
100 1st Ave N., Unit 203
St. Petersburg, FL 33701
(727) 804-7220
markhaye31@yahoo.com