**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>DRIVE PLANNING, LLC, and RUSSELL TODD BURKHALTER,<br><br>    Defendants,<br>and<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,<br><br>    Relief Defendants. | Case No. 1:24-cv-03583-VMC |

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO EXTEND THE CLAIMS DETERMINATION DEADLINE AND THE OTHER REMAINING DEADLINES IN THE CLAIMS PROCESS BY 30 DAYS**

THIS MATTER came before the Court on the Receiver's Unopposed Motion to Extend the Claims Determination Deadline and the Other Remaining Deadlines in the Claims Process by 30 Days (the "Motion"). With the Court having considered the Motion and the court file in the above-captioned case, noting

that Plaintiff, Defendant Burkhalter, and Relief Defendants have no objection to the requested relief, and being otherwise duly advised in the premises, the Court finds there is good cause to grant the Motion.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. The Receiver will have through and including January 22, 2026 to make his Final Determinations of claims and the remaining deadlines of the Claims Process will be as follows:

| | |
|---|---|
| Feb. 11, 2026 | Claimant Deadline to Appeal Final Determination to the Court |
| Mar. 13, 2026 | Receiver's Deadline to File Responses to Appeals |
| TBD | Receiver's Deadline to File Motion to Approve Plan of Distribution and Proposed Initial Distribution Amounts |

DONE AND ORDERED in the Northern District of Georgia on this 29th day of December, 2025.

_____
**HON. VICTORIA M. CALVERT**
**UNITED STATES DISTRICT JUDGE**