**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DRIVE PLANNING, LLC and RUSSELL TODD BURKHALTER,**<br><br>**Defendants,**<br><br>**and**<br><br>**JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,**<br><br>**Relief Defendants.** | **Civil Action No. 1:24-cv-3583-VMC** |

**PROPOSED ORDER**

Upon consideration of the parties' Joint Motion to Extend the Discovery Period, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the discovery period in this case is extended until April 14, 2026.

So Ordered this ___ day of _________, 2026.

______________________________

Victoria Marie Calvert
United States District Judge