UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**DRIVE PLANNING, LLC** and **RUSSELL TODD BURKHALTER,**<br><br>Defendants,<br><br>and<br><br>**JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC,** and **TBR SUPPLY HOUSE, INC.,**<br><br>Relief Defendants. | Civil Action No. 1:24-cv-3583-VMC |

## ORDER

Upon consideration of the parties' Joint Motion to Extend the Discovery Period, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the discovery period in this case is extended until April 14, 2026.

So Ordered this <u>20th</u> day of <u>  January  </u>, 2026.

_____
Victoria Marie Calvert
United States District Judge