**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

     Plaintiff,

v.

DRIVE PLANNING, LLC, and
RUSSELL TODD BURKHALTER,

     Defendants,

and

JACQUELINE BURKHALTER,
THE BURKHALTER RANCH
CORPORATION, DRIVE
PROPERTIES, LLC, DRIVE
GULFPORT PROPERTIES LLC,
and TBR SUPPLY HOUSE, INC.,

     Relief Defendants.

Case No. 1:24-cv-03583-VMC

**ORDER GRANTING RECEIVER'S SECOND UNOPPOSED MOTION TO**
**EXTEND THE CLAIMS DETERMINATION DEADLINE**
**FOR A SUBSET OF CLAIMANTS AND THE REMAINING**
**<u>DEADLINES IN THE CLAIMS PROCESS</u>**

This matter came before the Court on Kenneth D. Murena, as Court-Appointed Receiver's (the "Receiver") Unopposed Motion to Extend the Claims Determination Deadline for a Subset of Claimants, and the Remaining Deadlines in the Claims Process (the "Motion"). With the Court having considered the Motion and the court file in the above-captioned case, noting that Plaintiff, Defendant

Burkhalter, and Relief Defendants have no objection to the requested relief, and being otherwise duly advised in the premises, the Court finds there is good cause to grant the Motion.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. The Receiver will have through and including February 20, 2026 to send his Final Claims Determinations of the 77 claims currently under review and the remaining deadlines of the Claims Process will be as follows:

> Deadline for all claimants receiving their Final Claims Determination on January 22, 2026 to appeal their Final Claims Determination by email to the Receiver – February 11, 2026;
>
> Deadline for those 77 claimants whose claims remain under review to appeal Final Claims Determinations by email to the Receiver – 20 days after the Receiver sends their Final Claims Determinations – not to extend beyond March 12, 2026; and
>
> Deadline for Receiver to file all Responses to appeals with the Court – April 10, 2026. This extension of the appeal response deadline will provide the Receiver with additional time to resolve potential appeals of his Final Claims Determinations.

DONE AND ORDERED in the Northern District of Georgia on this 28th day of January, 2026.

**HON. VICTORIA M. CALVERT**
**UNITED STATES DISTRICT JUDGE**

2