# EMERGENCY MOTION TO ENFORCE PAYOFF AND STAY WRIT OF POSSESSION

**SECURITIES AND EXCHANGE COMMISSION,**
Plaintiff,

v.

**DRIVE PLANNING, LLC, et al.,**
Defendants.

Case No. **1:24-cv-03583-VMC**

Honorable **Victoria Marie Calvert**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 27 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

COMES NOW Mark Paul Haye, Trustee of the Mark Haye Living Trust, and respectfully moves the Court for emergency relief to prevent wrongful eviction while the Receivership Estate is being paid in full.

## 1. Payments Made

On January 5, 2026, Movant paid the Receivership Estate $200,000.

On January 22, 2026, Movant wired $1,000,000 to the Receiver's counsel.

The Receivership is currently holding $1,200,000 toward redemption of the condominium located at 100 1st Ave N., Unit 203, St. Petersburg, Florida.

Movant is in the process of remitting the remaining $400,000, which will complete the $1,600,000 demanded by the Receiver for the Property.

## 2. The Receiver Is Threatening Eviction Despite Accepting Payoff Funds

Despite accepting and holding $1.2 million toward payoff, the Receiver has stated that unless Movant signs a separate 24-month mortgage, deed-in-lieu, confession-of-judgment, and forfeiture agreement, the Receiver will execute a Writ of Possession through the U.S. Marshals.

This would allow the Receiver to:

- Keep the $1.2 million
- Take the property

- And sell it

That is not permitted under federal equity.

### 3. Equity Requires Acceptance of Payoff and Bars Forfeiture

Once a Receiver accepts substantial tender toward satisfaction of a constructive trust, the Receiver must permit redemption. The Estate cannot both retain payoff funds and enforce forfeiture.

To do so would violate:

- Election of remedies
- Unjust enrichment
- Federal equity principles

### 4. No Credit Is Being Requested

Movant is not requesting financing, extensions, or concessions.

This is a cash redemption.

The Receiver's attempt to force confession-of-judgment and forfeiture documents is not required for a payoff and would strip Movant of constitutional and property rights unnecessarily.

### REQUEST FOR RELIEF

Movant respectfully requests that the Court:

A. Order the Receiver to accept the $1.6 million payoff as satisfaction of the Property claim;

B. Stay enforcement of the Writ of Possession pending completion of the final $400,000 payment;

C. Direct the Receiver to release and discharge the constructive trust and any writs upon payment; and

D. Grant such other relief as equity requires.

Respectfully submitted,

*[signature]*

Mark Paul Haye

Trustee, Mark Haye Living Trust

100 1st Ave N., Unit 203

St. Petersburg, FL 33701

Markhaye31@yahoo.com


Date: January 23, 2026

UNITED STATES DISTRICT COURT
75 TED TURNER DRIVE S.W.
ATLANTA, GEORGIA 30303

SAINT PETERSBURG FL
23 JAN 2026 PM 6 L

CLEARED DATE
JAN 27 2026

CLERK OF COURT
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE S.W.
ATLANTA, GEORGIA, 30303

U.S. Marshals Service
Atlanta, GA 30303

CASE # 1:24-CV-03583-VMC