**EXHIBIT A**

Kenneth Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
DRIVE PLANNING RECEIVERSHIP FUND FOR SEC V. DRIVE PLANNING, LLC, ET AL.
Reporting Period 10/1/2025 to 12/31/2025

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/1/2025): | $ - | $ - | $ 62,845,920.55 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 2,871,325.23 | $ 2,871,325.23 | $ 2,871,325.23 |
| Line 4 | Interest/Dividend Income [1] | $ 519,737.15 | $ 519,737.15 | $ 519,737.15 |
| Line 5 | Business Asset Liquidation | $ - | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other |  |  | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 66,236,982.93 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors | $ - | $ - | $ - |
| Line 10 | Disbursements for Business Operations [1] | $ 579,821.87 | $ 579,821.87 | $ 579,821.87 |
| Line 10a | Disbursements to Receiver or Other Professionals [1] | $ 349,847.73 | $ 349,847.73 | $ 349,847.73 |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 929,669.60 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |
|  | **Total Disbursements to Court/Other** |  |  |  |
|  | **Total Funds Disbursed (Lines 9-11)** |  |  | $ 929,669.60 |
| Line 13 | **Ending Balance (As of December 31, 2025)** |  |  | $ 65,307,313.33 |
| Line 14 | **Ending Balance of Fund – Net Assets:** |  |  |  |
| Line 14a | Cash & Cash Equivalents |  |  | $ 65,307,313.33 |
|  | **Total Ending Balance of Fund – Net Assets** |  |  | $ 65,307,313.33 |

[1] *See Attachment 1.*

Respectfully submitted,
Damian |Valori | Culmo
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965
*/s/ Kenneth D. Murena*
Kenneth D. Murena, Court-Appointed Receiver

**Attachment 1 to SFAR Report**
**SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts**

**Truist Bank Accounting - Drive Planning Accounts**

| Date | Description | Amount |
|---|---|---|
| 10/2/2025 | Rental Payment from Tenant St. Petersburg FL | $ 4,020.00 |
| 10/3/2025 | Rental Payment from Tenant St. Petersburg FL | $ 1,325.00 |
| 10/7/2025 | Rental Payment from Tenant St. Petersburg FL | $ 630.00 |
| 10/15/2025 | Rental Payment from Tenant St. Petersburg FL | $ 1,000.00 |
| 11/3/2025 | Rental Payment from Tenant St. Petersburg FL | $ 325.00 |
| 11/3/2025 | Rental Payment from Tenant St. Petersburg FL | $ 780.00 |
| 11/3/2025 | Rental Payment from Tenant St. Petersburg FL | $ 1,000.00 |
| 11/5/2025 | Rental Payment from Tenant St. Petersburg FL | $ 780.00 |
| 11/10/2025 | Rental Payment from Tenant St. Petersburg FL | $ 5,400.00 |
| 12/1/2025 | Rental Payment from Tenant St. Petersburg FL | $ 1,325.00 |
| 12/1/2025 | Rental Payment from Tenant St. Petersburg FL | $ 1,550.00 |
| 12/10/2025 | Rental Payment from Tenant St. Petersburg FL | $ 1,170.00 |
| 12/10/2025 | Rental Payment from Tenant St. Petersburg FL | $ 2,600.00 |
| 12/10/2025 | Rental Payment from Tenant St. Petersburg FL | $ 3,260.00 |
| 1/10/2025 | Funds recovered from Burkhalter residence at the Bliss Condo | $ 25,000.00 |
| 12/24/2025 | Rental Payment from Tenant St. Petersburg FL | $ 434.76 |
| 12/24/2025 | Rental Payment from Tenant St. Petersburg FL | $ 1,300.00 |
| **Total** | | **$ 51,899.76** |

**City National Bank Accounting - Fiduciary Account**

| Date | Description | Amount |
|---|---|---|
| 10/2/2025 | Sumter SC rent payment | $ 1,385.00 |
| 10/7/2025 | David Norgord - agent settlement payment | $ 1,000.00 |
| 10/15/2025 | Ana Maria Island rent FL | $ 1,475.24 |
| 10/20/2025 | David Stewart - agent settlement payment | $ 2,000.00 |
| 10/20/2025 | Palace Home Properties - Donato Palacio - agent settlement payment | $ 200,000.00 |
| 10/22/2025 | Prince Frederick - agent settlement payment | $ 1,130.00 |
| 10/22/2025 | McCaysville Water Sewer - refund for Madola GA property | $ 25.00 |
| 10/22/2025 | McCaysville Water Sewer - refund for Wash Wilson GA property | $ 25.00 |
| 10/31/2025 | Carpenter Dr Building AL property loan payment | $ 5,000.00 |
| 11/1/2025 | Sumter SC rent payment | $ 1,325.00 |
| 11/4/2025 | Montevallo AL rent payment | $ 65.00 |
| 11/4/2025 | Sumter SC rent payment | $ 1,350.00 |
| 11/4/2025 | David Norgord - agent settlement payment | $ 1,000.00 |
| 11/4/2025 | Hagerty Insurance - refund for insurance on Aston Martin | $ 1,064.71 |
| 11/5/2025 | Cumming GA property rent | $ 2,020.00 |
| 11/10/2025 | Spaeth Enterprises Inc. - agent settlement payment | $ 52,241.87 |
| 11/13/2025 | GDTC Law - Bradford's Attorney fees refund | $ 58,060.00 |
| 11/14/2025 | Ana Maria Island rent FL | $ 920.40 |
| 11/17/2025 | Sale of Hermes Blanke | $ 1,779.09 |

**Attachment 1 to SFAR Report**
**SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts**

| Date | Description | | Amount |
|---|---|---|---|
| 11/17/2025 | Sumter SC rent payment | $ | 500.00 |
| 11/17/2025 | Sumter SC rent payment | $ | 1,083.00 |
| 11/19/2025 | Prince Frederick - agent settlement payment | $ | 1,130.00 |
| 11/21/2025 | Palace Home Properties - Donato Palacio - agent settlement payment | $ | 10,000.00 |
| 12/1/2025 | Carpenter Dr Building AL property loan payment | $ | 5,000.00 |
| 12/4/2025 | Palace Home Properties - Donato Palacio - agent settlement payment | $ | 10,000.00 |
| 12/5/2025 | David Norgord - agent settlement payment | $ | 1,000.00 |
| 12/8/2025 | Cumming GA property rent | $ | 2,020.00 |
| 12/8/2025 | David Bradford - private investment fund | $ | 805,964.00 |
| 12/11/2025 | Sale of land - Mineral Bluff GA | $ | 104,261.28 |
| 12/11/2025 | Sumter SC rent payment | $ | 1,350.00 |
| 12/12/2025 | Campbell & Brannon -Sale of Tower Rd Blue Ridge GA | $ | 1,518,399.90 |
| 12/15/2025 | Sumter SC rent payment | $ | 1,513.99 |
| 12/15/2025 | Ana Maria Island rent FL | $ | 5,181.81 |
| 12/22/2025 | Prince Frederick - agent settlement payment | $ | 1,130.00 |
| 12/22/2025 | Sumter SC rent payment | $ | 1,325.00 |
| 12/24/2025 | Sumter SC rent payment | $ | 1,440.16 |
| 12/29/2025 | Tri-State EMC - refund for Tower Rd, Blue Ridge GA property | $ | 393.82 |
| 12/31/2025 | Carpenter Dr Building AL property loan payment | $ | 5,000.00 |
| **Total** | | **$** | **2,808,559.27** |

**City National Bank Accounting - Fiduciary Account**

| Date | Description | | Amount |
|---|---|---|---|
| 12/18/2025 | Southeastern Rentals - Escrow for Sumter SC properties | $ | 10,866.20 |
| **Total** | | **$** | **10,866.20** |

| **Total of receipts excluding interest** | | **$** | **2,871,325.23** |
|---|---|---|---|

**City National Bank Accounting - Fiduciary Account - Interest**

| Date | Description | | Amount |
|---|---|---|---|
| 10/31/2025 | Interest - Fiduciary Account | $ | 32,635.38 |
| 11/30/2025 | Interest - Fiduciary Account | $ | 29,693.76 |
| 12/31/2025 | Interest - Fiduciary Account | $ | 30,199.03 |
| **Total** | | **$** | **92,528.17** |

**Synovus Bank Accounting - Fiduciary Account - Interest**

| Date | Description | | Amount |
|---|---|---|---|
| 10/1/2025 | Interest - Fiduciary Account | $ | 721.63 |
| 10/31/2025 | Interest - Fiduciary Account | $ | 92,675.98 |
| 10/31/2025 | Interest - Fiduciary Account | $ | 718.80 |
| 11/30/2025 | Interest - Fiduciary Account | $ | 90,394.79 |
| 11/30/2025 | Interest - Fiduciary Account | $ | 676.36 |
| 12/31/2025 | Interest - Fiduciary Account | $ | 665.58 |
| 12/31/2025 | Interest - Fiduciary Account | $ | 90,685.24 |
| **Total** | | **$** | **276,538.38** |

**Attachment 1 to SFAR Report**
**SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts**

**Axos Bank Accounting - Fiduciary Account - Interest**

| Date | Description | Amount | |
|---|---|---|---:|
| 10/31/2025 | Interest - Fiduciary Account | $ | 35,035.51 |
| 11/30/2025 | Interest - Fiduciary Account | $ | 89.95 |
| 12/31/2025 | Interest - Fiduciary Account | $ | 89.67 |
| **Total** | | **$** | **35,215.13** |

**Huntington Bank Accounting - Fiduciary Account - Interest**

| Date | Description | Amount | |
|---|---|---|---:|
| 10/31/2025 | Interest - Fiduciary Account | $ | 17,423.44 |
| 11/30/2025 | Interest - Fiduciary Account | $ | 49,374.31 |
| 12/31/2025 | Interest - Fiduciary Account | $ | 48,657.72 |
| **Total** | | **$** | **115,455.47** |

| | | | |
|---|---|---|---:|
| **Total of interest** | | **$** | **519,737.15** |
| **GRAND TOTAL OF RECEIPTS FOR BANK ACCOUNTS** | | **$** | **3,391,062.38** |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---:|
| 10/2/2025 | Ford Motor Credit - F450 Truck for Burkhalter Ranch (October) | $ 2,180.02 |
| 10/2/2025 | Hotel Detroit Condo Assoc. - HOA (October) | $ 960.19 |
| 10/2/2025 | Hotel Detroit Condo Assoc. - Special Assessment (October) | $ 174.50 |
| 10/2/2025 | Waterline Villas - quarterly maintenance - Holmes Beach, FL | $ 8,754.95 |
| 10/2/2025 | Blue Ridge Surveillance - quarterly cloud recording - Staurolite Barn | $ 765.00 |
| 10/2/2025 | Blue Ridge Surveillance - quarterly cloud recording - office | $ 183.00 |
| 10/2/2025 | Burkhalter Ranch - payroll | $ 9,000.00 |
| 10/2/2025 | Florida Property Lease Property Management Program - monthly | $ 119.00 |
| 10/2/2025 | Clear Tech Pools - Regency Villas FL | $ 1,035.71 |
| 10/2/2025 | Resident LCS - rental management portal Florida properties | $ 300.00 |
| 10/3/2025 | Florida property payment platform fee | $ 5.00 |
| 10/3/2025 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 10/6/2025 | Marina Palms - yacht slip monthly and electric charges | $ 4,341.96 |
| 10/6/2025 | Uitca National Insurance Group - TBR Supply insurance | $ 1,270.00 |
| 10/6/2025 | Greene Insurance Agency - Staurolite Barn insurance | $ 15,071.68 |
| 10/6/2025 | Southwind Owners Assoc. - HOA fee Panama Beach FL property | $ 1,416.75 |
| 10/6/2025 | Paragon Designer - storage for Burkhalter Ranch - (September) | $ 645.84 |
| 10/6/2025 | BRMC - Staurolite Barn - webhosting - September 2025 | $ 473.99 |
| 10/6/2025 | Southeastern Farmers Co-op - Feed for cattle Burkhalter Ranch | $ 498.71 |
| 10/6/2025 | Quality Worx - Landscaping for TBR Supply and Tower Rd Blue Ridge GA properties | $ 285.00 |
| 10/6/2025 | CyberDiscovery - Drive Planning database - Lexbe platform IT services - (September 2025) | $ 4,801.50 |
| 10/6/2025 | Google Drive - Drive Planning document storage and email accounts - (September 2025) | $ 2,218.32 |
| 10/6/2025 | Google Drive - Drive Planning document storage and email accounts - (October 2025) | $ 2,218.32 |
| 10/6/2025 | Tri-State EMC - Burkhalter Ranch | $ 386.61 |
| 10/6/2025 | Tri-State EMC - Staurolite Barn and Pavillon | $ 554.39 |
| 10/6/2025 | Tri-State EMC - electric - Tower Rd, Blue Ridge GA properties | $ 197.87 |
| 10/7/2025 | FPL - Panama City Beach, FL condo unit | $ 142.59 |
| 10/7/2025 | Duke Energy - Regency Villas FL | $ 47.59 |
| 10/9/2025 | Duke Energy - Regency Villas FL | $ 63.79 |
| 10/9/2025 | J'S Lawn Maintenance - Regency Villas FL | $ 240.00 |
| 10/13/2025 | Georgia Department of Revenue - 2024 GA tax return | $ 2,083.00 |
| 10/14/2025 | Burkhalter Ranch - payroll | $ 8,000.00 |
| 10/14/2025 | Burkhalter Ranch - insurance | $ 1,200.00 |
| 10/14/2025 | Solaz Unit Mexico Property - Expenses October - December 2025 | $ 2,150.00 |
| 10/15/2025 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 10/16/2025 | Tri-State EMC - E. 2nd St. Blue Ridge GA property | $ 66.30 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---:|
| 10/17/2025 | Your Nearby Handyman - repair Regency Villas | $ 175.00 |
| 10/17/2025 | City of St. Petersburg - utilities - Regency Villas FL | $ 555.68 |
| 10/20/2025 | City of Blue Ridge - Utilities - TBR Supply House, Blue Ridge, GA | $ 42.63 |
| 10/20/2025 | City of Blue Ridge - Utilities - E. 2nd Ave., Blue Ridge, GA property | $ 171.43 |
| 10/20/2025 | City of Blue Ridge - Utilities - Staurolite Barn, Blue Ridge, GA | $ 348.54 |
| 10/20/2025 | City of St. Petersburg - utilities - 43rd Ave, St. Petersburg property | $ 93.71 |
| 10/20/2025 | Paragon Designer - storage for Burkhalter Ranch - (October) | $ 645.84 |
| 10/20/2025 | Ford Motor Credit - F450 Truck for Burkhalter Ranch (October) | $ 2,180.00 |
| 10/20/2025 | Hotel Detroit Condo Assoc. - HOA (October) | $ 960.19 |
| 10/20/2025 | Hotel Detroit Condo Assoc. - Special Assessment (October) | $ 174.50 |
| 10/20/2025 | Fannin County - utilities - Staurolite Barn | $ 42.52 |
| 10/20/2025 | Fannin County - utilities - Burkhalter Ranch | $ 39.50 |
| 10/20/2025 | ETC - internet for Burkhalter Ranch | $ 393.03 |
| 10/20/2025 | Tri-State EMC - Staurolite Barn Gate | $ 35.74 |
| 10/20/2025 | R2 Electric Service - electric repair - 43 Ave., St. Petersburg property | $ 980.00 |
| 10/20/2025 | City of St. Petersburg - utilities - Regency Villas FL | $ 32.34 |
| 10/20/2025 | Duke Energy - 43rd Ave - St. Petersburg FL | $ 198.93 |
| 10/21/2025 | Rayman Companies - tree removal Fisher IN property | $ 1,050.00 |
| 10/22/2025 | Greenhouse Greenhouse - rodent control - Regency Villas FL | $ 32.10 |
| 10/22/2025 | Duke Energy - Hotel Detriot FL | $ 35.69 |
| 10/23/2025 | Avante - NEA Insurance - property insurance for Shelby County | $ 22,470.64 |
| 10/23/2025 | Duke Energy - Regency Villas FL | $ 36.44 |
| 10/23/2025 | Duke Energy - Regency Villas FL | $ 39.26 |
| 10/23/2025 | Duke Energy - Hotel Detriot FL | $ 53.04 |
| 10/23/2025 | Duke Energy - Regency Villas FL | $ 58.68 |
| 10/23/2025 | Duke Energy - Regency Villas FL | $ 71.70 |
| 10/23/2025 | Duke Energy - Regency Villas FL | $ 81.29 |
| 10/23/2025 | Duke Energy - Regency Villas FL | $ 105.05 |
| 10/23/2025 | City of St. Petersburg - utilities - Regency Villas FL | $ 262.22 |
| 10/23/2025 | Duke Energy - Regency Villas FL | $ 289.51 |
| 10/23/2025 | Duke Energy - Regency Villas FL | $ 51.89 |
| 10/23/2025 | Duke Energy - Regency Villas FL | $ 172.36 |
| 10/23/2025 | Florida property payment platform fee | $ 5.00 |
| 10/28/2025 | Clear Tech Pools - Regency Villas FL | $ 600.00 |
| 10/29/2025 | Stretto - Investor portal management and hosting docs - September | $ 9,443.73 |
| 10/29/2025 | Stretto - Claims processing - September 2026 | $ 6,288.00 |
| 10/29/2025 | Burkhalter Ranch - payroll | $ 5,000.00 |
| 10/29/2025 | Tri-State EMC - electric - TBR Supply House Blue Ridge GA property | $ 340.00 |
| 10/29/2025 | Yacht Care and Maintenance (October 2025) | $ 2,500.00 |
| 10/30/2025 | Doss & Associates - mortgage payment for TBR Supply House (November 2025) | $ 18,657.28 |
| 10/30/2025 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---:|
| 10/31/2025 | Interest into Fiduciary account error dublicate entry in previous | $ 765.45 |
| 11/2/2025 | Marina Palms - yacht slip monthly and electric charges | $ 4,079.94 |
| 11/3/2025 | Devine Touch Clean - repair of toilet and fan - Regency Villas FL | $ 175.00 |
| 11/3/2025 | Florida Property Lease Property Management Program - monthly | $ 119.00 |
| 11/4/2025 | Uitca National Insurance Group - TBR Supply insurance | $ 1,270.00 |
| 11/4/2025 | Quality Worx - Landscaping for TBR Supply and Tower Rd Blue Ridge GA properties | $ 285.00 |
| 11/4/2025 | BRMC - Staurolite Barn - webhosting - September 2025 | $ 184.99 |
| 11/4/2025 | CyberDiscovery - Drive Planning database - Lexbe platform IT services - (October 2025) | $ 4,801.50 |
| 11/4/2025 | Google Drive - Drive Planning document storage and email accounts - (November 2025) | $ 2,218.32 |
| 11/4/2025 | Blue Ridge Surveillance - reset alarm system Burkhalter Ranch | $ 100.00 |
| 11/4/2025 | Resident LCS - rental management portal Florida properties | $ 300.00 |
| 11/5/2025 | Tri-State EMC - Burkhalter Ranch | $ 319.20 |
| 11/5/2025 | Tri-State EMC - electric - Tower Rd, Blue Ridge GA properties | $ 171.14 |
| 11/10/2025 | Duke Energy - Regency Villas FL | $ 44.91 |
| 11/10/2025 | FPL - Panama City Beach, FL condo unit | $ 103.60 |
| 11/10/2025 | Duke Energy - Regency Villas FL | $ 42.65 |
| 11/12/2025 | Duke Energy - One condo, St. Petersburg property | $ 41.86 |
| 11/12/2025 | Tri-State EMC - Staurolite Barn and Pavillon | $ 459.98 |
| 11/12/2025 | Whitehead Plumbing - repair Panama City Beach FL property | $ 1,795.00 |
| 11/12/2025 | Fannin County - utilities - Staurolite Barn | $ 39.86 |
| 11/12/2025 | Fannin County - utilities - Burkhalter Ranch | $ 39.50 |
| 11/12/2025 | J'S Lawn Maintenance - Regency Villas FL | $ 360.00 |
| 11/13/2025 | Burkhalter Ranch - payroll | $ 6,000.00 |
| 11/13/2025 | Burkhalter Ranch - insurance | $ 1,200.00 |
| 11/13/2025 | Return tenant check | $ 1,630.00 |
| 11/14/2025 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 11/17/2025 | City of Montevallo - deposit for water utilities - Montevallo AL | $ 125.00 |
| 11/17/2025 | Cooler Air Conditioning Service - repair for Panama City Beach FL | $ 5,250.00 |
| 11/18/2025 | Tri-State EMC - electric - 2nd Ave., Blue Ridge GA property | $ 63.13 |
| 11/18/2025 | Greenhouse Greenhouse - rodent control - Regency Villas FL | $ 321.00 |
| 11/19/2025 | City of Blue Ridge - Utilities - TBR Supply House, Blue Ridge, GA | $ 80.56 |
| 11/19/2025 | City of Blue Ridge - Utilities - E. 2nd Ave., Blue Ridge, GA property | $ 43.03 |
| 11/19/2025 | City of Blue Ridge - Utilities - Staurolite Barn, Blue Ridge, GA | $ 88.12 |
| 11/19/2025 | City of St. Petersburg - utilities - 43rd Ave, St. Petersburg property | $ 100.50 |
| 11/19/2025 | Southeastern Farmers Co-op - Feed for cattle Burkhalter Ranch | $ 533.05 |
| 11/19/2025 | Clear Tech Pools - Regency Villas FL | $ 405.60 |
| 11/19/2025 | City of St. Petersburg - utilities - Regency Villas FL | $ 53.60 |
| 11/20/2025 | Tri-State EMC - Staurolite Barn Gate | $ 41.97 |
| 11/20/2025 | ETC - internet for Burkhalter Ranch | $ 393.03 |
| 11/20/2025 | Duke Energy - electric deposit Sumter SC property | $ 345.00 |
| 11/22/2025 | Joe Chastain - Cattle care and testing - Burkhalter Ranch | $ 1,735.00 |
| 11/24/2025 | Black River Electric - electric deposit Sumter SC property | $ 205.00 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---:|
| 11/24/2025 | Solaz Unit Mexico Property - Expenses for repairs 2025 | $ 1,800.00 |
| 11/24/2025 | Ford Motor Credit - F450 Truck for Burkhalter Ranch (December) | $ 2,180.02 |
| 11/24/2025 | Hotel Detroit Condo Assoc. - HOA (December) | $ 960.19 |
| 11/24/2025 | Hotel Detroit Condo Assoc. - Special Assessment (December) | $ 174.50 |
| 11/24/2025 | Duke Energy - 43rd Ave - St. Petersburg FL | $ 183.65 |
| 11/24/2025 | City of St. Petersburg - utilities - Regency Villas FL | $ 316.13 |
| 11/24/2025 | City of St. Petersburg - utilities - Regency Villas FL | $ 3,093.62 |
| 11/24/2025 | Duke Energy - Regency Villas FL | $ 35.44 |
| 11/24/2025 | Duke Energy - Regency Villas FL | $ 35.45 |
| 11/24/2025 | Duke Energy - Hotel Detriot FL | $ 35.47 |
| 11/24/2025 | Duke Energy - Regency Villas FL | $ 40.95 |
| 11/24/2025 | Duke Energy - Regency Villas FL | $ 47.76 |
| 11/24/2025 | Duke Energy - Regency Villas FL | $ 77.91 |
| 11/24/2025 | Duke Energy - Regency Villas FL | $ 86.67 |
| 11/24/2025 | Duke Energy - Regency Villas FL | $ 114.49 |
| 11/24/2025 | Duke Energy - Regency Villas FL | $ 156.39 |
| 11/24/2025 | Duke Energy - Regency Villas FL | $ 286.05 |
| 11/25/2025 | Burkhalter Ranch - payroll | $ 5,000.00 |
| 11/25/2025 | Florida Department of Revenue - Florida tax | $ 250.00 |
| 11/25/2025 | Prime Lawn Care - landscaping Sumter SC property | $ 321.00 |
| 11/26/2025 | Clear Tech Pools - Regency Villas FL | $ 600.00 |
| 11/26/2025 | Duke Energy - Regency Villas FL | $ 37.18 |
| 11/28/2025 | Yacht Care and Maintenance (November 2025) | $ 2,500.00 |
| 11/28/2025 | Folger Gas - utilities Tower Rd Blue Ridge GA | $ 709.45 |
| 11/28/2025 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 12/1/2025 | Pinellas County Tax Collector - property tax for 9th Ave, St. | $ 14,342.21 |
| 12/1/2025 | Pinellas County Tax Collector - property tax for 9th Ave, St. | $ 14,342.21 |
| 12/1/2025 | Pinellas County Tax Collector - property tax for 8th, St. Petersburg FL | $ 17,210.62 |
| 12/1/2025 | Pinellas County Tax Collector - property tax for Hotel Detroit Condo, St. Petersburg FL | $ 9,514.50 |
| 12/1/2025 | Pinellas County Tax Collector - property tax for Euclid Manor, St. | $ 9,652.35 |
| 12/1/2025 | Pinellas County Tax Collector - property tax for One Condo unit, St. Petersburg FL | $ 31,373.80 |
| 12/1/2025 | Pinellas County Tax Collector - property tax for Bliss Condo unit, St. Petersburg FL | $ 29,911.28 |
| 12/1/2025 | Pinellas County Tax Collector - property tax for One Condo unit, St. Petersburg FL | $ 19,606.95 |
| 12/1/2025 | Pinellas County Tax Collector - property tax (2024) for One Condo unit, St. Petersburg FL | $ 28,796.56 |
| 12/1/2025 | Bay County Tax Collector - property tax for condo in Panama City | $ 3,116.02 |
| 12/1/2025 | Manatee County Tax Collector - property tax for condo in Holmes | $ 12,080.43 |
| 12/1/2025 | Credit card fee for Sumter SC rent payments | $ 170.78 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---:|
| 12/1/2025 | Doss & Associates - mortgage payment for TBR Supply House (December 2025) | $ 21,911.77 |
| 12/2/2025 | Florida Property Lease Property Management Program - monthly | $ 119.00 |
| 12/3/2025 | Rayman Companies - lawn care August - August-September Fisher IN | $ 130.00 |
| 12/3/2025 | Rayman Companies - lawn care August - October-November Fisher IN | $ 130.00 |
| 12/3/2025 | Marina Palms - yacht slip monthly and electric charges | $ 3,881.48 |
| 12/3/2025 | Uitca National Insurance Group - TBR Supply insurance | $ 1,270.00 |
| 12/3/2025 | Google Drive - Drive Planning document storage and email accounts - (December 2025) | $ 2,218.32 |
| 12/3/2025 | CyberDiscovery - Drive Planning database - Lexbe platform IT services - (November 2025) | $ 4,801.50 |
| 12/3/2025 | BRMC - Staurolite Barn - webhosting - September 2025 | $ 184.99 |
| 12/3/2025 | Quality Worx - Landscaping for TBR Supply and Tower Rd Blue Ridge GA properties | $ 285.00 |
| 12/3/2025 | Tri-State EMC - electric - TBR Supply House Blue Ridge GA property | $ 302.00 |
| 12/3/2025 | LCR Group - repairs E 2nd St Blue Ridge GA | $ 1,155.84 |
| 12/3/2025 | LCR Group - repairs Atlanta St. Roswell GA | $ 2,525.20 |
| 12/3/2025 | LCR Group - repairs Hardscrabble Rd Mineral Bluff GA | $ 756.00 |
| 12/3/2025 | Acworth Fire Protection - sprinkler repair Staurolite Barn | $ 675.00 |
| 12/3/2025 | Amazon - 8 cameras Staurolite Barn & Ranch | $ 395.88 |
| 12/3/2025 | Georgia Bridal Show - booth at bridal show GA | $ 1,095.00 |
| 12/5/2025 | Folger Gas - utilities - Staurolite Barn equipment tank | $ 553.74 |
| 12/5/2025 | Folger Gas - utilities - Staurolite Barn main tank | $ 995.29 |
| 12/5/2025 | A&T Towing - Tow and storage fee for RV | $ 5,647.00 |
| 12/5/2025 | A&T Towing - Tow fee to RV to Burkhalter Ranch | $ 1,135.20 |
| 12/5/2025 | J'S Lawn Maintenance - 43rd Ave. - St. Petersburg FL | $ 200.00 |
| 12/8/2025 | Bliss Condominium - HOA fees St. Petersburg FL (December) | $ 2,250.42 |
| 12/8/2025 | Paragon Designer - storage for Burkhalter Ranch - (November) | $ 645.84 |
| 12/8/2025 | Southern Construction Experts - repair to ceiling Burkett Dr. Sumter | $ 540.00 |
| 12/8/2025 | J'S Lawn Maintenance - Regency Villas FL | $ 850.00 |
| 12/8/2025 | J'S Lawn Maintenance - Regency Villas FL | $ 240.00 |
| 12/8/2025 | FPL - Panama City Beach, FL condo unit | $ 36.16 |
| 12/8/2025 | Duke Energy - Regency Villas FL | $ 35.51 |
| 12/9/2025 | City of Sumter - deposit for Burkett Dr. Sumter SC | $ 155.00 |
| 12/9/2025 | City of Sumter - transaction fee for Burkett Dr. Sumter SC | $ 2.50 |
| 12/9/2025 | Tri-State EMC - electric - Tower Rd, Blue Ridge GA properties | $ 159.45 |
| 12/10/2025 | Artistic Pools of Florida - pool repair of Regency Villas St. Petersburg | $ 3,320.00 |
| 12/10/2025 | Duke Energy - Regency Villas FL | $ 35.58 |
| 12/11/2025 | Solaz Unit Mexico Property - Expenses for December 2025 | $ 700.00 |
| 12/11/2025 | Burkhalter Ranch - payroll and insurance payment | $ 7,200.00 |
| 12/12/2025 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 12/16/2025 | Tri-State EMC - electric - 2nd Ave., Blue Ridge GA property | $ 79.50 |
| 12/16/2025 | City of Sumter - deposit for Beacon Dr. Sumter SC | $ 155.00 |
| 12/16/2025 | City of Sumter - transaction fee for Beacon Dr. Sumter SC | $ 2.50 |
| 12/18/2025 | Folger Gas - utility - E 2nd St Blue Ridge GA | $ 750.01 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---:|
| 12/18/2025 | Ford Motor Credit - F450 Truck for Burkhalter Ranch (December) | $ 2,180.02 |
| 12/18/2025 | Deer Manor HOA - HOA fees for Sumter SC property (November- | $ 540.00 |
| 12/18/2025 | Tri-State EMC - Burkhalter Ranch and Staurolite Barn | $ 1,207.63 |
| 12/18/2025 | Diehard HD Battery - new battery for RV at Burkhalter Ranch | $ 432.26 |
| 12/18/2025 | Fannin County - utilities - Staurolite Barn | $ 40.09 |
| 12/18/2025 | Fannin County - utilities - Burkhalter Ranch | $ 39.50 |
| 12/18/2025 | Fannin County - property tax for Tower Rd Blue Ridge GA | $ 493.49 |
| 12/18/2025 | Fannin County - property tax for TBR Supply Blue Rdge GA | $ 2,994.94 |
| 12/18/2025 | Fannin County - property tax for TBR Supply Blue Rdge GA | $ 593.38 |
| 12/18/2025 | Fannin County - property tax for TBR Supply Blue Rdge GA | $ 185.09 |
| 12/18/2025 | Fannin County - property tax for Tower Rd Blue Ridge GA | $ 907.30 |
| 12/18/2025 | Fannin County - property tax for Doc Roof Rd Blue Ridge GA | $ 1,567.29 |
| 12/18/2025 | Fannin County - property tax for Doc Roof Rd Blue Ridge GA | $ 53.69 |
| 12/18/2025 | Fannin County - property tax for Piney Rd Mineral Bluff GA | $ 1,457.85 |
| 12/18/2025 | Fannin County - property tax for Hardscrabble Rd Mineral Bluff GA | $ 475.41 |
| 12/18/2025 | Fannin County - property tax for Hardscrabble Rd Mineral Bluff GA | $ 8,407.10 |
| 12/18/2025 | Fannin County - property tax for E 2nd St Blue Ridge GA | $ 3,158.48 |
| 12/18/2025 | Bliss Condominium - HOA fees St. Petersburg FL (January) | $ 2,630.59 |
| 12/18/2025 | City of St. Petersburg - utilities - Regency Villas FL | $ 53.60 |
| 12/18/2025 | City of St. Petersburg - utilities - Regency Villas FL | $ 944.02 |
| 12/19/2025 | City of St. Petersburg - utilities - 43rd Ave, St. Petersburg property | $ 100.50 |
| 12/19/2025 | Fannin County - property tax for Equipment Burkhalter Ranch Mineral | $ 130.19 |
| 12/19/2025 | Duke Energy - 43rd Ave - St. Petersburg FL | $ 72.05 |
| 12/20/2025 | ETC - internet for Burkhalter Ranch | $ 393.03 |
| 12/22/2025 | Yacht Care and Maintenance (December 2025) | $ 2,500.00 |
| 12/22/2025 | Clear Tech Pools - fence repair Regency Villas St. Petersburg FL | $ 8,800.00 |
| 12/22/2025 | Artistic Pools of Florida - pool repair of Regency Villas St. Petersburg | $ 13,280.63 |
| 12/22/2025 | Burkhalter Ranch - payroll | $ 6,000.00 |
| 12/22/2025 | City of Blue Ridge - Utilities - TBR Supply House, Blue Ridge, GA | $ 65.43 |
| 12/22/2025 | City of Blue Ridge - Utilities - E. 2nd Ave., Blue Ridge, GA property | $ 48.10 |
| 12/22/2025 | City of Blue Ridge - Utilities - Staurolite Barn, Blue Ridge, GA | $ 84.39 |
| 12/22/2025 | State of Georgia - corporation filing | $ 20.00 |
| 12/22/2025 | Tri-State EMC - Staurolite Barn and Pavillon | $ 284.00 |
| 12/22/2025 | Duke Energy - Burkett Dr Sumter SC | $ 45.84 |
| 12/22/2025 | One St. Petersburg Condo - One Condo St. Petersburg FL (quarterly) | $ 3,778.45 |
| 12/22/2025 | One St. Petersburg Condo - One Condo St. Petersburg FL (quarterly) | $ 4,652.04 |
| 12/22/2025 | Greene Insurnace - auto insurance for the RV | $ 4,371.00 |
| 12/22/2025 | Pinellas County Sheriff - writ of possession | $ 93.00 |
| 12/22/2025 | Nicholson tire Center - tires for RV | $ 884.64 |
| 12/22/2025 | Bank Service Charge | $ 28.85 |
| 12/23/2025 | Tri-State EMC - Staurolite Barn Gate | $ 35.18 |
| 12/23/2025 | City of St. Petersburg - utilities - Regency Villas FL | $ 336.50 |
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 25.69 |
| 12/24/2025 | Duke Energy - Hotel Detriot FL | $ 35.51 |
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 35.56 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 35.56 |
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 35.57 |
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 35.58 |
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 35.59 |
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 48.88 |
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 77.82 |
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 117.40 |
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 151.29 |
| 12/24/2025 | Duke Energy - Regency Villas FL | $ 246.11 |
| 12/26/2025 | Building Properties Management - Regency Villas FL | $ 16.00 |
| 12/26/2025 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 12/29/2025 | Doss & Associates - mortgage payment for TBR Supply House (December 2025) | $ 21,911.77 |
| 12/30/2025 | Clear Tech Pools - Regency Villas FL | $ 600.00 |
| 12/30/2025 | J'S Lawn Maintenance - 43rd Ave. - St. Petersburg FL | $ 100.00 |
| 12/30/2025 | J'S Lawn Maintenance - Regency Villas FL | $ 120.00 |
| 12/31/2025 | Florida Property Lease Property Management Program - monthly | $ 119.00 |
| 11/24/0202 | Duke Energy - Regency Villas FL | $ 22.45 |
| **Total of expenses** | | **$ 579,821.87** |

Professional Fees

| Date | Payable | Amount |
|---|---|---|
| 11/26/2025 | Damian Valori Culmo | $ 329,452.68 |
| 11/26/2025 | Law Offices of Henry F. Sewell, Jr LLC | $ 3,991.40 |
| 11/26/2025 | Hays Financial Consulting LLC | $ 5,583.15 |
| 11/26/2025 | Pikoff Attorneys | $ 1,872.50 |
| 11/26/2025 | Bose McKinney & Evans | $ 8,948.00 |
| **Total of Professional fees** | | **$ 349,847.73** |

**GRAND TOTAL OF EXPENSES**             $ 929,669.60