FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 30 2026

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

**Northern District of Georgia**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DRIVE PLANNING, LLC, et al.,

Defendants.

Case No. 1:24-cv-03583-VMC

## NOTICE OF FULL PAYOFF AND SATISFACTION OF PROPERTY CLAIM

COMES NOW Mark Paul Haye and notifies the Court that the Receivership Estate has now received full cash satisfaction of the Receiver's monetary demand for the condominium located at 100 1st Avenue North, Unit 203, St. Petersburg, Florida.

1. The Receiver demanded $1,600,000 for full resolution of the Estate's claim against the Property.

2. The Receivership has received:

   - $200,000 on January 5, 2026

   - $1,000,000 on January 22, 2026

   - $300,000 on January 26, 2026

   - $100,000 on January 28, 2026

3. **The Receivership is now holding $1,600,000, fully satisfying the Estate's claim.**

Because the Estate has been made whole in cash, no mortgage, deed-in-lieu, or foreclosure structure is required. The Receiver's sole remaining obligation is to **issue and record a Satisfaction and Release of the Property.**

The Court is respectfully requested to:

- Recognize that the Property claim has been fully satisfied, and

- Direct the Receiver to immediately file and record all releases and withdraw any enforcement actions.

Respectfully submitted,

Mark Paul Haye

Trustee, Mark Haye Living Trust

100 1st Ave N., Unit 203

St. Petersburg, FL 33701

Markhaye31@yahoo.com


Date: January 28, 2026

OFFICE OF THE CLERK
75 TED TURNER DRIVE - S.W.
ATLANTA, GA. 30303

TAMPA FL 335
SAINT PETERSBURG FL
27 JAN 2026 PM 3
CLEARED DATE

JAN 3 0 2026

U.S. Marshals Service
Atlanta, GA 30303

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR. SW.
ATLANTA, GA. 30303

30303$3918 C039

CASE No. 1:24-CV-03583-VMC