# EXHIBIT 2

| American Land Title Association | ALTA Settlement Statement - Cash |
|---|---|
| | Adopted 05-01-2015 |

| | |
|---|---|
| **File No./Escrow No.:** 41633 | Title Services, LLC |
| **Print Date & Time:** 07/06/23 10:24 AM | **ALTA Universal ID:** 1017366 |
| **Officer/Escrow Officer:** Joann Chambers | 9201 N. Meridian Street |
| **Settlement Location:** | Suite 100 |
| Title Services LLC | Indianapolis, IN 46260 |
| 9201 N. Meridian Street | |
| Indianapolis, IN 46260 | |

| | |
|---|---|
| **Property Address:** | REDACTED                    arion County, IN |
| | REDACTED |
| | Indianapolis, IN 46236 |
| **Borrower:** | Gerardo Lorenzo Linarducci and Jennifer Joan Linarducci, husband and wife |
| **Seller:** | Joseph M. Schuller and Monika A. Schuller, husband and wife |
| | REDACTED |
| | Indianapolis, IN 46236 |
| **Loan Number:** | |
| **Settlement Date:** | 07/10/2023 |
| **Disbursement Date:** | 07/10/2023 |
| **Additional dates per state requirements:** | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $1,950,000.00 | Sale Price of Property | $1,950,000.00 | |
| | | Deposit | | $20,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $92.26 | Solid Waste/Storm Water from 07/10/2023 thru 12/31/2023 | $92.26 | |
| | $227.74 | HOA Dues from 07/10/2023 thru 12/31/2023 | $227.74 | |
| $6,284.25 | | County Property Taxes from 01/01/2023 thru 07/09/2023 | | $6,284.25 |
| $6,000.00 | | Seller Inspection Repair Credit | | $6,000.00 |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Appraisal Fee | | |
| | | Credit Report | | |
| | | Flood Certification | | |
| | | Tax Service Fee | | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - ALTA 5 PUD Endorsement to Title Services LLC | | |
| | | Title - ALTA 8.1 Endorsement to Title Services LLC | | |
| | | Title - ALTA 9 CCR Endorsement to Title Services LLC | | |
| $180.00 | | Title - Closing Fee to Title Services LLC | $180.00 | |
| | | Title - Closing Protection Letters to Old Republic National | $25.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

File # 41633
Printed on: 07/06/23 10:24 AM

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | Title | | |
| | | Title - Simplifile Electronic Record Fee to Simplifile | $4.00 | |
| | | Title - TIEFF Fee to Old Republic National Title Ins. | | |
| | | Title - Title Admin Fee to Title Services LLC | | |
| $50.00 | | Title - Bank Charges to Title Services LLC | | |
| $25.00 | | Title - Closing Protection Letter to Old Republic National Title | | |
| | | Title - Courier Fee to Title Services LLC | | |
| $2,128.50 | | Title - Owner's Title Insurance($4,257.00) to Title Services LLC | $2,128.50 | |
| $162.50 | | Title - Search & Exam Fee to Title Services LLC | $162.50 | |
| $5.00 | | Title - TIEFF Fee to Old Republic National Title Ins. | | |
| | | | | |
| | | **Commission** | | |
| $39,000.00 | | Real Estate Commission - Buyer's Realtor to Compass Indiana, LLC | | |
| $39,000.00 | | Real Estate Commission - Listing to F. C. Tucker Co. 06 | | |
| | | $20000.00 Earnest Money Held by F. C. Tucker Co. 06 | | |
| $255.00 | | Real Estate Commission Fee to F. C. Tucker Co. 06 | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Auditor Sale Disclosure Fee to Auditor County | | |
| | | | | |
| | | **Payoff(s)** | | |
| $422,870.58 | | Lender:  Payoff of First Mortgage Loan to FORUM Credit Union | | |
| | | Total ($422,870.58) | | |
| | | | | |
| | | **Miscellaneous** | | |
| $85.00 | | Attorney Fee- deed & affidavit to Lawson J Clark, II | | |
| | | Home Warranty to N/A | | |
| $95.00 | | Homeowners Assoc Legacy Acct Closure Fee to Community Association Services Of Indiana | | |
| $6,133.19 | | Real Estate Property Taxes Fall 22/23 to Marion County Treasurer | | |
| | | Survey Fee to Waived | | |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| $522,274.02 | $1,950,320.00 | **Subtotals** | $1,952,820.00 | $32,284.25 |
| | | Due **From** Borrower | | $1,920,535.75 |
| $1,428,045.98 | | Due **To** Seller | | |
| $1,950,320.00 | $1,950,320.00 | **Totals** | $1,952,820.00 | $1,952,820.00 |

Copyright 2015 American Land Title Association.
All rights reserved.

File # 41633
Printed on: 07/06/23 10:24 AM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Title Services, LLC to cause the funds to be disbursed in accordance with this statement.

_____        _____          _____         _____
Gerardo Lorenzo Linarducci                Date                Joseph M. Schuller                          Date

_____        _____          _____         _____
Jennifer Joan Linarducci                   Date                Monika A. Schuller                          Date

_____        _____
Joann Chambers                                           Date

Copyright 2015 American Land Title Association.
All rights reserved.

File # 41633
Printed on: 07/06/23 10:24 AM