# EXHIBIT A

Kenneth Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
DRIVE PLANNING RECEIVERSHIP FUND FOR SEC V. DRIVE PLANNING, LLC, ET AL.
Reporting Period 1/1/2026 to 3/31/2026

| | | Detail | | Subtotal | | Grand Total | |
|---|---|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 1/1/2026): | $ | - | $ | - | $ | 65,307,313.33 |
| | **Increases in Fund Balance:** | | | | | | |
| Line 2 | Business Income | $ | - | $ | - | $ | - |
| Line 3 | Cash and Securities [1] | $ | 4,241,620.02 | $ | 4,241,620.02 | $ | 4,241,620.02 |
| Line 4 | Interest/Dividend Income [1] | $ | 510,668.04 | $ | 510,668.04 | $ | 510,668.04 |
| Line 5 | Business Asset Liquidation | $ | - | $ | - | $ | - |
| Line 6 | Personal Asset Liquidation | $ | - | $ | - | $ | - |
| Line 7 | Third-Party Litigation Income | $ | - | $ | - | $ | - |
| Line 8 | Miscellaneous - Other | | | | | $ | - |
| | **Total Funds Available (Lines 1-8):** | | | | | $ | 70,059,601.39 |
| | **Decreases in Fund Balance:** | | | | | | |
| Line 9 | Disbursements to Investors | $ | - | $ | - | $ | - |
| **Line 10** | Disbursements for Business Operations [1] | $ | 609,493.50 | $ | 609,493.50 | $ | 609,493.50 |
| Line 10a | Disbursements to Receiver or Other Professionals [1] | $ | 366,867.76 | $ | 366,867.76 | $ | 366,867.76 |
| | **Total Disbursements for Receivership Operations** | | | | | $ | 976,361.26 |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ | - | $ | - | $ | - |
| **Line 12** | Disbursements to Court/Other | $ | - | $ | - | $ | - |
| | **Total Disbursements to Court/Other** | | | | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | | | $ | 976,361.26 |
| Line 13 | **Ending Balance (As of March 31, 2026)** | | | | | $ | 69,083,240.13 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | | | | |
| Line 14a | Cash & Cash Equivalents | | | | | $ | 69,083,240.13 |
| | **Total Ending Balance of Fund – Net Assets** | | | | | $ | 69,083,240.13 |

[1] *See Attachment 1.*

Respectfully submitted,
Damian |Valori | Culmo
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965
*/s/ Kenneth D. Murena*
Kenneth D. Murena, Court-Appointed Receiver

**Attachment 1 to SFAR Report**
**SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts**

**Truist Bank Accounting - Drive Planning Accounts**

| Date | Description | Amount | |
|---|---|---|---|
| 1/2/2026 | Rental Payment from Tenant St. Petersburg FL | $ | 1,325.00 |
| 1/2/2026 | Rental Payment from Tenant St. Petersburg FL | $ | 1,550.00 |
| 1/28/2026 | Rental Payment from Tenant St. Petersburg FL | $ | 5,300.00 |
| 2/2/2026 | Rental Payment from Tenant St. Petersburg FL | $ | 1,325.00 |
| 2/2/2026 | Rental Payment from Tenant St. Petersburg FL | $ | 1,550.00 |
| 2/18/2026 | Rental Payment from Tenant St. Petersburg FL | $ | 5,400.00 |
| 3/2/2026 | Rental Payment from Tenant St. Petersburg FL | $ | 1,325.00 |
| 3/2/2026 | Rental Payment from Tenant St. Petersburg FL | $ | 1,550.00 |
| 3/23/2026 | Rental Payment from Tenant St. Petersburg FL | $ | 4,100.00 |
| **Total** | | **$** | **23,425.00** |

**City National Bank Accounting - Fiduciary Account**

| Date | Description | Amount | |
|---|---|---|---|
| 1/2/2026 | David Norgord - agent settlement payment | $ | 1,000.00 |
| 1/2/2026 | Mark Haye - settlement payment | $ | 200,000.00 |
| 1/6/2026 | Sumter SC rent payment | $ | 1,350.00 |
| 1/7/2026 | Cumming GA property rent | $ | 2,020.00 |
| 1/8/2026 | Donato Palacio - agent settlement payment | $ | 10,000.00 |
| 1/8/2026 | Mark Haye - settlement payment | $ | 100,000.00 |
| 1/12/2026 | Sumter SC rent payment | $ | 1,350.00 |
| 1/15/2026 | Sumter SC rent payment | $ | 1,513.99 |
| 1/15/2026 | Ana Maria Island rent FL | $ | 5,966.50 |
| 1/20/2026 | Sumter SC rent payment | $ | 1,583.00 |
| 1/20/2026 | Ricardo Aguirre - agent settlement payment | $ | 130,000.00 |
| 1/22/2026 | Prince Frederick - agent settlement payment | $ | 1,130.00 |
| 1/22/2026 | Sale of Beacon Dr. Sumter SC | $ | 168,141.31 |
| 1/22/2026 | Mark Haye - settlement payment | $ | 1,000,000.00 |
| 1/26/2026 | Mark Haye - settlement payment | $ | 300,000.00 |
| 1/30/2026 | Carpenter Dr Building AL property loan payment | $ | 5,000.00 |
| 2/2/2026 | David Norgord - agent settlement payment | $ | 1,000.00 |
| 2/3/2026 | City of Sumter - refund for Beacon Dr deposit Sumter SC property | $ | 51.72 |
| 2/4/2026 | Sumter SC rent payment | $ | 1,350.00 |
| 2/9/2026 | Donato Palacio - agent settlement payment | $ | 10,000.00 |
| 2/9/2026 | Spaeth Enterprises Inc. - agent settlement payment | $ | 52,241.87 |
| 2/10/2026 | Black River Electric - refund for deposit Sumter SC property | $ | 113.43 |
| 2/10/2026 | Deposit for potential event at Staurolite Barn | $ | 3,200.00 |
| 2/13/2026 | Ana Maria Island rent FL | $ | 3,381.27 |

**Attachment 1 to SFAR Report**
**SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts**

| Date | Description | | Amount |
|---|---|---|---|
| 2/17/2026 | Duke Energy - refund Gulfport properties | $ | 0.05 |
| 2/17/2026 | Truist - refund | $ | 90.00 |
| 2/17/2026 | Montevallo AL rent payment | $ | 1,200.00 |
| 2/17/2026 | Sumter SC rent payment | $ | 1,513.99 |
| 2/17/2026 | Sale of equipment Burkhalter Ranch | $ | 1,700.00 |
| 2/17/2026 | Cumming GA property rent | $ | 2,090.70 |
| 2/24/2026 | Sumter SC rent payment | $ | 1,440.00 |
| 2/27/2026 | Carpenter Dr Building AL property loan payment | $ | 5,000.00 |
| 3/2/2026 | Truist balance remaining balance to close accounts | $ | 82,788.70 |
| 3/3/2026 | Sumter SC rent payment | $ | 1,350.00 |
| 3/4/2026 | David Norgord - agent settlement payment | $ | 1,000.00 |
| 3/5/2026 | All Cover Services - agent settlement payment | $ | 10,000.00 |
| 3/13/2026 | Leslie Batson - agent settlement payment | $ | 2,860.20 |
| 3/16/2026 | Sumter SC rent payment | $ | 1,440.00 |
| 3/16/2026 | Ana Maria Island rent FL | $ | 4,199.98 |
| 3/17/2026 | Sumter SC rent payment | $ | 1,513.99 |
| 3/19/2026 | City of Sumter - refund for Burkett deposit Sumter SC property | $ | 66.78 |
| 3/24/2026 | Sumter SC rent payment | $ | 3,915.00 |
| 3/26/2026 | Duke Energy - One Condo St. Petersburg FL properties | $ | 91.09 |
| 3/26/2026 | Sumter SC rent payment | $ | 1,350.00 |
| 3/31/2026 | Carpenter Dr Building AL property loan payment | $ | 5,000.00 |
| **Total** | | **$** | **2,129,003.57** |

**Huntington Bank Accounting - Fiduciary Account**

| Date | Description | | Amount |
|---|---|---|---|
| 1/8/2026 | Sale of One Condo unit property in St. Petersburg FL | $ | 1,720,801.61 |
| 1/14/2026 | Sale of property in Panama City Beach FL | $ | 204,627.46 |
| 1/26/2026 | Sale of property in Panama City Beach FL - escrow refund | $ | 1,434.95 |
| 2/23/2026 | Sale of Burkett property in Sumter SC | $ | 162,327.43 |
| **Total** | | **$** | **2,089,191.45** |

| **Total of receipts excluding interest** | | **$** | **4,241,620.02** |
|---|---|---|---|

**City National Bank Accounting - Fiduciary Account - Interest**

| Date | Description | | Amount |
|---|---|---|---|
| 1/31/2026 | Interest - Fiduciary Account | $ | 34,291.36 |
| 2/28/2026 | Interest - Fiduciary Account | $ | 33,502.24 |
| 3/31/2026 | Interest - Fiduciary Account | $ | 36,494.07 |
| **Total** | | **$** | **104,287.67** |

**Attachment 1 to SFAR Report**
**SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts**
**Synovus Bank Accounting - Fiduciary Account - Interest**

| Date | Description | Amount | |
|---|---|---|---|
| 1/31/2026 | Interest - Fiduciary Account | $ | 87,680.66 |
| 1/31/2026 | Interest - Fiduciary Account | $ | 648.47 |
| 2/28/2026 | Interest - Fiduciary Account | $ | 79,392.45 |
| 2/28/2026 | Interest - Fiduciary Account | $ | 585.64 |
| 3/31/2026 | Interest - Fiduciary Account | $ | 88,118.27 |
| 3/31/2026 | Interest - Fiduciary Account | $ | 648.47 |
| **Total** | | **$** | **257,073.96** |

**Huntington Bank Accounting - Fiduciary Account - Interest**

| Date | Description | Amount | |
|---|---|---|---|
| 1/31/2026 | Interest - Fiduciary Account | $ | 50,049.48 |
| 2/28/2026 | Interest - Fiduciary Account | $ | 47,043.73 |
| 3/31/2026 | Interest - Fiduciary Account | $ | 52,213.20 |
| **Total** | | **$** | **149,306.41** |

**Total of interest**      **$**      **510,668.04**

**GRAND TOTAL OF RECEIPTS FOR BANK ACCOUNTS**      **$**      **4,752,288.06**

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 1/2/2026 | Credit card fee for Sumter SC rent payments | $ 133.15 |
| 1/5/2026 | Duke Energy - One condo, St. Petersburg property | $ 43.91 |
| 1/5/2026 | Hotel Detroit Condo Assoc. - HOA (December) | $ 960.19 |
| 1/5/2026 | Hotel Detroit Condo Assoc. - HOA (May - missing payment) | $ 960.19 |
| 1/5/2026 | Hotel Detroit Condo Assoc. - Special Assessment (December) | $ 174.50 |
| 1/5/2026 | Utica National Insurance Group - TBR Supply insurance | $ 1,270.00 |
| 1/5/2026 | Buildium - monthly platform - Regency Villas FL | $ 62.00 |
| 1/5/2026 | FPL - Panama City Beach, FL condo unit | $ 33.59 |
| 1/6/2026 | Artistic Pools of Florida - pool repair of Regency Villas St. Petersburg FL | $ 13,280.63 |
| 1/6/2026 | Avante Insurance - flood insurance for Sumter SC and Montevallo AL | $ 10,002.56 |
| 1/6/2026 | Black River Cooperative - electric for Sumter SC | $ 44.69 |
| 1/6/2026 | Blue Ridge Surveillance - quarterly cloud recording - Staurolite Barn | $ 765.00 |
| 1/6/2026 | Blue Ridge Surveillance - repair for Staurolite Barn | $ 95.00 |
| 1/6/2026 | BRMC - Staurolite Barn - webhosting - September 2025 | $ 184.99 |
| 1/6/2026 | Burkhalter Ranch expenses (truck tires and feed) | $ 1,000.00 |
| 1/6/2026 | Burkhalter Ranch insurance | $ 1,200.00 |
| 1/6/2026 | Burkhalter Ranch payroll | $ 6,000.00 |
| 1/6/2026 | CyberDiscovery - Drive Planning database - Lexbe platform IT services - (December 2025) | $ 4,810.50 |
| 1/6/2026 | Google Drive - Drive Planning document storage and email accounts - (January 2026) | $ 2,579.74 |
| 1/6/2026 | Southwind Owners Assoc. - HOA fee Panama Beach FL property | $ 1,434.95 |
| 1/6/2026 | Sumter County Property Tax - Beacon Dr. - Sumter SC | $ 3,809.70 |
| 1/6/2026 | Sumter County Property Tax - Beacon Dr. - Sumter SC | $ 4,015.43 |
| 1/6/2026 | Sumter County Property Tax - Burkett Dr. - Sumter SC | $ 3,996.50 |
| 1/6/2026 | Sumter County Property Tax - Grimble Ct. - Sumter SC (2024) | $ 2,878.91 |
| 1/6/2026 | Sumter County Property Tax - Grimble Ct. - Sumter SC (2024) | $ 3,017.59 |
| 1/6/2026 | Sumter County Property Tax - Grimble Ct. - Sumter SC (2025) | $ 3,309.62 |
| 1/6/2026 | Sumter County Property Tax - Grimble Ct. - Sumter SC (2025) | $ 3,504.61 |
| 1/6/2026 | Sumter County Property Tax - Guignard Dr. - Sumter SC | $ 3,324.96 |
| 1/6/2026 | Sumter County Property Tax - Preot Dr. - Sumter SC | $ 3,405.25 |
| 1/6/2026 | Sumter County Property Tax - Warren Ct. - Sumter SC | $ 4,267.66 |
| 1/6/2026 | Sumter County Property Tax -Dartmouth Dr. - Sumter SC | $ 3,340.10 |
| 1/6/2026 | Sumter County Property Tax processing fee | $ 10.00 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|------|---------|-------:|
| 1/6/2026 | Tri-State EMC - Burkhalter Ranch | $ 943.76 |
| 1/6/2026 | Tri-State EMC - electric - Staurolite Barn Mineral Bluff GA property | $ 1,243.68 |
| 1/6/2026 | Tri-State EMC - electric - Tower Rd, Blue Ridge GA properties | $ 125.52 |
| 1/7/2026 | Solaz Unit Mexico Property - Property Tax 2025 | $ 3,600.00 |
| 1/8/2026 | Geico Insurance - insurance for vehicles and trails at Burkhalter Ranch | $ 6,464.00 |
| 1/8/2026 | Duke Energy - Regency Villas FL | $ 35.60 |
| 1/8/2026 | Duke Energy - Regency Villas FL | $ 35.64 |
| 1/9/2026 | Duke Energy - Electricity - Burkett Dr Sumter SC | $ 201.25 |
| 1/9/2026 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 1/12/2026 | City of Sumter - fee utilities for Grimble Ct. Sumter SC | $ 2.50 |
| 1/12/2026 | City of Sumter - fee utilities for Warren Ct. Sumter SC | $ 2.50 |
| 1/12/2026 | City of Sumter - utilities for Grimble Ct. Sumter SC | $ 155.00 |
| 1/12/2026 | City of Sumter - utilities for Warren Ct. Sumter SC | $ 155.00 |
| 1/13/2026 | Greenhouse - Regency Villas FL | $ 32.10 |
| 1/16/2026 | Artistic Pools of Florida - pool repair of Regency Villas St. Petersburg FL | $ 1,728.05 |
| 1/16/2026 | Bliss Condominium - Special Assessment St. Petersburg FL | $ 6,666.25 |
| 1/16/2026 | Crystal Clean Housekeeping - monthly cleaning of Staurolite Barn | $ 325.00 |
| 1/16/2026 | City of Sumter - utilities for Burkett Dr. Sumter SC | $ 50.70 |
| 1/16/2026 | Duke Energy - One condo, St. Petersburg property | $ 90.66 |
| 1/16/2026 | Go Daddy - Domain renewal - burkhalter-ranch.com | $ 74.36 |
| 1/16/2026 | Hay and Feed for Highland Cattle - Burkhalter Ranch | $ 643.21 |
| 1/16/2026 | Highland Pipe Solutions - repair to generator Burkhalter Ranch | $ 465.75 |
| 1/16/2026 | Hotel Detroit Condo Assoc. - monthly maintenance (February 2026) | $ 1,307.02 |
| 1/16/2026 | Hotel Detroit Condo Assoc. - monthly maintenance (January 2026) | $ 346.83 |
| 1/16/2026 | Hotel Detroit Condo Assoc. - Special Assessment (December 2024) | $ 19,026.68 |
| 1/16/2026 | Hotel Detroit Condo Assoc. - Special Assessment (February 2026) | $ 174.50 |
| 1/16/2026 | Hotel Detroit Condo Assoc. - Special Assessment (July 2025) | $ 174.50 |
| 1/16/2026 | Hotel Detroit Condo Assoc. - Special Assessment (June 2025) | $ 174.50 |
| 1/16/2026 | James K Hafke Plumbing - repair to garbage disposal One Condo St. Petersburg FL | $ 550.00 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount | |
|------|---------|--------|--|
| 1/16/2026 | Montevallo Water & Sewer - utilities - Montevallo AL | $ | 106.11 |
| 1/16/2026 | Paragon Designer - storage for Burkhalter Ranch - (January) | $ | 645.84 |
| 1/16/2026 | Roper's Heating & Air Service - repair of gas tank Tower Rd Blue Ridge GA | $ | 73.50 |
| 1/16/2026 | Southeastern Farmers Co-op - Feed for cattle Burkhalter Ranch | $ | 748.80 |
| 1/16/2026 | Tri-State EMC - electric - 2nd Ave., Blue Ridge GA property | $ | 96.67 |
| 1/20/2026 | ETC - internet for Burkhalter Ranch | $ | 393.03 |
| 1/20/2026 | Hills Plumbing - repair Dartmouth Sumter SC | $ | 95.00 |
| 1/20/2026 | RV Tech & Inspect - RV inspection Burkhalter Ranch | $ | 1,133.00 |
| 1/20/2026 | Tri-State EMC - Staurolite Barn Gate | $ | 35.32 |
| 1/21/2026 | FedEx - Bliss condo closing documents St. Petersburg FL | $ | 174.24 |
| 1/21/2026 | Florida Property Lease Property Management Program - monthly | $ | 100.90 |
| 1/22/2026 | City of St. Petersburg - utilities - 43rd Ave, St. Petersburg FL property | $ | 100.50 |
| 1/22/2026 | Deer Manor HOA - HOA fees for Sumter SC property (February-March) | $ | 360.00 |
| 1/22/2026 | Duke Energy - electricity deposit Grimble & Warren Ct Sumter SC | $ | 520.00 |
| 1/22/2026 | Duke Energy - One condo, St. Petersburg FL property | $ | 58.56 |
| 1/22/2026 | Fannin County - utilities - Burkhalter Ranch | $ | 78.28 |
| 1/22/2026 | Fannin County - utilities - Staurolite Barn | $ | 151.50 |
| 1/22/2026 | Ford Motor Credit - F450 Truck for Burkhalter Ranch (December) | $ | 2,180.02 |
| 1/22/2026 | Marina Palms - yacht slip monthly and electric charges FL | $ | 3,492.48 |
| 1/22/2026 | Russell Fire & Safety - fire inspection at Staurolite Barn | $ | 549.80 |
| 1/22/2026 | Solaz HOA Annual Fee - partial payment - Mexico property | $ | 10,002.95 |
| 1/22/2026 | Solaz Unit Mexico Property - Expenses for January 2026 | $ | 3,200.00 |
| 1/22/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ | 53.60 |
| 1/22/2026 | Duke Energy - 43rd Ave - St. Petersburg FL | $ | 71.86 |
| 1/22/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ | 1,214.71 |
| 1/22/2026 | Security payment for Club 201 | $ | 1,456.00 |
| 1/23/2026 | Burkhalter Ranch payroll and expenses | $ | 8,000.00 |
| 1/23/2026 | City of Blue Ridge - Utilities - E. 2nd Ave., Blue Ridge, GA property | $ | 50.55 |
| 1/23/2026 | City of Blue Ridge - Utilities - Staurolite Barn, Blue Ridge, GA property | $ | 113.54 |
| 1/23/2026 | City of Blue Ridge - Utilities - TBR Supply House, Blue Ridge, GA property | $ | 61.99 |
| 1/23/2026 | Solaz HOA Annual Fee - partial payment - Mexico property | $ | 3,886.95 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount | |
|---|---|---|---|
| 1/23/2026 | Solaz HOA Annual Fee - partial payment - Mexico property | $ | 13,002.95 |
| 1/23/2026 | Solaz HOA Annual Fee - partial payment - Mexico property | $ | 13,002.95 |
| 1/23/2026 | Solaz HOA Annual Fee - partial payment - Mexico property | $ | 13,002.95 |
| 1/23/2026 | Solaz HOA Annual Fee - partial payment - Mexico property | $ | 13,002.95 |
| 1/25/2026 | Bank fee | $ | 15.00 |
| 1/26/2026 | Artistic Pools of Florida - pool repair of Regency Villas St. Petersburg FL | $ | 734.02 |
| 1/26/2026 | Blink - annual subscription of cameras at Burkhalter Ranch and Staurolite Barn | $ | 128.39 |
| 1/26/2026 | Blue Ridge Surveillance - Drive Real Estate | $ | 183.00 |
| 1/26/2026 | Blue Ridge Surveillance - TBR Supply House | $ | 318.00 |
| 1/26/2026 | Division of Corporation - annual report FL - 201 Detroit LLC | $ | 138.75 |
| 1/26/2026 | Go Daddy - Domain renewal - staurolitebarn.com | $ | 22.19 |
| 1/26/2026 | Go Daddy - Domain renewal - tbrsupplyhouse.com | $ | 22.19 |
| 1/26/2026 | Southern Construction Expert - repair Grimble Ct. Sumter SC | $ | 800.00 |
| 1/26/2026 | Southern Construction Expert - repair Warren Ct. Sumter SC | $ | 1,000.00 |
| 1/26/2026 | State of Georgia - Drive Planning - annual report | $ | 60.00 |
| 1/26/2026 | State of Georgia - MAH International - annual report | $ | 60.00 |
| 1/26/2026 | Tri-State EMC - electric - TBR Supply House Blue Ridge GA property | $ | 292.00 |
| 1/26/2026 | Duke Energy - Regency Villas FL | $ | 26.33 |
| 1/26/2026 | Duke Energy - Regency Villas FL | $ | 35.45 |
| 1/26/2026 | Duke Energy - Regency Villas FL | $ | 35.55 |
| 1/26/2026 | Duke Energy - Regency Villas FL | $ | 35.57 |
| 1/26/2026 | Duke Energy - Regency Villas FL | $ | 35.57 |
| 1/26/2026 | Duke Energy - Regency Villas FL | $ | 35.63 |
| 1/26/2026 | Duke Energy - Hotel Detroit St. Petersburg FL | $ | 56.42 |
| 1/26/2026 | Duke Energy - Regency Villas FL | $ | 100.71 |
| 1/26/2026 | Duke Energy - Regency Villas FL | $ | 114.57 |
| 1/26/2026 | Duke Energy - Regency Villas FL | $ | 144.05 |
| 1/26/2026 | Duke Energy - Regency Villas FL | $ | 307.72 |
| 1/26/2026 | Payroll - 1099 pay for Florida Property Management | $ | 3,157.90 |
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ | 411.70 |
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ | 161.23 |
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ | 892.18 |
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ | 281.58 |
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ | 748.89 |
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ | 596.47 |
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ | 920.75 |
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ | 534.35 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ 429.66 |
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ 1,510.36 |
| 1/26/2026 | Payroll - Club 201 St. Petersburg FL | $ 1,026.74 |
| 1/26/2026 | Security payment for Club 201 | $ 1,482.00 |
| 1/27/2026 | Scott Marine Power - repair and maintenance to Live More Yacht | $ 32,000.00 |
| 1/27/2026 | Stretto - Claims processing - October-December 2025 | $ 30,000.00 |
| 1/27/2026 | Stretto - Investor portal management and hosting docs - December 2025 | $ 7,316.26 |
| 1/27/2026 | Stretto - Investor portal management and hosting docs - November 2025 | $ 15,194.36 |
| 1/27/2026 | Stretto - Investor portal management and hosting docs - October 2025 | $ 10,257.93 |
| 1/28/2026 | Bank fees - monthly | $ 15.00 |
| 1/28/2026 | Clear Tech Pools - Regency Villas FL | $ 272.72 |
| 1/28/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ 292.07 |
| 1/28/2026 | Greenhouse - Regency Villas FL | $ 321.00 |
| 1/28/2026 | Division of Department of Revenue - Tag renewal Ford F450 Burkhalter Ranch | $ 27.00 |
| 1/29/2026 | BRMC - Staurolite Barn - webhosting - January 2026 | $ 56.00 |
| 1/29/2026 | CPT of South Florida - port Staurolite Barn business phone lines | $ 350.00 |
| 1/29/2026 | CTG Holding of Dunedin - 201 Detroit liquor license payment | $ 5,737.11 |
| 1/29/2026 | Division of Corporation - annual report FL - Drive Planning | $ 138.75 |
| 1/29/2026 | Prestige Marine A/C & Refrigeration - repair Live More | $ 7,712.07 |
| 1/29/2026 | St. Pete Jannus LLC - rent for 201 Detroit (February 2026) | $ 9,708.44 |
| 1/29/2026 | St. Pete Jannus LLC - rent for 201 Detroit (January 2026) | $ 9,708.44 |
| 1/30/2026 | Fintech - 201 Detroit | $ 502.86 |
| 1/30/2026 | Yacht Care and Maintenance (January 2026) | $ 2,500.00 |
| 1/30/2026 | Music vendor payment Club 201 St. Petersburg FL | $ 1,600.00 |
| 1/30/2026 | RCF3 Enterprises - supplies Club 201 | $ 176.33 |
| 1/30/2026 | RCF3 Enterprises - supplies Club 201 | $ 176.55 |
| 1/30/2026 | Payroll - Club 201 St. Petersburg FL | $ 540.02 |
| 1/30/2026 | Payroll - Club 201 St. Petersburg FL | $ 476.22 |
| 1/30/2026 | Payroll - Club 201 St. Petersburg FL | $ 872.46 |
| 1/30/2026 | Payroll - Club 201 St. Petersburg FL | $ 656.84 |
| 1/30/2026 | Payroll - Club 201 St. Petersburg FL | $ 572.96 |
| 1/30/2026 | Payroll - Club 201 St. Petersburg FL | $ 710.96 |
| 1/30/2026 | Payroll - Club 201 St. Petersburg FL | $ 229.45 |
| 1/30/2026 | Payroll - Club 201 St. Petersburg FL | $ 359.98 |
| 2/2/2026 | 2DOR Gourmet I - supplies Club 201 St. Petersburg FL | $ 111.36 |
| 2/2/2026 | Breakthru Beverage - supplies Club 201 St. Petersburg FL | $ 896.82 |
| 2/2/2026 | DTSP Live - Club 201 St. Petersburg FL | $ 500.00 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 2/2/2026 | DTSP Live - Club 201 St. Petersburg FL | $ 300.00 |
| 2/2/2026 | YouTube TV - Club 201 St. Petersburg FL | $ 68.18 |
| 2/2/2026 | Payroll - Club 201 St. Petersburg FL | $ 1,474.20 |
| 2/2/2026 | Payroll - Club 201 St. Petersburg FL | $ 1,026.74 |
| 2/2/2026 | 7SHIFTS - app marketing Club 201 St. Petersburg FL | $ 44.99 |
| 2/2/2026 | Security payment for Club 201 | $ 1,404.00 |
| 2/3/2026 | Florida Property Lease Property Management Program - monthly | $ 119.00 |
| 2/3/2026 | Buildium - monthly platform - Regency Villas FL | $ 62.00 |
| 2/4/2026 | Burkhalter Ranch insurance | $ 1,200.00 |
| 2/4/2026 | Burkhalter Ranch payroll | $ 6,000.00 |
| 2/4/2026 | Credit card fee for Sumter SC rent payments | $ 94.41 |
| 2/4/2026 | CyberDiscovery - Drive Planning database - Lexbe platform IT services - (January 2026) | $ 4,810.50 |
| 2/4/2026 | Marina Palms - yacht slip monthly and electric charges FL | $ 3,929.82 |
| 2/4/2026 | Montevallo Water & Sewer - utilities Montevallo AL | $ 114.41 |
| 2/4/2026 | State of Georgia - Drive Planning - Certificate of Existence | $ 20.00 |
| 2/4/2026 | State of Georgia - MAH International - Certificate of Existence | $ 20.00 |
| 2/4/2026 | Utica National Insurance Group - TBR Supply insurance | $ 1,270.00 |
| 2/4/2026 | Music vendor payment Club 201 St. Petersburg FL | $ 400.00 |
| 2/4/2026 | FPL - Panama City Beach, FL condo unit | $ 38.96 |
| 2/6/2026 | Music vendor payment Club 201 St. Petersburg FL | $ 150.00 |
| 2/6/2026 | Music vendor payment Club 201 St. Petersburg FL | $ 150.00 |
| 2/6/2026 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 2/6/2026 | Payroll - Club 201 St. Petersburg FL | $ 551.30 |
| 2/6/2026 | Payroll - Club 201 St. Petersburg FL | $ 350.68 |
| 2/6/2026 | Payroll - Club 201 St. Petersburg FL | $ 564.38 |
| 2/6/2026 | Payroll - Club 201 St. Petersburg FL | $ 268.65 |
| 2/9/2026 | Scott Marine Power - repair and maintenance to Live More Yacht | $ 32,000.00 |
| 2/9/2026 | Music vendor payment Club 201 St. Petersburg FL | $ 600.00 |
| 2/9/2026 | Duke Energy - Regency Villas FL | $ 35.56 |
| 2/10/2026 | Scott Marine Power - repair and maintenance to Live More Yacht | $ 4,490.21 |
| 2/10/2026 | Shellpoint Mortgage - mortgage payment for Landmark Dr. Sumter SC property (February) | $ 1,091.99 |
| 2/10/2026 | Shellpoint Mortgage - mortgage payment for Landmark Dr. Sumter SC property (January) | $ 1,091.99 |
| 2/10/2026 | Shellpoint Mortgage - mortgage payment for Landmark Dr. Sumter SC property (October-December) | $ 3,359.22 |
| 2/10/2026 | Waterline Villas - quarterly maintenance - Holmes Beach, FL | $ 8,754.95 |
| 2/12/2026 | Duke Energy - Regency Villas FL | $ 35.62 |
| 2/17/2026 | 201 Detroit LLC - printed checks | $ 95.62 |
| 2/17/2026 | Blue Swift - repair to a trailer Burkhalter Ranch | $ 604.55 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount | |
|------|---------|--------|------|
| 2/17/2026 | City of Sumter - utilities for Burkett Sumter SC property | $ | 63.26 |
| 2/17/2026 | Florida Stabilizers - repair Live More Yacht | $ | 2,070.45 |
| 2/17/2026 | Ford Motor Credit - F450 Truck for Burkhalter Ranch (March) | $ | 2,180.02 |
| 2/17/2026 | Hotel Detroit Condo Assoc. - monthly maintenance (March 2026) | $ | 1,307.02 |
| 2/17/2026 | Hotel Detroit Condo Assoc. - Special Assessment (March 2026) | $ | 174.50 |
| 2/17/2026 | Paragon Designer - storage for Burkhalter Ranch - (February) | $ | 645.84 |
| 2/17/2026 | Quality Worx - Landscaping for Tower Rd Blue Ridge GA property | $ | 100.00 |
| 2/17/2026 | R 2 Electric - repair to One Condo St. Petersburg FL | $ | 200.00 |
| 2/17/2026 | Roper Heating & Air- repair to stove hood - Staurolite Barn | $ | 1,366.00 |
| 2/17/2026 | Tri-State EMC - electric - Staurolite Barn Mineral Bluff GA property | $ | 946.01 |
| 2/17/2026 | Tri-State EMC - electric - Staurolite Barn Mineral Bluff GA property | $ | 1,193.22 |
| 2/17/2026 | Tri-State EMC - electric - Tower Rd, Blue Ridge GA properties | $ | 111.10 |
| 2/18/2026 | Bliss Condominium - Special Assessment St. Petersburg FL | $ | 2,627.34 |
| 2/19/2026 | Burkhalter Ranch payroll and expenses | $ | 6,000.00 |
| 2/19/2026 | Tri-State EMC - electric - 2nd Ave., Blue Ridge GA property | $ | 127.38 |
| 2/19/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ | 408.73 |
| 2/20/2026 | City of Blue Ridge - utilities - E. 2nd Ave., Blue Ridge, GA property | $ | 56.18 |
| 2/20/2026 | City of Blue Ridge - utilities - Staurolite Barn, Blue Ridge, GA property | $ | 503.38 |
| 2/20/2026 | City of Blue Ridge - utilities - TBR Supply House, Blue Ridge, GA property | $ | 65.52 |
| 2/20/2026 | City of St. Petersburg - utilities - 43rd Ave, St. Petersburg property | $ | 100.50 |
| 2/20/2026 | ETC - internet for Burkhalter Ranch | $ | 393.03 |
| 2/20/2026 | Payroll - 1099 pay for Florida Property Management | $ | 3,157.90 |
| 2/21/2026 | OneWater Yacht Service - repair to Live More yacht | $ | 7,375.00 |
| 2/23/2026 | Duke Energy - Regency Villas FL | $ | 63.69 |
| 2/23/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ | 553.91 |
| 2/23/2026 | Duke Energy - Regency Villas FL | $ | 35.43 |
| 2/23/2026 | Duke Energy - Regency Villas FL | $ | 35.52 |
| 2/23/2026 | Duke Energy - Hotel Detroit St. Petersburg FL | $ | 35.56 |
| 2/23/2026 | Duke Energy - Regency Villas FL | $ | 35.58 |
| 2/23/2026 | Duke Energy - Regency Villas FL | $ | 35.62 |
| 2/23/2026 | Duke Energy - Regency Villas FL | $ | 52.00 |
| 2/23/2026 | Duke Energy - Regency Villas FL | $ | 105.88 |
| 2/23/2026 | Duke Energy - Regency Villas FL | $ | 112.69 |
| 2/23/2026 | Duke Energy - Regency Villas FL | $ | 149.57 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount | |
|---|---|---|---|
| 2/23/2026 | Duke Energy - Regency Villas FL | $ | 231.47 |
| 2/23/2026 | Bank fees - monthly | $ | 28.25 |
| 2/23/2026 | Bank fees - monthly | $ | 15.00 |
| 2/24/2026 | Blue Ridge Appraisal - appraisal for Blue Ridge GA property | $ | 2,000.00 |
| 2/24/2026 | Blue Ridge Appraisal - appraisal for TBR Supply House property | $ | 2,500.00 |
| 2/24/2026 | Crystal Clean Housekeeping - monthly cleaning of Staurolite Barn | $ | 325.00 |
| 2/24/2026 | payment for hay for cattle at Burkhalter Ranch | $ | 690.00 |
| 2/24/2026 | Preti Flaherty - professional fees January 2026 | $ | 174.00 |
| 2/24/2026 | Tri-State EMC - Staurolite Barn Gate | $ | 35.33 |
| 2/24/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ | 279.11 |
| 2/24/2026 | J'S Lawn Maintenance - 43rd Ave. - St. Petersburg FL | $ | 100.00 |
| 2/24/2026 | J'S Lawn Maintenance - Regency Villas FL | $ | 240.00 |
| 2/25/2026 | Tri-State EMC - electric - TBR Supply House Blue Ridge GA property | $ | 333.00 |
| 2/25/2026 | Duke Energy - Regency Villas FL | $ | 35.55 |
| 2/25/2026 | Duke Energy - Regency Villas FL | $ | 41.84 |
| 2/26/2026 | Clear Tech Pools - Regency Villas FL | $ | 600.00 |
| 2/27/2026 | Shellpoint Mortgage - mortgage payment for Landmark Dr. Sumter SC property (March) | $ | 1,091.99 |
| 2/27/2026 | Yacht Care and Maintenance (February 2026) | $ | 2,500.00 |
| 3/2/2026 | City of Sumter - utilities for Grimble Sumter SC property | $ | 48.70 |
| 3/2/2026 | City of Sumter - utilities for Warren Sumter SC property | $ | 53.22 |
| 3/2/2026 | CyberDiscovery - Drive Planning database - Lexbe platform IT services - (February 2026) | $ | 4,810.50 |
| 3/2/2026 | Montevallo Water & Sewer - utilities Montevallo AL | $ | 104.11 |
| 3/2/2026 | The Home Depot - carpet repair Bliss Condo St. Petersburg FL | $ | 35.00 |
| 3/2/2026 | Florida Property Lease Property Management Program - monthly | $ | 119.00 |
| 3/2/2026 | YouTube TV - Club 201 St. Petersburg FL | $ | 68.18 |
| 3/2/2026 | J'S Lawn Maintenance - 43rd Ave. - St. Petersburg FL | $ | 100.00 |
| 3/2/2026 | J'S Lawn Maintenance - Regency Villas FL | $ | 240.00 |
| 3/3/2026 | Bliss Condominium - HOA fees St. Petersburg FL (March) | $ | 2,630.59 |
| 3/3/2026 | Credit card fee for Sumter SC rent payments | $ | 50.60 |
| 3/3/2026 | Marina Palms - yacht slip monthly and electric charges FL | $ | 4,631.30 |
| 3/3/2026 | Utica National Insurance Group - TBR Supply insurance | $ | 1,270.00 |
| 3/3/2026 | Buildium - monthly platform - Regency Villas FL | $ | 62.00 |
| 3/4/2026 | Burkhalter Ranch insurance | $ | 1,200.00 |
| 3/4/2026 | Burkhalter Ranch payroll | $ | 5,000.00 |
| 3/6/2026 | Solaz Unit Mexico Property - Expenses March - April | $ | 1,800.00 |
| 3/6/2026 | Tri-State EMC - electric - Staurolite Barn Mineral Bluff GA property | $ | 1,457.97 |
| 3/6/2026 | Tri-State EMC - electric - Tower Rd, Blue Ridge GA properties | $ | 190.31 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount | |
|---|---|---|---|
| 3/6/2026 | Payroll - 1099 pay for Florida Property Management | $ | 3,157.90 |
| 3/8/2026 | Duke Energy - Regency Villas FL | $ | 35.80 |
| 3/8/2026 | AC repair - Regency Villas FL | $ | 798.12 |
| 3/9/2026 | Carpet for Bliss Condo unit St. Petersburg FL | $ | 2,984.56 |
| 3/9/2026 | Marine & Dive Works - Live More Yacht bottom cleaning | $ | 636.48 |
| 3/10/2026 | Artistic Pools of Florida - pool repair of Regency Villas St. Petersburg FL | $ | 3,320.16 |
| 3/11/2026 | The UPS Store - documents for Live More Yacht FL | $ | 84.83 |
| 3/11/2026 | Duke Energy - Regency Villas FL | $ | 35.85 |
| 3/12/2026 | Duke Energy - Warren Ct Sumter SC | $ | 70.70 |
| 3/12/2026 | Locksmith - change locks Montevallo AL properties | $ | 245.00 |
| 3/16/2026 | OneWater Yacht Service - repair to Live More yacht | $ | 7,375.00 |
| 3/16/2026 | Tri-State EMC - electric - 2nd Ave., Blue Ridge GA property | $ | 98.98 |
| 3/17/2026 | Burkhalter Ranch payroll | $ | 5,000.00 |
| 3/17/2026 | Check printing for operating account | $ | 209.29 |
| 3/17/2026 | Fannin County - utilities - Burkhalter Ranch | $ | 40.37 |
| 3/17/2026 | Fannin County - utilities - Staurolite Barn | $ | 39.50 |
| 3/17/2026 | Ford Motor Credit - F450 Truck for Burkhalter Ranch (March) | $ | 2,180.02 |
| 3/17/2026 | Marshall Livestock Services - hoof trimming Burkhalter Ranch | $ | 600.00 |
| 3/17/2026 | Scott Marine Power - repair and maintenance to Live More Yacht | $ | 9,652.34 |
| 3/18/2026 | City of Blue Ridge - Utilities - Staurolite Barn, Blue Ridge, GA property | $ | 107.53 |
| 3/18/2026 | City of Blue Ridge - Utilities - TBR Supply House, Blue Ridge, GA property | $ | 62.41 |
| 3/18/2026 | City of St. Petersburg - utilities - 43rd Ave, St. Petersburg property | $ | 100.50 |
| 3/18/2026 | OneWater Yacht Service - repair to Live More yacht | $ | 4,644.03 |
| 3/18/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ | 275.75 |
| 3/18/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ | 390.22 |
| 3/18/2026 | Plumbing repair - Regency Villas FL | $ | 150.00 |
| 3/19/2026 | Alabama Power - deposit Melton Montevallo AL | $ | 175.00 |
| 3/19/2026 | Stretto - Claims processing - January 2026 | $ | 10,000.00 |
| 3/19/2026 | Stretto - Investor portal management and hosting docs - January 2026 | $ | 10,043.13 |
| 3/20/2026 | Payroll - 1099 pay for Florida Property Management | $ | 3,157.90 |

**Attachment 1 to Receiver's Report**

**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | | Amount |
|------|---------|---|--------|
| 3/23/2026 | Duke Energy - One condo, St. Petersburg property | $ | 15.95 |
| 3/23/2026 | ETC - internet for Burkhalter Ranch | $ | 393.03 |
| 3/23/2026 | Tri-State EMC - Burkhalter Ranch and Staurolite Barn | $ | 1,243.73 |
| 3/23/2026 | Tri-State EMC - Staurolite Barn Gate | $ | 35.22 |
| 3/23/2026 | Duke Energy - Regency Villas FL | $ | 50.24 |
| 3/23/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ | 269.85 |
| 3/23/2026 | Duke Energy - Regency Villas FL | $ | 35.66 |
| 3/23/2026 | Duke Energy - Regency Villas FL | $ | 35.76 |
| 3/23/2026 | Duke Energy - Regency Villas FL | $ | 35.76 |
| 3/23/2026 | Duke Energy - Hotel Detroit St. Petersburg FL | $ | 35.78 |
| 3/23/2026 | Duke Energy - Regency Villas FL | $ | 35.79 |
| 3/23/2026 | Duke Energy - Regency Villas FL | $ | 43.92 |
| 3/23/2026 | Duke Energy - Regency Villas FL | $ | 101.60 |
| 3/23/2026 | Duke Energy - Regency Villas FL | $ | 106.09 |
| 3/23/2026 | Duke Energy - Regency Villas FL | $ | 145.23 |
| 3/23/2026 | Duke Energy - Regency Villas FL | $ | 240.55 |
| 3/23/2026 | Bank fees - monthly | $ | 28.25 |
| 3/23/2026 | Bank fees - monthly | $ | 15.00 |
| 3/24/2026 | Southern Construction Expert - repair of Grimble Sumter SC | $ | 450.00 |
| 3/25/2026 | Duke Energy - Regency Villas FL | $ | 26.48 |
| 3/25/2026 | Duke Energy - Regency Villas FL | $ | 35.77 |
| 3/26/2026 | BiBerk - workers compensation insurance for Burkhalter Ranch | $ | 8,220.00 |
| 3/26/2026 | DBPR - license fee for Regency Villas St. Petersburg FL | $ | 175.00 |
| 3/26/2026 | Tri-State EMC - electric - TBR Supply House Blue Ridge GA property | $ | 304.00 |
| 3/30/2026 | Shellpoint Mortgage - mortgage payment for Landmark Dr. Sumter SC property (April) | $ | 1,091.99 |
| 3/30/2026 | Yacht Care and Maintenance (March 2026) | $ | 2,500.00 |
| 3/30/2026 | Clear Tech Pools - Regency Villas FL | $ | 600.00 |
| 3/30/2026 | YouTube TV - Club 201 St. Petersburg FL | $ | 94.33 |
| 3/31/2026 | Alabama Power - deposit Moody St. Montevallo AL | $ | 296.71 |
| **Total of expenses** | | **$** | **609,493.50** |

**Professional Fees**

| Date | Payable | | Amount |
|------|---------|---|--------|
| 2/19/2026 | Damian Valori Culmo | $ | 295,408.83 |
| 2/19/2026 | Law Offices of Henry F. Sewell, Jr LLC | $ | 3,474.41 |
| 2/19/2026 | Hays Financial Consulting LLC | $ | 36,045.67 |
| 2/19/2026 | Bose McKinney & Evans LLP | $ | 31,938.85 |
| **Total of Professional fees** | | **$** | **366,867.76** |

**GRAND TOTAL OF EXPENSES**                              **$    976,361.26**