**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**UNITED STATES SECURITIES**
**AND EXCHANGE COMMISSION,**

      **Plaintiff,**

**v.**

                              **Civil Action No. 1:24-cv-03583-VMC**

**DRIVE PLANNING, LLC, and**
**RUSSELL TODD BURKHALTER,**

      **Defendants,**

_____/

### <u>CERTIFICATE OF SERVICE OF ORDER [ECF NO. 413]</u>

I hereby certify that on May 22, 2026, I served a copy of the Court's *Order on Appeals of Receiver's Final Claims Determination* [ECF No. 413] via e-mail and U.S. Mail and/or International Mail to each of the claimants who had filed an appeal.

                              Respectfully Submitted,

                              s/*Adriana Pavon*
                              Adriana Pavon, Esq.
                              Florida Bar No. 1025060
                              *Admitted Pro Hac Vice*

| | |
|---|---|
| *Lead Counsel for Kenneth D. Murena,* | *Local Counsel for Kenneth D. Murena,* |
| *as Court-Appointed Receiver* | *as Court- Appointed Receiver* |
| Russell Landy | Henry F. Sewell, Jr. |
|    Florida Bar No. 44417 |    Georgia Bar No. 636265 |
|    rlandy@dvllp.com |    hsewell@sewellfirm.com |
| *Admitted Pro Hac Vice* | Buckhead Centre |
| | 2964 Peachtree Road NW, Suite 555 |
| | Atlanta, GA 30305 |
| | Telephone: (404) 926-0053 |

Adriana M. Pavon
    Florida Bar No. 1025060
    apavon@dvcattorneys.com
*Admitted Pro Hac Vice*
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965