**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

      Plaintiff,

v.

DRIVE PLANNING, LLC, and
RUSSELL TODD BURKHALTER,

      Defendants,

and

JACQUELINE BURKHALTER,
THE BURKHALTER RANCH
CORPORATION, DRIVE
PROPERTIES, LLC, DRIVE
GULFPORT PROPERTIES LLC,
and TBR SUPPLY HOUSE, INC.,

      Relief Defendants.

_____

Case No. 1:24-cv-03583-VMC

**RECEIVER'S MOTION FOR**
**EXTENSION OF TIME TO FILE DISTRIBUTION PLAN**

Kenneth D. Murena, as Court-Appointed Receiver (the "Receiver") in the above-styled action, respectfully moves this Court for an extension of time to file his proposed distribution plan and, in support thereof, states as follows:

1.      This action commenced on August 13, 2024, with the filing of the Securities and Exchange Commission's ("SEC") Complaint against Defendants Drive Planning, LLC and Russell Todd Burkhalter and Relief Defendants Jacqueline Burkhalter, The Burkhalter Ranch Corporation, Drive Properties, LLC, Drive Gulfport Properties LLC, and TBR Supply House, Inc.

2.      This Receivership involves a large and complex investor victim population.  Pursuant to the Court-approved claims process, the Receiver received approximately 2,300 claims totaling more than $230 million in claimed losses and has undertaken an extensive review and reconciliation process to determine the amount of allowed claims.

3.      The Receiver is now preparing for a future distribution to holders of allowed claims with a planned initial distribution of at least $60 million.  In connection with that effort, the Receiver intends to implement a "rising-tide" distribution methodology.

4.      On June 11, 2026, the Receiver filed his Motion for Authorization to Employ Ankura Consulting Group, LLC (ECF No. 421) to develop and implement the methodology and analytics necessary to calculate distributions to holders of allowed claims pursuant to the rising-tide method of distribution.  Specifically, Ankura will develop the analytical framework necessary to implement the rising-tide methodology and create the claimant-by-claimant distribution model that will

serve as the basis for the Receiver's proposed initial distribution and future distributions.

5.      Because Ankura's work is necessary to develop the claimant-specific calculations and distribution analyses that will form the basis of the Receiver's proposed distribution plan, it is necessary to await the Court's ruling on the motion and, if approved, allow Ankura sufficient time to complete its work so the Receiver can include the proposed distribution amounts and an explanation of Ankura's calculations  in his motion to approve the proposed distribution plan.

6.      Therefore, given the size of the claimant population, the complexity of the proposed rising-tide methodology, and the need for Ankura's assistance in performing the necessary analyses and calculations, the Receiver requires additional time to finalize his Motion seeking Court approval of: (a) the Receiver's final determinations regarding approximately 2,300 filed claims; (b) a rising-tide plan of distribution for holders of allowed claims; and (c) an initial distribution of approximately $60 million to eligible claimants.

7.      Accordingly, the Receiver respectfully requests that the deadline to file the proposed distribution plan be extended to fourteen (14) days following the Court's entry of an order on the Receiver's Motion for Authorization to Employ Ankura Consulting Group, LLC (ECF No. 421).

3

## CERTIFICATION OF CONFERENCE

The undersigned counsel certifies that prior to filing this motion the Receiver conferred with counsel for the SEC, and undersigned counsel conferred with Mr. Burkhalter and counsel for the Relief Defendants, regarding the relief requested herein. Counsel for the SEC and Mr. Burkhalter informed the Receiver or undersigned counsel that they have no opposition to the requested relief.  As of the filing of this motion, Relief Defendants had not provided their position on the requested relief.

WHEREFORE, the Receiver respectfully requests that this Court enter the proposed Order attached as **Exhibit A**, extending the deadline for the Receiver to file his proposed distribution plan until fourteen (14) days after the Court enters an order on the Receiver's Motion for Authorization to Employ Ankura Consulting Group, LLC (ECF No. 421), and granting such other and further relief as the Court deems just and proper.

Dated:  June 22, 2026

s/ *Adriana M. Pavon*
Adriana M. Pavon, Esq.
Florida Bar No. 1025060
*Admitted Pro Hac Vice*

| | |
|---|---|
| *Lead Counsel for Kenneth D. Murena,*<br>*as Court-Appointed Receiver*<br>Adriana M. Pavon<br>  Florida Bar No. 1025060<br>  apavon@dvcattorneys.com<br>*Admitted Pro Hac Vice* | *Local Counsel for Kenneth D. Murena,*<br>*as Court- Appointed Receiver*<br>Henry F. Sewell, Jr.<br>  Georgia Bar No. 636265<br>  Buckhead Centre<br>2964 Peachtree Road NW, Suite 555 |

4

Russell Landy
    Florida Bar No. 44417
    rlandy@dvllp.com
*Admitted Pro Hac Vice*
DAMIAN  |  VALORI  |  CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida  33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

Atlanta, GA 30305
Telephone: (404) 926-0053
hsewell@sewellfirm.com

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on June 22, 2026, I electronically filed the foregoing document using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record, and sent the foregoing document to Defendant Burkhalter by email.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

 Dated:  June 22, 2026.

s/*Adriana M. Pavon*
Adriana M. Pavon, Esq.
Florida Bar No. 1025060
*Admitted Pro Hac Vice*

Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
Telephone: (404) 926-0053
Email: hsewell@sewellfirm.com

*Local Counsel for the Receiver*