**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>DRIVE PLANNING, LLC, and RUSSELL TODD BURKHALTER,<br><br>    Defendants,<br><br>and<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,<br><br>    Relief Defendants. | Case No. 1:24-cv-03583-VMC |

**PROPOSED ORDER GRANTING RECEIVER'S MOTION TO APPROVE**
**SETTLEMENT AND RELEASE AGREEMENT**
**WITH THE ESTATE OF RICHARD A. MCNELLEY,**
<u>**VANESSA MCNELLEY AND WESLEY MCNELLEY**</u>

This matter came before the Court upon the Receiver's Motion to Approve Settlement and Release Agreements with the Estate of Richard A. McNelley, Vanessa McNelley and Wesley McNelley (the "Motion"). *See* ECF No. 425. The

Court, having considered the Motion and being otherwise duly advised in the premises, hereby finds and orders:

1.    The Receiver's Motion is **GRANTED**.

2.    The Court finds that the Settlement and Release Agreement attached to the Motion as Exhibit B (the "Settlement Agreement") is in the best interest of the Receivership Estate and, as such, the Settlement Agreement is **APPROVED**.

3.    The Court authorizes the Receiver to enter into the Settlement Agreement.

4.    This Court shall retain exclusive jurisdiction over all matters concerning the Settlement Agreement, including without limitation the enforcement thereof.

5. The Receiver is DIRECTED to serve a copy of this Order on Defendant Burkhalter.

**DONE AND ORDERED** in Northern District of Georgia, this __30th__ day of June, 2026.

_____
U.S. DISTRICT COURT JUDGE

Copies to:    Counsel of Record
              Defendant Russell Todd Burkhalter

2