**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**DRIVE PLANNING, LLC and RUSSELL TODD BURKHALTER,**<br><br>    **Defendants,**<br><br>**and**<br><br>**JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,**<br><br>    **Relief Defendants.** | **Civil Action No. 1:24-cv-3583-VMC** |

## <u>ORDER</u>

Upon consideration of the Motion to Extend the Discovery Period, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the discovery period in this case is extended until September 14, 2026.

Counsel for the SEC is directed to serve a copy of this Order on Defendants and Relief defendants.

So Ordered this 14th day of July, 2026.

_____
Victoria Marie Calvert
United States District Judge