# EXHIBIT A

Kenneth Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
DRIVE PLANNING RECEIVERSHIP FUND FOR SEC V. DRIVE PLANNING, LLC, ET AL.
Reporting Period 4/1/2026 to 6/30/2026

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 4/1/2026): | $ - | $ - | **$ 69,083,240.13** |
| | **Increases in Fund Balance:** | | | |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities [1] | $ 4,366,470.05 | $ 4,366,470.05 | $ 4,366,470.05 |
| **Line 4** | Interest/Dividend Income [1] | $ 536,038.43 | $ 536,038.43 | $ 536,038.43 |
| **Line 5** | Business Asset Liquidation | $ - | $ - | $ - |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other | | | $ - |
| | **Total Funds Available (Lines 1-8):** | | | **$ 73,985,748.61** |
| | **Decreases in Fund Balance:** | | | |
| **Line 9** | Disbursements to Investors | $ - | $ - | $ - |
| **Line 10** | Disbursements for Business Operations [1] | $ 419,422.41 | $ 419,422.41 | $ 419,422.41 |
| Line 10a | Disbursements to Receiver or Other Professionals [1] | $ 396,832.79 | $ 396,832.79 | $ 396,832.79 |
| | **Total Disbursements for Receivership Operations** | | | **$ 816,255.20** |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| **Line 12** | Disbursements to Court/Other | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | **$ 816,255.20** |
| **Line 13** | **Ending Balance (As of June 30, 2026)** | | | **$ 73,169,493.41** |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | **$ 73,169,493.41** |
| | **Total Ending Balance of Fund – Net Assets** | | | **$ 73,169,493.41** |

[1] *See Attachment 1.*

Respectfully submitted,
Damian |Valori | Culmo
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965
*/s/ Kenneth D. Murena*
Kenneth D. Murena, Court-Appointed Receiver

**Attachment 1 to SFAR Report**
**SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts**

**Truist Bank Accounting - Drive Planning Accounts**

| Date | Description | Amount |
|---|---|---|
| 4/1/2026 | Rental Payment from Tenant St. Petersburg FL | $ 1,325.00 |
| 4/1/2026 | Rental Payment from Tenant St. Petersburg FL | $ 1,550.00 |
| 4/24/2026 | Rental Payment from Tenant St. Petersburg FL | $ 5,400.00 |
| 5/1/2026 | Rental Payment from Tenant St. Petersburg FL | $ 1,325.00 |
| 5/4/2026 | Rental Payment from Tenant St. Petersburg FL | $ 1,550.00 |
| 5/7/2026 | Rental Payment from Tenant St. Petersburg FL | $ 3,950.00 |
| 6/12/2026 | Rental Payment from Tenant St. Petersburg FL | $ 2,470.00 |
| **Total** | | **$ 17,570.00** |

**City National Bank Accounting - Fiduciary Account**

| Date | Description | Amount |
|---|---|---|
| 4/1/2026 | RL - agent settlement | $ 133,440.64 |
| 4/2/2026 | DP - agent settlement payment | $ 10,000.00 |
| 4/6/2026 | DN - agent settlement payment | $ 1,000.00 |
| 4/6/2026 | Sale of Macho - Burkhalter Ranch catle | $ 3,500.00 |
| 4/9/2026 | Sumter SC rent payment | $ 1,325.00 |
| 4/14/2026 | Sumter SC rent payment | $ 2,000.00 |
| 4/16/2026 | Sumter SC rent payment | $ 1,513.99 |
| 4/16/2026 | Ana Maria Island rent FL | $ 8,300.94 |
| 4/20/2026 | Cumming GA property rent | $ 2,020.00 |
| 4/21/2026 | Duke Energy - refund for Gulfport properties | $ 1.48 |
| 4/21/2026 | Duke Energy - refund for Gulfport properties | $ 2.29 |
| 4/24/2026 | MPM - agent settlement payment | $ 5,000.00 |
| 4/28/2026 | Sumter SC rent payment | $ 1,440.00 |
| 4/28/2026 | Cumming GA property rent | $ 2,070.50 |
| 4/28/2026 | Sumter SC rent payment | $ 3,000.00 |
| 4/28/2026 | Avante-NEA Insurance - refund for property insurance for GA properties | $ 3,207.49 |
| 4/28/2026 | MPM - agent settlement payment | $ 10,000.00 |
| 4/28/2026 | Sale of Grimble Sumter SC property | $ 149,057.95 |
| 4/30/2026 | Carpenter Dr Building AL property loan payment | $ 5,000.00 |
| 5/1/2026 | Atlanta GA rent payment | $ 808.00 |
| 5/1/2026 | Sumter SC rent payment | $ 3,000.00 |
| 5/4/2026 | City of Sumter - refund utilities for Grimble Sumter SC property | $ 71.30 |
| 5/4/2026 | DN - agent settlement payment | $ 1,000.00 |
| 5/4/2026 | MPM - agent settlement payment | $ 10,000.00 |

**Attachment 1 to SFAR Report**

**SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts**

| | | | |
|---|---|---|---|
| 5/4/2026 | DP - agent settlement payment | $ | 21,430.07 |
| 5/4/2026 | MPM - agent settlement payment | $ | 144,041.74 |
| 5/5/2026 | Sumter SC rent payment | $ | 1,000.00 |
| 5/5/2026 | Sumter SC rent payment | $ | 1,325.00 |
| 5/5/2026 | NV - investor/net winner settlemment payment | $ | 110,501.53 |
| 5/6/2026 | Atlanta & Blue Ridge GA rent payment | $ | 1,344.66 |
| 5/6/2026 | SE - agent settlement payment | $ | 10,000.00 |
| 5/7/2026 | RL- agent settlement payment | $ | 90,000.00 |
| 5/8/2026 | Sumter SC rent payment | $ | 1,000.00 |
| 5/8/2026 | HL - agent settlement payment | $ | 50,000.00 |
| 5/12/2026 | Sale of Moody St. Montevallo AL | $ | 150,729.80 |
| 5/13/2026 | Cumming GA property rent | $ | 2,020.00 |
| 5/13/2026 | Sale of Beacon Dr Sumter SC | $ | 150,430.95 |
| 5/14/2026 | DM - investor/net winner settlement payment | $ | 89,190.00 |
| 5/15/2026 | RL - agent settlement payment | $ | 43,440.64 |
| 5/15/2026 | KB - investor/net winner settlement payment | $ | 80,640.90 |
| 5/15/2026 | Ana Maria Island rent FL | $ | 5,213.97 |
| 5/18/2026 | Sumter SC rent payment | $ | 5,400.00 |
| 5/20/2026 | Sumter SC rent payment | $ | 1,513.99 |
| 5/28/2026 | BG & MB - investor/net winner settlement payment | $ | 13,400.00 |
| 6/1/2026 | Black River Electric - refund - Beacon Sumter SC | $ | 108.64 |
| 6/1/2026 | Sumter SC rent payment | $ | 3,490.00 |
| 6/1/2026 | Carpenter Dr Building AL property loan payment | $ | 5,000.00 |
| 6/1/2026 | PV - investor/net winner settlement payment | $ | 35,692.00 |
| 6/1/2026 | TF - agent settlement payment | $ | 124,702.45 |
| 6/1/2026 | Wedding security deposit - Staurolite Barn | $ | 2,500.00 |
| 6/3/2026 | Sale of Auction items | $ | 98,430.00 |
| 6/4/2026 | RW - investor/net winner settlement payment | $ | 55,120.00 |
| 6/5/2026 | Montevallo Water & Sewer - refund for utlities Moody St Montevallo | $ | 66.39 |
| 6/5/2026 | Sumter SC rent payment | $ | 132.50 |
| 6/5/2026 | DN - agent settlement payment | $ | 1,000.00 |
| 6/5/2026 | SE- agent settlement payment | $ | 3,000.00 |
| 6/5/2026 | JGJ - investor/net winner settlement payment | $ | 24,040.00 |
| 6/5/2026 | CC - investor/net winner settlement payment | $ | 25,000.00 |
| 6/5/2026 | TH- agent settlement payment | $ | 56,475.97 |
| 6/8/2026 | ATL OTS - investor/net winner settlement payment | $ | 29,070.00 |
| 6/9/2026 | Phanton Administrative LLC - rent Blue Ridge GA | $ | 1,500.00 |
| 6/9/2026 | JS - investor/net winner settlement payment | $ | 14,000.00 |
| 6/9/2026 | More Adventures Homes LLC - Bradford payment | $ | 19,000.00 |
| 6/9/2026 | MP -investor/net winner settlement payment | $ | 36,750.00 |

**Attachment 1 to SFAR Report**

**SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts**

| | | | |
|---|---|---|---|
| 6/10/2026 | KB - investor/net winner setttlement payment | $ | 280,000.00 |
| 6/11/2026 | Cumming GA property rent | $ | 2,020.00 |
| 6/11/2026 | BW - investor/net winner settlement payment | $ | 62,000.00 |
| 6/11/2026 | RL - agent settlement payment | $ | 70,000.00 |
| 6/12/2026 | AL - investor/net winner settlement payment | $ | 15,888.00 |
| 6/15/2026 | TF - investor/net winner settlement payment | $ | 10,300.00 |
| 6/15/2026 | SC - investor/net winner settlement payment | $ | 29,624.13 |
| 6/15/2026 | Ana Maria Island rent FL | $ | 5,337.19 |
| 6/16/2026 | Sumter SC rent payment | $ | 1,000.00 |
| 6/17/2026 | BG - investor/net winner settlement payment | $ | 2,000.00 |
| 6/17/2026 | MFM - investor/net winner settlement payment | $ | 16,750.00 |
| 6/18/2026 | KP - investor/net winner settlement payment | $ | 2,000.00 |
| 6/18/2026 | JP - investor/net winner settlement payment | $ | 6,883.15 |
| 6/18/2026 | DP - investor/net winner settlement payment | $ | 44,368.13 |
| 6/22/2026 | TA - investytor/net winner settlement payment | $ | 9,819.57 |
| 6/22/2026 | RL - agent settlement payment | $ | 63,440.64 |
| 6/23/2026 | Sumter SC rent payment | $ | 1,513.99 |
| 6/26/2026 | Shellpoint Mortgage - mortgage payment for Landmark Dr. Sumter SC property (July) | $ | 1,091.99 |
| 6/26/2026 | TF - agent settlement payment | $ | 124,702.48 |
| 6/29/2026 | Phantom Administration - rent for Blue Ridge property - firework sale | $ | 1,000.00 |
| 6/29/2026 | KM - investor/net winner settlement payment | $ | 8,400.00 |
| 6/29/2026 | FH - investor/net winner settlement payment | $ | 10,500.00 |
| 6/30/2026 | Atlanta GA rent payment | $ | 800.00 |
| 6/30/2026 | Carpenter Dr Building AL property loan payment | $ | 5,000.00 |
| **Total** | | **$** | **2,638,900.05** |

**Huntington Bank Accounting - Fiduciary Account**

| **Date** | **Description** | **Amount** | |
|---|---|---|---|
| 4/20/2026 | Sale of Yacht | $ | 1,710,000.00 |
| **Total** | | **$** | **1,710,000.00** |

**Total of receipts excluding interest** **$ 4,366,470.05**

**Attachment 1 to SFAR Report**
**SEC v. Drive Planning - Receipts of Fiduciary and Drive Planning Accounts**
**City National Bank Accounting - Fiduciary Account - Interest**

| Date | Description | Amount |
|---|---|---|
| 4/30/2026 | Interest - Fiduciary Account | $ 34,298.93 |
| 5/26/2026 | Interest - Fiduciary Account | $ 86.74 |
| 5/31/2026 | Interest - Fiduciary Account | $ 36,340.98 |
| 6/30/2026 | Interest - Fiduciary Account | $ 37,150.74 |
| **Total** | | **$ 107,877.39** |

**Synovus Bank Accounting - Fiduciary Account - Interest**

| Date | Description | Amount |
|---|---|---|
| 4/30/2026 | Interest - Fiduciary Account | $ 85,495.08 |
| 4/30/2026 | Interest - Fiduciary Account | $ 627.47 |
| 5/31/2026 | Interest - Fiduciary Account | $ 88,571.68 |
| 5/31/2026 | Interest - Fiduciary Account | $ 648.41 |
| 6/30/2026 | Interest - Fiduciary Account | $ 85,935.18 |
| 6/30/2026 | Interest - Fiduciary Account | $ 627.48 |
| **Total** | | **$ 261,905.30** |

**Huntington Bank Accounting - Fiduciary Account - Interest**

| Date | Description | Amount |
|---|---|---|
| 4/30/2026 | Interest - Fiduciary Account | $ 52,230.35 |
| 5/31/2026 | Interest - Fiduciary Account | $ 57,874.63 |
| 6/30/2026 | Interest - Fiduciary Account | $ 56,150.76 |
| **Total** | | **$ 166,255.74** |

| | |
|---|---|
| **Total of interest** | **$ 536,038.43** |
| **GRAND TOTAL OF RECEIPTS FOR BANK ACCOUNTS** | **$ 4,902,508.48** |

**Attachment 1 to Receiver's Report**

**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 4/1/2026 | Avante-NEA Insurance - property insurance for GA properties | $ 6,528.05 |
| 4/1/2026 | Hotel Detroit Condo Assoc. - Special Assessment (April 2026) | $ 174.50 |
| 4/1/2026 | Paragon Designer - storage for Burkhalter Ranch - (March) | $ 645.84 |
| 4/1/2026 | Hotel Detroit Condo Assoc. - monthly maintenance (April 2026) | $ 1,307.02 |
| 4/1/2026 | Deer Manor HOA - HOA fees for Sumter SC property (April-June) | $ 540.00 |
| 4/1/2026 | Crystal Clean Housekeeping - monthly cleaning of Staurolite Barn | $ 325.00 |
| 4/1/2026 | City of Sumter - utilities for Grimble Sumter SC property | $ 48.70 |
| 4/1/2026 | City of Sumter - utilities for Warren Sumter SC property | $ 48.20 |
| 4/1/2026 | Montevallo Water & Sewer - utilities Montevallo AL | $ 104.11 |
| 4/1/2026 | Blue Ridge Surveillance - repair Staurolite Barn | $ 268.00 |
| 4/1/2026 | Fix A Yacht - repair for Live More Yacht | $ 3,343.98 |
| 4/1/2026 | Mitbry Corporation - 201 Club Detroit | $ 239.69 |
| 4/1/2026 | Florida Property Lease Property Management Program - monthly | $ 119.00 |
| 4/2/2026 | Burkhalter Ranch payroll | $ 6,000.00 |
| 4/2/2026 | Burkhalter Ranch insurance | $ 1,200.00 |
| 4/2/2026 | Credit card fee for Sumter SC rent payments | $ 50.49 |
| 4/2/2026 | Bliss Condominium - HOA fees St. Petersburg FL (April) | $ 2,630.59 |
| 4/2/2026 | CyberDiscovery - Drive Planning database - Lexbe platform IT services - (March 2026) | $ 4,861.00 |
| 4/2/2026 | Waterline Villas - quarterly maintenance - Holmes Beach, FL | $ 8,522.71 |
| 4/3/2026 | Payment for Repair Regency Villas FL | $ 186.53 |
| 4/3/2026 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 4/6/2026 | Marina Palms - yacht slip monthly and electric charges | $ 4,039.16 |
| 4/6/2026 | Uitca National Insurance Group - TBR Supply insurance | $ 1,270.00 |
| 4/6/2026 | Teran Rojas - accountant for Mexico property and taxes | $ 4,946.00 |
| 4/6/2026 | Tri-State EMC - electric - Tower Rd, Blue Ridge GA properties | $ 84.35 |
| 4/6/2026 | Tri-State EMC - electric - Staurolite Barn Mineral Bluff GA property | $ 562.72 |
| 4/7/2026 | Stretto - Investor portal management and hosting docs - February 202 | $ 8,021.57 |
| 4/7/2026 | Stretto - Claims processing - February 2026 | $ 10,000.00 |
| 4/8/2026 | Hill Plumbing & Air - repair Dartmouth Sumter SC | $ 272.00 |
| 4/8/2026 | Southern Construction Experts - repair Grimble Sumter SC property | $ 2,250.00 |

**Attachment 1 to Receiver's Report**

**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 4/8/2026 | Southeastern Farmers Co-op - Feed for cattle Burkhalter Ranch | $ 547.65 |
| 4/8/2026 | Fix A Yacht - repair for Live More Yacht | $ 2,588.30 |
| 4/8/2026 | Fix A Yacht - repair for Live More Yacht | $ 1,616.48 |
| 4/8/2026 | Tri-State EMC - Burkhalter Ranch and Staurolite Barn | $ 1,080.38 |
| 4/8/2026 | Crystal Clean Housekeeping - clean 2nd st and Tower Rd Blue Ridge GA properties | $ 240.00 |
| 4/8/2026 | Duke Energy - Regency Villas FL | $ 35.75 |
| 4/9/2026 | Duke Energy - Warren Ct Sumter SC | $ 54.25 |
| 4/9/2026 | Duke Energy - Regency Villas FL | $ 35.82 |
| 4/16/2026 | Burkhalter Ranch payroll | $ 6,000.00 |
| 4/16/2026 | All for Gas - repair the tank Burkhalter Ranch | $ 560.00 |
| 4/16/2026 | Hill Plumbing & Air - repair Grimble Sumter SC | $ 2,227.00 |
| 4/16/2026 | Prime Air Conditioning- repair AC 43rd St. Petersburg FL | $ 2,755.00 |
| 4/16/2026 | Prime Air Conditioning- repair AC 43rd St. Petersburg FL | $ 5,029.00 |
| 4/16/2026 | Ford Motor Credit - F450 Truck for Burkhalter Ranch (May) | $ 2,180.02 |
| 4/16/2026 | Black River Electric - deposit for Beacon Sumter SC | $ 205.00 |
| 4/16/2026 | Vikki Graham - security deposit refund | $ 1,350.00 |
| 4/16/2026 | Hotel Detroit Condo Assoc. - Special Assessment (May 2026) | $ 174.50 |
| 4/16/2026 | Hotel Detroit Condo Assoc. - monthly maintenance (May 2026) | $ 1,307.02 |
| 4/16/2026 | Fannin County - utilities - Staurolite Barn | $ 39.50 |
| 4/16/2026 | Fannin County - utilities - Burkhalter Ranch | $ 40.42 |
| 4/16/2026 | Rayman Companies - lawn maintenance Fisher IN | $ 130.00 |
| 4/16/2026 | Tri-State EMC - electric - 2nd Ave., Blue Ridge GA property | $ 78.41 |
| 4/16/2026 | City of Blue Ridge - Utilities - TBR Supply House, Blue Ridge, GA pr | $ 61.92 |
| 4/16/2026 | City of Blue Ridge - Utilities - E. 2nd Ave., Blue Ridge, GA property | $ 42.75 |
| 4/16/2026 | City of Blue Ridge - Utilities - Staurolite Barn, Blue Ridge, GA proper | $ 71.19 |
| 4/16/2026 | City of St. Petersburg - utilities - 43rd Ave, St. Petersburg property | $ 100.50 |
| 4/16/2026 | Paragon Designer - storage for Burkhalter Ranch - (April) | $ 645.84 |
| 4/16/2026 | IME Painting - cleaning Melton and Moody Montevallo AL | $ 350.00 |
| 4/16/2026 | Greenhouse - Regency Villas FL | $ 321.00 |

**Attachment 1 to Receiver's Report**

**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 4/17/2026 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 4/20/2026 | ETC - internet for Burkhalter Ranch | $ 393.03 |
| 4/20/2026 | Tri-State EMC - Staurolite Barn Gate | $ 35.52 |
| 4/20/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ 146.16 |
| 4/21/2026 | Norseman Shipbuilding - repair Live More Yacht | $ 21,628.79 |
| 4/21/2026 | Bank fees - monthly | $ 28.25 |
| 4/21/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ 625.32 |
| 4/23/2026 | Interglobal Yacht Sales - diesel fuel for Live More yacht | $ 4,550.08 |
| 4/23/2026 | Bank fee | $ 36.00 |
| 4/23/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ 273.56 |
| 4/23/2026 | Bank fee | $ 36.00 |
| 4/23/2026 | Duke Energy - Regency Villas FL | $ 250.19 |
| 4/23/2026 | Bank Fee | $ 36.00 |
| 4/23/2026 | Duke Energy - 43rd Ave. - St. Petersburg FL | $ 150.28 |
| 4/23/2026 | Duke Energy - Regency Villas FL | $ 106.69 |
| 4/23/2026 | Duke Energy - Regency Villas FL | $ 102.36 |
| 4/23/2026 | Duke Energy - Regency Villas FL | $ 50.44 |
| 4/23/2026 | Duke Energy - Regency Villas FL | $ 35.75 |
| 4/23/2026 | Duke Energy - Regency Villas FL | $ 35.72 |
| 4/23/2026 | Duke Energy - Regency Villas FL | $ 35.69 |
| 4/23/2026 | Duke Energy - Regency Villas FL | $ 35.65 |
| 4/23/2026 | Duke Energy - Hotel Detroit St. Petersburg FL | $ 35.58 |
| 4/23/2026 | Duke Energy - Regency Villas FL | $ 26.33 |
| 4/23/2026 | Duke Energy - Regency Villas FL | $ 82.69 |
| 4/24/2026 | Yacht Care and Maintenance (April 2026) - final cleaning and waxing for closing | $ 6,690.90 |
| 4/24/2026 | Duke Energy - Regency Villas FL | $ 35.65 |
| 4/28/2026 | Tri-State EMC - electric - TBR Supply House Blue Ridge GA propert | $ 289.00 |
| 4/29/2026 | Alabama Power - Melton Montevallo AL | $ 26.07 |
| 4/29/2026 | Alabama Power - Moody St. Montevallo AL | $ 42.85 |
| 4/29/2026 | Clear Tech Pools - Regency Villas FL | $ 600.00 |
| 4/30/2026 | Shellpoint Mortgage - mortgage payment for Landmark Dr. Sumter SC property (May) | $ 1,091.99 |
| 4/30/2025 | Burkhalter Ranch - payroll | $ 5,000.00 |

**Attachment 1 to Receiver's Report**

**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 4/30/2026 | J'S Lawn Maintenance - 43rd Ave. - St. Petersburg FL | $ 200.00 |
| 4/30/2026 | J'S Lawn Maintenance - Regency Villas FL | $ 240.00 |
| 4/30/2026 | Truist bank fee | $ 15.00 |
| 5/1/2026 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 5/2/2026 | Bliss Condominium - HOA fees St. Petersburg FL (May) | $ 2,630.59 |
| 5/2/2026 | Uitca National Insurance Group - TBR Supply insurance | $ 1,270.00 |
| 5/4/2026 | Black River Electric - electric - Beacon Sumter SC | $ 18.66 |
| 5/4/2026 | Montevallo Water & Sewer - utilities Montevallo AL | $ 104.11 |
| 5/4/2026 | BiBerk - workers insurance Burkhalter Ranch | $ 862.00 |
| 5/4/2026 | Blue Ridge Surveillance - alarm Staurolite Barn | $ 405.00 |
| 5/4/2026 | CyberDiscovery - Drive Planning database - Lexbe platform IT services - (March 2026) | $ 4,861.00 |
| 5/4/2026 | City of Sumter - utilities for Warren Sumter SC property | $ 48.20 |
| 5/4/2026 | Florida Property Lease Property Management Program - monthly | $ 119.00 |
| 5/4/2026 | Tennant refund of security deposit | $ 500.00 |
| 5/5/2026 | Tri-State EMC - Burkhalter Ranch and Staurolite Barn | $ 630.06 |
| 5/5/2026 | Stretto - Investor portal management and hosting docs - March 2026 | $ 7,392.50 |
| 5/5/2026 | Stretto - Claims processing - March 2026 | $ 4,593.60 |
| 5/5/2026 | Credit card fee for Sumter SC rent payments | $ 270.46 |
| 5/5/2026 | Tri-State EMC - electric - Tower Rd, Blue Ridge GA properties | $ 85.27 |
| 5/5/2026 | Tri-State EMC - electric - Staurolite Barn Mineral Bluff GA property | $ 448.38 |
| 5/6/2026 | City of Montevallo - deposit utilities Moody St. Montevallo AL | $ 125.00 |
| 5/6/2026 | Graffeo's Lawn Service - lawn care Mood St & Melton St Montevallo AL | $ 300.00 |
| 5/6/2026 | IME Painting - junk removal Moody Montevallo AL | $ 220.00 |
| 5/6/2026 | IME Painting - cleaning Moody Montevallo AL | $ 450.00 |
| 5/6/2026 | Dumas - waterline in basement repair Moody St. Montevallo AL | $ 350.00 |
| 5/6/2026 | Crystal Clean Housekeeping - clean 2nd st and Tower Rd Blue Ridge ( | $ 240.00 |
| 5/6/2026 | Solaz Unit Mexico Property - Expenses April-May 2026 | $ 1,600.00 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (October 2024) | $ 8,980.70 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (November 2024) | $ 5,535.11 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (December 2024) | $ 6,037.49 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (January 2025) | $ 4,904.89 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (February 2025) | $ 5,836.11 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (March 2025) | $ 7,713.47 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (April 2025) | $ 6,468.50 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (May 2025) | $ 7,480.09 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (June 2025) | $ 6,456.61 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (July 2025) | $ 6,734.13 |

**Attachment 1 to Receiver's Report**
**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (August 2025) | $ 6,447.61 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (September 2025) | $ 4,781.85 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (October 2025) | $ 6,367.59 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (November 2025) | $ 5,942.05 |
| 5/8/2026 | FL Department of Revenue - sales tax Club 201 (December 2025) | $ 5,969.60 |
| 5/8/2026 | Crystal Clean Housekeeping - Staurolite Barn GA properties | $ 325.00 |
| 5/8/2026 | R2 Electric - deposit for repair Regency Villas FL | $ 24,980.00 |
| 5/8/2026 | Hughes Exterminator Regency Villas FL | $ 160.50 |
| 5/11/2026 | Duke Energy - Regency Villas FL | $ 35.74 |
| 5/11/2026 | Duke Energy - Regency Villas FL | $ 35.65 |
| 5/12/2026 | Florida property permit | $ 175.35 |
| 5/14/2026 | Burkhalter Ranch payroll | $ 6,000.00 |
| 5/14/2026 | Burkhalter Ranch liability insurance | $ 1,200.00 |
| 5/14/2026 | Air Solutions - repair to Preot St Sumter SC | $ 299.55 |
| 5/14/2026 | Square Space - website for assets sale | $ 192.00 |
| 5/14/2026 | Ford Motor Credit - F450 Truck for Burkhalter Ranch (June) | $ 2,180.02 |
| 5/14/2026 | Hotel Detroit Condo Assoc. - Special Assessment (June 2026) | $ 174.00 |
| 5/14/2026 | Hotel Detroit Condo Assoc. - monthly maintenance (June 2026) | $ 1,307.00 |
| 5/14/2026 | Fannin County - utilities - Staurolite Barn | $ 39.50 |
| 5/14/2026 | Fannin County - utilities - Burkhalter Ranch | $ 40.63 |
| 5/14/2026 | Duke Energy - Warren Ct Sumter SC | $ 56.88 |
| 5/15/2026 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 5/18/2026 | City of St. Petersburg - utilities - 43rd Ave, St. Petersburg property | $ 104.21 |
| 5/19/2026 | Tri-State EMC - electric - 2nd Ave., Blue Ridge GA property | $ 68.94 |
| 5/19/2026 | Teran Rojas - accountant for Mexico property | $ 1,262.00 |
| 5/20/2026 | ETC - internet for Burkhalter Ranch | $ 393.03 |
| 5/20/2026 | City of Blue Ridge - Utilities - TBR Supply House, Blue Ridge, GA pr | $ 65.07 |
| 5/20/2026 | City of Blue Ridge - Utilities - E. 2nd Ave., Blue Ridge, GA property | $ 43.10 |
| 5/20/2026 | City of Blue Ridge - Utilities - Staurolite Barn, Blue Ridge, GA proper | $ 79.41 |
| 5/20/2026 | Tri-State EMC - Staurolite Barn Gate | $ 35.64 |
| 5/20/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ 162.51 |
| 5/20/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ 59.15 |
| 5/21/2026 | FL Department of Revenue - sales tax Club 201 (Interest October 2025 | $ 331.46 |
| 5/21/2026 | FL Department of Revenue - sales tax Club 201 (Interest November 20 | $ 246.80 |
| 5/21/2026 | FL Department of Revenue - sales tax Club 201 (Interest December 20 | $ 192.50 |
| 5/21/2026 | Bank fees - monthly | $ 28.25 |
| 5/26/2026 | FL Department of Revenue - sales tax Club 201 (Interest January 2025 | $ 151.10 |
| 5/26/2026 | FL Department of Revenue - sales tax Club 201 (Interest February 202 | $ 772.13 |
| 5/26/2026 | FL Department of Revenue - sales tax Club 201 (Interest March 2025) | $ 939.36 |
| 5/26/2026 | FL Department of Revenue - sales tax Club 201 (Interest April 2025) | $ 746.06 |

**Attachment 1 to Receiver's Report**

**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 5/26/2026 | FL Department of Revenue - sales tax Club 201 (Interest May 2025) | $ 763.38 |
| 5/26/2026 | FL Department of Revenue - sales tax Club 201 (Interest June 2025) | $ 593.11 |
| 5/26/2026 | FL Department of Revenue - sales tax Club 201 (Interest July 2025) | $ 552.21 |
| 5/26/2026 | FL Department of Revenue - sales tax Club 201 (Interest August 2025 | $ 458.75 |
| 5/26/2026 | FL Department of Revenue - sales tax Club 201 (Interest September 2( | $ 297.66 |
| 5/26/2026 | FL Department of Revenue - sales tax Club 201 (Penalty September 2( | $ 20.00 |
| 5/26/2026 | Graffeo's Lawn Service - lawn care Melton St Montevallo AL | $ 75.00 |
| 5/26/2026 | Blue Ridge Surveillance - alarm Drive Real Estate | $ 183.00 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 38.27 |
| 5/26/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ 279.11 |
| 5/26/2026 | Duke Energy - 43rd Ave. - St. Petersburg FL | $ 245.62 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 141.20 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 104.35 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 82.01 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 65.32 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 39.86 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 35.75 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 35.65 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 35.59 |
| 5/26/2026 | Duke Energy - Hotel Detroit St. Petersburg FL | $ 35.53 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 26.33 |
| 5/26/2026 | Duke Energy - Regency Villas FL | $ 123.02 |
| 5/28/2026 | Tri-State EMC - electric - TBR Supply House Blue Ridge GA property | $ 322.00 |
| 5/28/2026 | Solaz Unit Mexico Property - Expenses June 2026 | $ 774.00 |
| 5/28/2026 | Burkhalter Ranch payroll | $ 5,000.00 |
| 5/28/2026 | Folger Gas - Staurolite Barn Mineral Bluff GA | $ 144.60 |
| 5/28/2026 | Folger Gas - Staurolite Barn Mineral Bluff GA | $ 163.13 |
| 5/28/2026 | Folger Gas - Staurolite Barn Mineral Bluff GA | $ 180.83 |
| 5/28/2026 | Folger Gas - Staurolite Barn Mineral Bluff GA | $ 180.83 |
| 5/28/2026 | Folger Gas - Burkhalter Ranch Mineral Bluff GA | $ 309.23 |
| 5/28/2026 | Clear Tech Pools - Regency Villas FL | $ 600.00 |
| 5/29/2026 | Shellpoint Mortgage - mortgage payment for Landmark Dr. Sumter SC property (June) | $ 1,091.99 |
| 5/29/2026 | Rayman Corporation - lawn care Fisher IN | $ 260.00 |
| 5/31/2026 | Truist bank fee | $ 15.00 |
| 6/1/2026 | Credit card fee for Sumter SC rent payments | $ 379.85 |
| 6/1/2026 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 6/1/2026 | Hughes Exterminator Regency Villas FL | $ 160.50 |
| 6/1/2026 | J'S Lawn Maintenance - Regency Villas FL | $ 360.00 |
| 6/2/2026 | SB Pro Roofing - repair Regency Villas St. Petersburg FL | $ 34,300.00 |
| 6/2/2026 | Florida Property Lease Property Management Program - monthly | $ 119.00 |

**Attachment 1 to Receiver's Report**

**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 6/4/2026 | Bliss Condominium - HOA fees St. Petersburg FL (May) | $ 2,630.59 |
| 6/4/2026 | Uitca National Insurance Group - TBR Supply insurance | $ 1,270.00 |
| 6/5/2026 | Tri-State EMC - electric - Staurolite Barn Mineral Bluff GA property | $ 283.87 |
| 6/5/2026 | Tri-State EMC - electric - Tower Rd, Blue Ridge GA properties | $ 61.75 |
| 6/5/2026 | Folger Gas - Doc Rd Blue Ridge GA | $ 183.54 |
| 6/5/2026 | Folger Gas - 2nd St Blue Ridge GA | $ 107.52 |
| 6/5/2026 | Refund of security deposit | $ 150.00 |
| 6/9/2026 | Stretto - Investor portal management and hosting docs - April 2026 | $ 1,223.26 |
| 6/9/2026 | Stretto - Claims processing - April 2026 | $ 3,869.10 |
| 6/9/2026 | Montevallo Water & Sewer - utilities Montevallo AL | $ 106.11 |
| 6/9/2026 | CyberDiscovery - Drive Planning database - Lexbe platform IT services - (March 2026) | $ 4,861.00 |
| 6/9/2026 | Tri-State EMC - Burkhalter Ranch and Staurolite Barn | $ 410.55 |
| 6/9/2026 | Burkhalter Ranch payroll | $ 5,000.00 |
| 6/9/2026 | BiBerk - workers insurance Burkhalter Ranch | $ 477.00 |
| 6/10/2026 | Livingtown HOA - maintenance Sheridan Dr. Atlanta GA | $ 976.77 |
| 6/11/2026 | J'S Lawn Maintenance - 43rd Ave. - St. Petersburg FL | $ 100.00 |
| 6/11/2026 | Duke Energy - Regency Villas FL | $ 35.59 |
| 6/11/2026 | Duke Energy - Regency Villas FL | $ 36.04 |
| 6/12/2026 | Duke Energy - Warren Ct Sumter SC | $ 56.51 |
| 6/15/2026 | BiBerk - workers insurance Burkhalter Ranch | $ 477.00 |
| 6/16/2026 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 6/17/2026 | Tri-State EMC - electric - 2nd Ave., Blue Ridge GA property | $ 63.91 |
| 6/17/2026 | City of Blue Ridge - Utilities - TBR Supply House, Blue Ridge, GA pr | $ 60.76 |
| 6/17/2026 | City of Blue Ridge - Utilities - E. 2nd Ave., Blue Ridge, GA property | $ 43.00 |
| 6/17/2026 | City of Blue Ridge - Utilities - Staurolite Barn, Blue Ridge, GA proper | $ 68.29 |
| 6/18/2026 | Fannin County - utilities - Staurolite Barn | $ 39.50 |
| 6/18/2026 | Fannin County - utilities - Burkhalter Ranch | $ 40.82 |
| 6/18/2026 | City of St. Petersburg - utilities - 43rd Ave, St. Petersburg property | $ 100.50 |
| 6/18/2026 | 201 Club Detroit - payment for sales tax | $ 8,000.00 |
| 6/18/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ 382.81 |
| 6/18/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ 46.19 |
| 6/18/2006 | Wright Way Plumbing - plumbing repair Sumter SC | $ 156.00 |

**Attachment 1 to Receiver's Report**

**SEC v. Drive Planning - Expenses of Fiduciary and Drive Planning Accounts**

| Date | Payable | Amount |
|---|---|---|
| 6/20/2026 | ETC - internet for Burkhalter Ranch | $ 393.03 |
| 6/22/2026 | Bank fees - monthly | $ 28.25 |
| 6/22/2026 | Duke Energy - 43rd Ave. - St. Petersburg FL | $ 169.82 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 155.40 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 150.08 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 95.20 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 78.08 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 75.13 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 53.45 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 52.34 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 49.35 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 36.22 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 35.52 |
| 6/22/2026 | Duke Energy - Regency Villas FL | $ 26.07 |
| 6/23/2026 | Tri-State EMC - Staurolite Barn Gate | $ 35.66 |
| 6/23/2026 | Tr-State EMC - electric deposit Doc Rd Blue Ridge GA | $ 280.00 |
| 6/24/2026 | City of St. Petersburg - utilities - Regency Villas FL | $ 271.71 |
| 6/24/2026 | Duke Energy - Regency Villas FL | $ 53.13 |
| 6/26/2026 | Tri-State EMC - electric - TBR Supply House Blue Ridge GA propert | $ 326.00 |
| 6/26/2026 | Shellpoint Mortgage - Refund mortgage payment for Landmark Dr. Sumter SC property (July) | $ 1,091.99 |
| 6/26/2026 | Smith Robinson Holler - eviction fees for Sumter SC | $ 5,000.00 |
| 6/26/2026 | Wright Way Plumbing - plumbing repair Sumter SC | $ 175.00 |
| 6/26/2026 | Zelle business payment to Julie Bowman | $ 330.00 |
| 6/26/2026 | Payroll - 1099 pay for Florida Property Management | $ 3,157.90 |
| 6/29/2026 | City of Sumter - utilities Sumter SC | $ 103.90 |
| 6/29/2026 | Hughes Exterminator Regency Villas FL | $ 160.50 |
| 6/29/2026 | J'S Lawn Maintenance - 43rd Ave. - St. Petersburg FL | $ 100.00 |
| 6/29/2026 | Clear Tech Pools - Regency Villas FL | $ 600.00 |
| 6/30/2026 | Truist bank fee | $ 15.00 |
| **Total of expenses** | | **$ 419,442.41** |

**Professional Fees**

| | | |
|---|---|---|
| 5/20/2026 | Damian Valori Culmo | $ 343,397.89 |
| 5/20/2026 | Law Offices of Henry F. Sewell, Jr LLC | $ 4,784.60 |
| 5/20/2026 | Hays Financial Consulting LLC | $ 23,253.10 |
| 5/20/2026 | Pikoff Attorneys | $ 5,020.00 |
| 5/20/2026 | Bose McKinney & Evans | $ 20,377.20 |
| **Total of Professional fees** | | **$ 396,832.79** |

**GRAND TOTAL OF EXPENSES** **$ 816,275.20**