**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DRIVE PLANNING, LLC, and RUSSELL TODD BURKHALTER,<br><br>Defendants,<br><br>and<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,<br><br>Relief Defendants. | Case No. 1:24-cv-03583-VMC |

**ORDER APPROVING RECEIVER'S PLAN OF DISTRIBUTION AND AUTHORIZING RECEIVER TO EMPLOY STRETTO, INC. AS DISTRIBUTION AGENT AND TO EXPAND SCOPE OF ANKURA'S EMPLOYMENT**

This matter came before the Court upon the *Receiver's Amended Motion to Approve Receiver's Plan of Distribution, to Employ Stretto, Inc. as Distribution Agent, and to Expand the Scope of Ankura's Employment* [ECF No. 451] (the

"Amended Motion").[1] The Court, having considered the Amended Motion and being otherwise advised in the premises, hereby finds and orders:

1. The Receiver's Amended Motion is **GRANTED**.

2. The Court:

(a) approves the hybrid Rising Tide methodology incorporating the principal reinvestment analysis as proposed in the Amended Motion;

(b) authorizes the Receiver to conduct the review and recalculation of approximately 883 claims involving withdrawals and reinvestments;

(c) approves the expansion of Ankura's scope of employment and compensation as requested in the Amended Motion;

(d) authorizes the Receiver, after completing the reinvestment analysis and calculations based on the hybrid Rising Tide methodology proposed in the Amended Motion, to file a revised Reconciled Claims Report reflecting the Receiver's final claims determinations and proposed initial distribution amounts; and

---

[1] The Amended Motion entirely replaced the *Receiver's Motion to Approve Receiver's Final Claims Determinations, Plan of Distribution, and Initial Distribution to Claimants with Allowed Claims, and to Employ Stretto, Inc. as Distribution Agent* [ECF No. 449], which the Receiver filed on July 14, 2026.

(e) authorizes the Receiver to continue to employ Stretto but as distribution agent for purpose of making the initial and all subsequent distributions pursuant to the Receiver's Distribution Plan approved herein and the revised Reconciled Claims Report to be filed by the Receiver following the reinvestment analysis and calculations authorized herein, subject to this Court's approval.

3. This Court shall retain exclusive jurisdiction over all matters related to the Amended Motion.

4. The Receiver's Original Motion to Approve (Doc. 449) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Northern District of Georgia, this 13th day of August, 2026.

VICTORIA MARIE CALVERT
U.S. DISTRICT COURT JUDGE