**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DRIVE PLANNING, LLC et al.,**<br><br>**Defendants,**<br><br>**and**<br><br>**JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,**<br><br>**Relief Defendants.** | **Civil No. 1:24-cv-3583-VMC** |

**PLAINTIFF'S MOTION FOR ENTRY OF CONSENT JUDGMENT AGAINST DEFENDANT DRIVE PLANNING AND RELIEF DEFENDANTS**

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully asks that the Court enter the attached Final Judgments against Defendant Drive Planning, LLC and Relief Defendants Jacqueline Burkhalter, The Burkhalter Ranch Corporation, Drive Properties, LLC, Drive Gulfport Properties, LLC, and TBR Supply House, Inc. In support of this motion, the SEC states as

follows:

1. On August 13, 2024, the SEC filed suit against Defendants Drive Planning and Todd Burkhalter. (ECF No. 1.) In the Complaint, the SEC alleged that Drive Planning, under the direction and control of Mr. Burkhalter, was running a massive Ponzi scheme by selling unregistered securities in the form of "Real Estate Acceleration Loans." *Id.*

2. Drive Planning (through the Court-appointed Receiver) has agreed to resolve this matter with the SEC by entry of the attached Final Judgment. (*See* Ex. 1, Consent of Drive Planning.) In its Consent, Drive Planning acknowledges having been served with the Complaint, enters a general appearance, and admits the Court's jurisdiction over it and over the subject matter of this action. Drive Planning also consents to the entry of the proposed Final Judgment.

3. The proposed Final Judgment against Drive Planning, among other things, permanently restrains and enjoins Drive Planning from violation of Section 17(a) of the Securities Act of 1933, Section 10(b) of the Securities Exchange Act of 1934, and Rule 10b-5 thereunder. The final judgment also orders Drive Planning to pay $187,245,136 in disgorgement, which shall be deemed satisfied by the amount collected by the Receiver. (*See* Ex. 2, Final Judgment as to Defendant Drive Planning.)

4. The Relief Defendants have also agreed to resolve this matter with the

SEC by entry of the attached Final Judgments. (*See* Exs. 3-7, Consents of Jacqueline Burkhalter, The Burkhalter Ranch, Drive Properties, LLC, Drive Gulfport Properties, LLC, and TBR Supply House, Inc.) In their respective Consents, Relief Defendants acknowledge having been served with the Complaint, enter a general appearance, and admit the Court's jurisdiction over it and over the subject matter of this action. Relief Defendants also consent to the entry of the proposed Final Judgment.

5. In the proposed Final Judgments against Relief Defendants, each Relief Defendant agrees to relinquish all legal and equitable rights, interest, and title in certain properties. (*See* Exs. 8-12, Final Judgments of Jacqueline Burkhalter, The Burkhalter Ranch, Drive Properties, LLC, Drive Gulfport Properties, LLC, and TBR Supply House, Inc.) Relief Defendant Jacqueline Burkhalter also agrees to execute and/or facilitate the execution of promissory notes for certain property. (*Id.*) In addition, Relief Defendant Jacqueline Burkalter agrees to relinquish all legal and equitable rights, and ownership of, the entity relief defendants. (*Id.*)

6. As a result, the SEC respectfully requests that the Court enter, with their consent, the proposed Final Judgments against Defendant Drive Planning and Relief Defendants Jacqueline Burkhalter, The Burkhalter Ranch, Drive Properties, LLC, Drive Gulfport Properties, LLC, and TBR Supply House, Inc.

7. If approved by the Court, the proposed Final Judgments will resolve the Commission's case against Relief Defendant Jacqueline Burkhalter and the entity relief defendants.

8. The SEC notes that it is filing slightly redacted settlement documents for Mrs. Burkhalter and will file the unredacted copies with the Clerk of Court and a corresponding motion for leave to do so shortly.

Dated: September 3, 2026

Respectfully submitted,

/s/ Harry B. Roback

M. Graham Loomis (GA Bar No. 457868)
Pat Huddleston II (GA Bar No. 373984)
Harry B. Roback (GA Bar No. 706790)
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326
Tel: (404) 942-0690
Facsimile: (404) 842-7679
RobackH@sec.gov

Attorneys for Plaintiff

**CERTIFICATION OF COMPLIANCE**

This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 (B).

/s/ Harry B. Roback
Harry B. Roback

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, the foregoing was served on counsel for Defendant and Relief Defendants using the Court's ECF system.

/s/ Harry Roback
Harry Roback
Senior Trial Counsel
Securities and Exchange Commission