**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br>**RUSSELL TODD BURKHALTER, and DRIVE PLANNING, LLC,**<br><br>**Defendants,**<br><br>**and**<br><br>**JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES, and TBR SUPPLY HOUSE, INC.,**<br><br>**Relief Defendants.** | **Civil No. 1:24-cv-3583-VMC** |

**FINAL JUDGMENT AS TO RELIEF DEFENDANT**
**<u>BURKHALTER RANCH CORPORATION</u>**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Burkhalter Ranch Corporation having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without

admitting the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant shall relinquish all legal and equitable rights, interest, and title in the following properties to the Receiver: (i) 1673 Hardscrabble Rd. Mineral Bluff, GA; (ii) 141 Doc Roof Rd. Mineral Bluff, GA; (iii) Doc Roof Rd. Mineral Bluff, GA (Parcel No. 0030 08503); (iv) 54 Mountain Rivers Lane Mineral Bluff, GA; and (v) 270 Madola Rd. Blue Ridge, GA. Relief Defendant shall also relinquish to the Receiver all legal and equitable rights, interests, and title in any vehicles and equipment owned by Relief Defendant.

The Receiver shall hold the property (collectively, the "Property") until further order of this Court. The Receiver or the Commission may propose a plan to dispose of or otherwise distribute the Property subject to the Court's approval, and the Court shall retain jurisdiction over the administration of any distribution of the Property.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth

herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: _______________, 2026

________________________________
VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE