**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DRIVE PLANNING, LLC et al.,**<br><br>**Defendants,**<br><br>**and**<br><br>**JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,**<br><br>**Relief Defendants.** | **Civil No. 1:24-cv-3583-VMC** |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

In accordance with Local Rule Appendix H, Section III(A) and Standing Order 04-02, Plaintiff United States Securities and Exchange Commission ("SEC") respectfully asks that the Court permit the SEC to file under seal unredacted copies of two exhibits to its Motion for Entry of Consent Judgment Against Defendant Drive Planning and Relief Defendants because they contains the address of certain residential property at issue in this case. In support of this motion, the SEC states

as follows:

1. The SEC alleges in the Complaint that Defendant Drive Planning and others violated the federal securities laws by running a large Ponzi scheme. The Complaint also named certain relief defendants.

2. The SEC and Drive Planning (through the receiver) and the Relief Defendants have reached an agreement to resolve the claims against those parties.

3. The SEC is filing a motion to approve the settlement, but two of the exhibits (Consent of Jacqueline Burkhalter and the proposed Final Judgment against her) include certain residential addresses. The SEC's motion and supporting documents filed on ECF are, with those limited exceptions, not redacted. The only information in those filings that the SEC redacted are the home addresses.

4. As a result, the SEC respectfully requests that the Court grant this motion and permit an unredacted copy of the two exhibits to be filed under seal.

5. A proposed order is attached below.

Dated: September 3, 2026

Respectfully submitted,

/s/ Harry B. Roback
M. Graham Loomis (GA Bar No. 457868)
Harry B. Roback (GA Bar No. 706790)
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326
Tel: (404) 942-0690

Facsimile: (404) 842-7679
RobackH@sec.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DRIVE PLANNING, LLC et al.,**<br><br>**Defendants,**<br><br>**and**<br><br>**JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,**<br><br>**Relief Defendants.** | **Civil No. 1:24-cv-3583-VMC** |

**PROPOSED ORDER**

Upon consideration of the Securities and Exchange Commission's Motion to File Under Seal, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Securities and Exchange Commission may file an unredacted copy of its Motion for Entry of Consent Judgment Against Drive Planning and Relief Defendants under seal.

SO ORDERED.

Date:________________

______________________________
Victoria Marie Calvert
United States District Judge

**CERTIFICATION OF COMPLIANCE**

This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 (B).

/s/ Harry B. Roback
Harry B. Roback

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, the foregoing was served on counsel of record for Defendant using the Court's ECF system.

/s/ Harry Roback
Harry Roback
Senior Trial Counsel
Securities and Exchange Commission