**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>DRIVE PLANNING, LLC, and RUSSELL TODD BURKHALTER,<br><br>Defendants,<br>and<br><br>JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,<br><br>Relief Defendants. | Case No. 1:24-cv-03583-VMC |

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION APPROVE SALE OF REAL PROPERTY ON EAST 2nd STREET IN BLUE RIDGE, GEORGIA BEFORE SEPTEMBER 22, 2026 CLOSING DEADLINE**

This matter came before the Court on the Receiver's Unopposed Motion to Approve Sale of Real Property Located on East Second Street in Blue Ridge, Georgia Before September 22, 2026 Closing Deadline (ECF No. 465) (the

"Motion").[1] The Court has reviewed the Motion and finds that the Receiver has substantially complied with the intent of the statutory obligations set forth in 28 U.S.C. § 2001 governing private sales of receivership property, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED** in its entirety.

2. The Court hereby approves the immediate closing of the sale of the East 2nd Property to the Buyer pursuant to the terms and conditions set forth in the Purchase and Sale Agreement (attached as Exhibit "A" to the Motion).

3. The sale of the East 2nd Property and the transfer of title to that Property to the Buyer, shall be made free and clear of all liens, claims, and encumbrances, whether or not they have been asserted, are presently pending, or may be asserted in the future against the East 2nd Property.

4. In the event the sale to the Buyer approved above does not close, the Court hereby approves the immediate closing of the sale of the East 2nd Property to another buyer for at least $575,000 under terms similar to those contained in the attached Purchase and Sale Agreement, so that the Estate need not incur further expenses seeking Court approval for a similar sale.

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

5. Pursuant to the consent of all parties to this action to the sale pursuant to the Purchase and Sale Agreement (or similar sale), and to ensure the prompt and final conveyance of the East 2nd Property, the Court further orders that any reversal or modification on appeal of this Order shall not affect the validity of the sale of the East 2nd Property to the Buyer or its assigns.

**DONE AND ORDERED** in Northern District of Georgia, this 10th day of September, 2026.

U.S. DISTRICT COURT JUDGE

Copies to: Counsel of Record