**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DRIVE PLANNING, LLC, and RUSSELL TODD BURKHALTER,

Defendants,

and

JACQUELINE BURKHALTER, THE BURKHALTER RANCH CORPORATION, DRIVE PROPERTIES, LLC, DRIVE GULFPORT PROPERTIES LLC, and TBR SUPPLY HOUSE, INC.,

Relief Defendants.

Case No. 1:24-cv-03583-VMC

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO APPROVE SALE OF REAL PROPERTY LOCATED ON LANDMARK DRIVE IN SUMTER, SOUTH CAROLINA BEFORE OCTOBER 16, 2026 CLOSING DEADLINE**

This matter came before the Court on the Receiver's Unopposed Motion to Approve Sale of Real Property on Landmark Drive in Sumter, South Carolina Before October 16, 2026 Closing Deadline (ECF No. ____) (the "Motion").[1] The Court has

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

EXHIBIT B

reviewed the Motion and finds that the Receiver has substantially complied with the intent of the statutory obligations set forth in 28 U.S.C. § 2001 governing private sales of receivership property, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED** in its entirety.

2. The Court hereby approves the immediate closing of the sale of the Landmark Drive Property to the Buyer pursuant to the terms and conditions set forth in the Purchase and Sale Agreement (attached as Exhibit "A" to the Motion).

3. The sale of the Landmark Drive Property and the transfer of title to that Property to the Buyer, shall be made free and clear of all liens, claims, and encumbrances whether or not they have been asserted, are presently pending, or may be asserted in the future against the Landmark Drive Property.

4. In the event the sale to the Buyer approved above does not close, the Court hereby approves the immediate closing of the sale of the Landmark Drive Property to another buyer for at least $167,000 under terms similar to those contained in the Purchase and Sale Agreement attached to the Motion, so that the Estate need not incur further expenses seeking Court approval for a similar sale.

5. In light of the parties' consent to the proposed sale pursuant to the Purchase and Sale Agreement (or similar sale), and to ensure the prompt and final

conveyance of the Landmark Drive Property, the Court further orders that any reversal or modification on appeal of this Order shall not affect the validity of the sale of the Landmark Drive Property to the Buyer or its assigns.

**DONE AND ORDERED** in Northern District of Georgia, this ___ day of ____________________, 2026.

________________________________
U.S. DISTRICT COURT JUDGE

Copies to: Counsel of Record