**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DRIVE PLANNING, LLC et. al,**<br><br>**Defendants.** | **Civil Action No. 1:24-cv-03583-VMC** |

**ORDER**

Upon consideration of the Plaintiff's motion for entry of consent judgments against Defendant Drive Planning and Relief Defendants, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Date: October 28, 2026

Victoria Marie Calvert
United States District Judge